IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLIFTON MCNEIL BROOKS,

      Petitioner.

v.                            CASE NO.  3:19-cv-787-MMH-MCR

MARK S. INCH, Secretary of the
Florida Department of Corrections
(FDC).

      Respondent.

# FDC'S EXHIBIT 15

## RECORD VOL 1 PART 1
## 1D13-1073 - DIRECT APPEAL



∠13·1·19833

# IN THE
# 1st District Court of Appeal
### TALLAHASSEE, FLORIDA

CASE NO.          <u>16-2012-CF-006884-AXXX-MA</u>
                                     <u>DIVISION CR-E</u>

APPEAL NO.          <u>1D13-1073</u>

# NOT FOR PUBLIC DISCLOSURE

<u>CLIFTON MCNEIL BROOKS</u>    Appellant___,
VS                                           
<u>STATE OF FLORIDA</u>      Appellee___,

RONNIE FUSSELL,
CLERK
OF THE CIRCUIT AND
COUNTY COURTS

## RECORD ON APPEAL

<u>VOLUME 1 OF 5</u>

Appeal from the Circuit Court

Duval County, Florida



<u>BEFORE THE HONORABLE JUDGE TATIANA SALVADOR</u>



<u>PUBLIC DEFENDER</u>
FOR APPELLANT

<u>ATTORNEY GENERAL</u>
FOR APPELLEE

# NOT FOR PUBLIC DISCLOSURE

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CLIFTON MCNEIL BROOKS      CASE NO:   16-2012-CF-006884-AXXX-MA

_____                  DIVISION CR-E

         APPELLANT

STATE OF FLORIDA          APPEAL NO:  1D13-1073

_____

         APPELLEE

## VOLUME 1

| INSTRUMENT | DATE FILED | PAGE |
|---|---|---|
| ARREST & BOOKING REPORT 2012-019254 7/12/2012 | 07/13/12 | 001-006 |
| APPLICATION FOR CRIMINAL INDIGENT STATUS | 07/13/12 | 007 |
| DEFENDANT DECLARED INDIGENT, ORDER APPOINTING PUBLIC DEFENDER - FILED | 07/13/12 | 008 |
| INFORMATION FILED | 07/30/12 | 009-010 |
| STATE'S DISCOVERY EXHIBIT AND DEMAND FOR RECIPROCAL DISCOVERY | 08/07/12 | 011-012 |
| LETTER FROM DEFENDANT | 09/25/12 | 013-053 |
| NOTICE OF OTHER CRIMES, WRONGS OR ACTS EVIDENCE | 10/02/12 | 054 |
| NOTICE OF OTHER CRIMES, WRONGS OR ACTS EVIDENCE | 10/02/12 | 055-055 |
| NOTICE OF TAKING DEPOSITION | 10/15/12 | 056-057 |
| NOTICE OF TAKING DEPOSITION | 10/15/12 | 058-062 |
| REQUEST FOR CASE RECORDS FROM ATTORNEY | 10/16/12 | 063-064 |
| MOT. FOR STATEMENT OF PARTICULARS | 10/19/12 | 065 |
| NOTICE OF TAKING DEPOSITION | 11/27/12 | 066-068 |
| MOTION FOR CONTINUANCE | 12/04/12 | 069-071 |
| MOTION FOR CONTINUANCE | 12/06/12 | 072-076 |
| SUGGESTION OF MENTAL INCOMPETENCE TO PROCEED | 12/06/12 | 077-079 |
| CERTIFICATE OF CONFLICT & MOTION TO WITHDRAW | 01/02/13 | 080-081 |
| NOTIFICATION OF ATTORNEY CONFLICT | 01/03/13 | 082-083 |
| NOTIFICATION OF ATTORNEY CONFLICT | 01/07/13 | 084-085 |
| REGIONAL CONFLICT COUNSEL RESPONSE | 01/07/13 | 086-089 |
| NOTICE OF DISCOVERY & SPECIFIC DEMAND FOR INFORMATION | 01/09/13 | 090 |

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CLIFTON MCNEIL BROOKS          CASE NO:   16-2012-CF-006884-AXXX-MA
                                          DIVISION CR-E
——————————————————
              APPELLANT

STATE OF FLORIDA               APPEAL NO:   1D13-1073
——————————————————
              APPELLEE

## VOLUME 1(CONTINUED)

| | | |
|---|---|---|
| ORDER DISCHARGING PUBLIC DEFENDER AND APPOINTING ATTY | 01/14/13 | 091-093 |
| LETTER FROM DEFT, RE: NOTICE OF DEPT. OF INSURANCE | 01/22/13 | 094 |
| LETTER TO DEFENDANT | 01/23/13 | 095 |
| NOTICE | 01/23/13 | 096 |
| STATE'S FIRST MOTION IN LIMINE | 02/04/13 | 097-098 |
| STATE'S SECOND MOTION IN LIMINE | 02/04/13 | 099-100 |
| MOT. IN LIMINE | 02/04/13 | 101-102 |
| MOT. IN LIMINE | 02/04/13 | 103-104 |
| DISCOVERY SANCTION MOTION | 02/04/13 | 105-106 |
| MOTION FOR APPOINTMENT OF PRIVATE INVESTIGATOR | 02/04/13 | 107-108 |
| AMENDED INFORMATION FILED | 02/08/13 | 109-112 |
| ORDER ALLOWING STATE'S INTRODUCTION OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS | 02/11/13 | 113-117 |
| JUDGMENT OF ACQUITTAL | 02/13/13 | 118 |
| CLERKS EXHIBIT MEMO | 02/13/13 | 119 |
| VERDICT- GUILTY | 02/13/13 | 120 |
| VERDICT- GUILTY | 02/13/13 | 121 |
| JUDGMENT OF ACQUITTAL | 02/13/13 | 122 |
| INSTRUCTIONS READ TO JURY BY THE HONORABLE TATIANA SALVADOR, CIRCUIT JUDGE | 02/13/13 | 123-145 |
| MOTION TO SUPPLEMENT THE RECORD | 02/14/13 | 146-171 |
| LETTER TO DEFENDANT | 02/22/13 | 172 |
| NOTICE OF APPEAL | 02/22/13 | 173 |
| STATEMENT OF JUDICIAL ACTS TO BE REVIEWED | 02/22/13 | 174-175 |
| DESIGNATION TO COURT REPORTER | 02/22/13 | 176-177 |

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CLIFTON MCNEIL BROOKS   CASE NO:   16-2012-CF-006884-AXXX-MA
                                   DIVISION CR-E
_____
         APPELLANT

STATE OF FLORIDA       APPEAL NO:   1D13-1073
_____
         APPELLEE

### VOLUME 1(CONTINUED)

| | | |
|---|---|---|
| DESIG. OF PUB. DEF. OF 2ND JUD. CIRCUIT TO HANDLE APPEAL | 02/22/13 | 178-179 |
| LETTER TO DEFENDANT | 02/27/13 | 180-182 |
| JUDGMENT AND SENTENCE TO STATE PRISON | 02/27/13 | 183-188 |
| ORDER DEEMING DEFENDANT SEXUAL PREDATOR | 02/27/13 | 189 |
| ORDER DENYING RESTITUTION | 02/27/13 | 190 |
| SENTENCING GUIDELINES | 02/27/13 | 191-192 |
| ORDER DENYING DEFT'S MOTION TO SUPPLEMENT THE RECORD | 02/27/13 | 193 |
| COMMITMENT CHECKLIST SENT | 02/28/13 | 194 |
| ROA  NON-PAYMENT OF FILING FEE LETTER | 04/01/13 | 195 |
| NOTICE OF DEPT. OF INSURANCE | 05/16/13 | 196-197 |
| LETTER OF INQUIRY | 07/05/13 | 198 |
| REQUEST FOR DOCUMENTS | 07/30/13 | 199-201 |

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CLIFTON MCNEIL BROOKS          CASE NO:  16-2012-CF-006884-AXXX-MA
                                        DIVISION CR-E
                APPELLANT

STATE OF FLORIDA              APPEAL NO:  1D13-1073

                APPELLEE

## VOLUME 2

| RESPONSE TO DOCUEMENTS REQUESTED | 07/31/13 | 202-205 |
|---|---|---|
| MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS | 08/01/13 | 206-213 |
| NOTICE OF INQUIRY | 08/22/13 | 214-215 |
| RESPONSE TO NOTICE OF INQUIRY | 08/30/13 | 216-218 |
| LETTER OF INQUIRY | 09/06/13 | 219-220 |
| LETTER OF INQUIRY, 1D13-1073 | 09/11/13 | 221-223 |
| LETTER TO DEFENDANT | 10/01/13 | 224-227 |
| REQUEST FOR DOCUMENTS | 10/28/13 | 228-229 |
| LETTER FROM DEFENDANT  1D12-5922/1D13-1073 | 11/08/13 | 230-232 |
| MOTION IN SUPPORT OF REQUESTING THE PENDING AFFIDAVIT OF INDIGENCY | 11/08/13 | 233-279 |
| LETTER TO DEFENDANT | 11/08/13 | 280 |
| RESPONSE TO OATH DOCUMENT UNDER SAO | 11/08/13 | 281-283 |
| MOTION IN SUPPORT OF REQUESTING THE PENDING AFFIDAVIT OF INDIGENCY  BE GRANTED | 11/08/13 | 284-331 |
| DOCUMENTS | 11/08/13 | 332-333 |
| MOTION TO VACATE JUDG. & SENT. (RULE 3.850) | 11/08/13 | 334-342 |
| ORDER ON DEFENDNAT'S MOTION IN SUPPORT OF REQUESTING THE PENDING AFFIDAVIT OF INDIGENCY | 11/15/13 | 343-344 |
| DESIGNATION TO COURT REPORTER | 12/05/13 | 345-347 |
| MOTION TO SUPPLEMENT RECORD OF APPEAL | 12/09/13 | 348-349 |
| DESIGNATION TO COURT REPORTER | 12/09/13 | 350-352 |
| DIRECTIONS TO CLERK SUPPLEMENTAL | 12/09/13 | 353-354 |
| REPORTER'S ACKNOWLEDGEMENT | 12/13/13 | 355-357 |
| ORDER APPOINTING PUBLIC DEFENDER | 12/30/13 | 358 |
| TESTIMONY & PROCEEDINGS OF NOVEMBER 27,2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER | 12/31/13 | 359-368 |

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CLIFTON MCNEIL BROOKS        CASE NO:   16-2012-CF-006884-AXXX-MA
                                         DIVISION CR-E
_____
          APPELLANT

STATE OF FLORIDA            APPEAL NO:   1D13-1073
_____
          APPELLEE

### VOLUME 2(CONTINUED)

| | | |
|---|---|---|
| TESTIMONY & PROCEEDINGS OF AUGUST 28, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER | 12/31/13 | 369-373 |
| TESTIMONY & PROCEEDINGS OF DECEMBER 6, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER | 12/31/13 | 374-382 |
| AMENDED NOTICE OF APPEAL | 12/31/13 | 383 |
| AFFIDAVIT FROM OFFICIAL REPORTERS, INC. CONCERNING THE DATES 05/19/05 AND 12/22/04 | 01/07/14 | 384 |
| TESTIMONY & PROCEEDINGS OF AUGUST 7, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER | 01/06/14 | 385-389 |
| TESTIMONY & PROCEEDINGS OF OCTOBER 2, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER | 02/10/14 | 390-393 |
| TESTIMONY & PROCEEDINGS OF DECEMBER 4, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER | 01/06/14 | 394-398 |

### VOLUME 3

| | | |
|---|---|---|
| TESTIMONY & PROCEEDINGS OF JANUARY 28, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR | 01/02/14 | 399-428 |
| TESTIMONY & PROCEEDINGS OF FEBRUARY 4, 2013, BEFORE THE HONORABLE TATIANA SALVADOR | 01/10/14 | 429-448 |
| TESTIMONY & PROCEEDINGS OF FEBRUARY 8, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR | 02/10/14 | 449-488 |
| TESTIMONY & PROCEEDINGS OF FEBRUARY 27, 2013 BEFORE THE HONORABLE JUDGE TYIRE BOYER | 01/06/14 | 489-500 |
| CERTIFICATE OF CLERK | | |

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CLIFTON MCNEIL BROOKS     CASE NO:   16-2012-CF-006884-AXXX-MA

_____                DIVISION CR-E

APPELLANT

STATE OF FLORIDA      APPEAL NO:   1D13-1073

_____

APPELLEE

**VOLUME 4**

| TRIAL & PROCEEDINGS OF FEBRUARY 13, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR | 02/10/14 | 001-200 |
|---|---|---|

**VOLUME 5**

| TRIAL & PROCEEDINGS OF FEBRUARY 13, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR | 02/10/14 | 201-240 |
|---|---|---|

\*\*\*END\*\*\*

| Case Number: | 16-2012-CF-006884-AXXX-MA | |
|---|---|---|
| **Defendant:** | CLIFTON MCNEIL BROOKS | |
| **Division:** | CR-E (Circuit) | |
| **SA Number:** | 12CF014276AD | |

| Effective Date | Count | Description |
|---|---|---|
| 07/13/2012 | | ARREST & BOOKING REPORT 2012-019254 7/12/2012 |
| 07/13/2012 | 1 | S794.011(2)(A) SEXUAL BATTERY: DEFENDANT 18 OR OLDER VICTIM LESS THAN 12 |
| 07/13/2012 | 2 | S800.04(7)(B) LEWD OR LASCIVIOUS EXHIBITION - VICTIM LESS THAN 16 YEARS, DEFENDANT 18 OR OLDER |
| 07/13/2012 | 1 | BOND SET AT $100,003.00 |
| 07/13/2012 | 2 | BOND SET AT $25,003.00 |
| 07/13/2012 | | APPLICATION FOR CRIMINAL INDIGENT STATUS - FILED |
| 07/13/2012 | | DEFENDANT DECLARED INDIGENT, ORDER APPOINTING PUBLIC DEFENDER - FILED |
| 07/13/2012 | | PD APP FEE 50.00 IMPOSED |
| 07/13/2012 | | FEES DUE: 7/16/2012 |
| 07/13/2012 | | ARRAIGNMENT COURT DATE: 08/02/2012 SUBJECT TO CHANGE. CALL FOR VERIFICATION |
| 07/30/2012 | 1 | INFORMATION FILED S794.011(2)(A) SEXUAL BATTERY: DEFENDANT 18 OR OLDER VICTIM LESS THAN 12 |
| 07/30/2012 | 2 | INFORMATION FILED S800.04(5)(B) LEWD OR LASCIVIOUS MOLESTATION - VICTIM LESS THAN 12, DEFENDANT 18 OR OLDER |
| 07/30/2012 | 3 | INFORMATION FILED S800.04(7)(B) LEWD OR LASCIVIOUS EXHIBITION - VICTIM LESS THAN 16 YEARS, DEFENDANT 18 OR OLDER |
| 07/30/2012 | | ARRAIGNMENT DATE 08/02/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 08/06/2012 | | ARRAIGNMENT DATE 08/07/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 08/07/2012 | | JUDGE BOYER, TYRIE W. |
| 08/07/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 08/07/2012 | | ASST. PUB. DEF. NIEMCZYK, TODD ROBERT |
| 08/07/2012 | | DEFENDANT PRESENT IN JAIL |
| 08/07/2012 | | DEF. W/READING OF INFO & PLEAD NOT GUILTY |
| 08/07/2012 | | STATE'S DISCOVERY EXHIBIT AND DEMAND FOR RECIPROCAL DISCOVERY |
| 08/07/2012 | | PRETRIAL 08/28/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 08/07/2012 | 1 | PLEA OF NOT GUILTY |

| | | |
|---|---|---|
| Case Number: 16-2012-CF-006884-AXXX-MA | | |
| Defendant: CLIFTON MCNEIL BROOKS | | |
| Division: CR-E (Circuit) | | |
| SA Number: 12CF014276AD | | |

| Effective Date | Count | Description |
|---|---|---|
| 08/07/2012 | 2 | PLEA OF NOT GUILTY |
| 08/07/2012 | 3 | PLEA OF NOT GUILTY |
| 08/28/2012 | | JUDGE BOYER, TYRIE W. |
| 08/28/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 08/28/2012 | | ASST. PUB. DEF. NIEMCZYK, TODD ROBERT |
| 08/28/2012 | | DEFENDANT NOT PRESENT |
| 08/28/2012 | | >   APPEARANCE WAIVED |
| 08/28/2012 | | MOTION DEADLINE 10/02/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 09/25/2012 | | LETTER FROM DEFENDANT |
| 10/02/2012 | | NOTICE OF OTHER CRIMES, WRONGS OR ACTS EVIDENCE |
| 10/02/2012 | | NOTICE OF OTHER CRIMES, WRONGS OR ACTS EVIDENCE |
| 10/02/2012 | | >   SECOND |
| 10/02/2012 | | JUDGE BOYER, TYRIE W. |
| 10/02/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 10/02/2012 | | ASST. PUB. DEF. GALNOR, DARCY DANENE |
| 10/02/2012 | | DEFENDANT PRESENT IN JAIL |
| 10/02/2012 | | MOTION DEADLINE 11/27/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 10/15/2012 | | NOTICE OF TAKING DEPOSITION |
| 10/15/2012 | | >   (2) ATTACHED |
| 10/15/2012 | | NOTICE OF TAKING DEPOSITION |
| 10/15/2012 | | >   (5) ATTACHED |
| 10/16/2012 | | REQUEST FOR CASE RECORDS FROM ATTORNEY |
| 10/17/2012 | | WITNESS SUBPOENA(S) FOR DEPOSITION ISSUED BY DEFENSE |
| 10/17/2012 | | >   6 FILED |
| 10/19/2012 | | MOT. FOR STATEMENT OF PARTICULARS |
| 11/02/2012 | | WITNESS SUBPOENA(S) FOR DEPOSITION ISSUED BY DEFENSE |
| 11/27/2012 | | JUDGE BOYER, TYRIE W. |
| 11/27/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 11/27/2012 | | ASST. PUB. DEF. GALNOR, DARCY DANENE |
| 11/27/2012 | | DEFENDANT PRESENT IN JAIL |

| Case Number: 16-2012-CF-006884-AXXX-MA | | |
|---|---|---|
| Defendant: CLIFTON MCNEIL BROOKS | | |
| Division: CR-E (Circuit) | | |
| SA Number: 12CF014276AD | | |

| Effective Date | Count | Description |
|---|---|---|
| 11/27/2012 | | JURY SELECTION 12/10/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 11/27/2012 | | FINAL PRETRIAL 12/04/2012 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 11/27/2012 | | JUDGE BOYER, TYRIE W. |
| 11/27/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 11/27/2012 | | ASST. PUB. DEF. GALNOR, DARCY DANENE |
| 11/27/2012 | | DEFENDANT PRESENT IN JAIL |
| 11/27/2012 | | PRAE, FOR WITNESS SUBPOENA- STATE |
| 11/27/2012 | | NOTICE OF TAKING DEPOSITION |
| 11/27/2012 | | >    (3) ATTACHED |
| 11/29/2012 | | WITNESS SUBPOENA(S) FOR DEPOSITION ISSUED DEFENSE |
| 11/30/2012 | | WITNESS SUBPOENA(S) FOR DEPOSITION ISSUED DEFENSE |
| 12/04/2012 | | JUDGE BOYER, TYRIE W. |
| 12/04/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 12/04/2012 | | ASST. PUB. DEF. GALNOR, DARCY DANENE |
| 12/04/2012 | | DEFENDANT PRESENT IN JAIL |
| 12/04/2012 | | DEFENSE MOTION FOR CONTINAUCE-FILED |
| 12/04/2012 | | FINAL PRETRIAL 12/06/2012 10:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 12/04/2012 | | MOTION FOR CONTINUANCE |
| 12/06/2012 | | JUDGE BOYER, TYRIE W. |
| 12/06/2012 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 12/06/2012 | | ASST. PUB. DEF. GALNOR, DARCY DANENE |
| 12/06/2012 | | DEFENDANT PRESENT IN JAIL |
| 12/06/2012 | | MOTION FOR CONTINUANCE |
| 12/06/2012 | | >    SECOND-GRANTED W/O OBJECTION/ORDER ENTERED |
| 12/06/2012 | | CANCELLED JURY SELECTION ON 12/10/2012 9:00:00 AM |
| 12/06/2012 | | >    CANCEL REASON - STRIKE |
| 12/06/2012 | | SUGGESTION OF MENTAL INCOMPETENCE TO PROCEED |
| 12/06/2012 | | 02/11/13 JS |
| 12/12/2012 | | WITNESS SUBPOENA(S) FOR DEPOSITION ISSUED DEFENSE |

| Case Number: 16-2012-CF-006884-AXXX-MA |||
|---|---|---|
| Defendant: CLIFTON MCNEIL BROOKS |||
| Division: CR-E (Circuit) |||
| SA Number: 12CF014276AD |||

| Effective Date | Count | Description |
|---|---|---|
| 12/13/2012 | | DCA ACKNOWLEDGMENT RECEIPT 1D12-5922 |
| 12/13/2012 | | DCA ORDER DIRECTING APPELLANT TO PAY FILING FEE OR FILE ORDE OF INSOLVENCY, 1D12-5922 |
| 12/13/2012 | | DCA ORDER DIRECTING APPELLANT TO FILE AMENDED NOTICE OF APPEAL, 1D12-5922 |
| 01/02/2013 | | CERTIFICATE OF CONFLICT & MOTION TO WITHDRAW |
| 01/03/2013 | | NOTIFICATION OF ATTORNEY CONFLICT |
| 01/07/2013 | | NOTIFICATION OF ATTORNEY CONFLICT |
| 01/07/2013 | | REGIONAL CONFLICT COUNSEL RESPONSE - ACCEPT |
| 01/09/2013 | | NOTICE OF DISCOVERY & SPECIFIC DEMAND FOR INFORMATION |
| 01/14/2013 | | ORDER DISCHARGING PUBLIC DEFENDER AND APPOINTING ATTY |
| 01/22/2013 | | LETTER FROM DEFT, RE: NOTICE OF DEPT. OF INSURANCE |
| 01/23/2013 | | LETTER TO DEFENDANT |
| 01/23/2013 | | NOTICE |
| 01/25/2013 | | STATUS HEARING 01/28/2013 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 01/25/2013 | | FARETTA HEARING; PER E-MAIL |
| 01/28/2013 | | JUDGE SALVADOR, TATIANA |
| 01/28/2013 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 01/28/2013 | | DEFENDANT PRESENT |
| 01/28/2013 | | FARETTA INQUIRY HELD IN FULL |
| 01/28/2013 | | DEFT. FOUND COMPETENT TO PROCEED PRO-SE |
| 01/28/2013 | | NO STAND BY COUNSEL AT REQUEST BY DEFT. |
| 01/28/2013 | | 2/11/13 JS |
| 02/04/2013 | | JUDGE SALVADOR, TATIANA |
| 02/04/2013 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 02/04/2013 | | ATTY. FOR DEF. PRO-SE |
| 02/04/2013 | | DEFENDANT PRESENT |
| 02/04/2013 | | PRO-SE DISCOVERY SANCTION MOTION |
| 02/04/2013 | | PRO-SE WITNESS SUBPOENA |
| 02/04/2013 | | PRO-SE MOTION TO APPOINT PRIVATE INVESTIGATOR |
| 02/04/2013 | | STATE'S FIRST MOTION IN LIMINE |

Case Number: 16-2012-CF-006884-AXXX-MA
Defendant: CLIFTON MCNEIL BROOKS
Division: CR-E (Circuit)
SA Number: 12CF014276AD

| Effective Date | Count | Description |
|---|---|---|
| 02/04/2013 | | STATE'S SECOND MOTION IN LIMINE |
| 02/04/2013 | | HEARING ON MOTION 02/08/2013 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 02/04/2013 | | 2/11/13 JS |
| 02/04/2013 | | MOT. IN LIMINE |
| 02/04/2013 | | >   STATE'S FIRST |
| 02/04/2013 | | MOT. IN LIMINE |
| 02/04/2013 | | >   STATE'S SECOND |
| 02/04/2013 | | DISCOVERY SANCTION MOTION |
| 02/04/2013 | | MOTION FOR APPOINTMENT OF PRIVATE INVESTIGATOR |
| 02/08/2013 | | JUDGE SALVADOR, TATIANA |
| 02/08/2013 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 02/08/2013 | | ATTY. FOR DEF. PRO-SE |
| 02/08/2013 | | DEFENDANT PRESENT |
| 02/08/2013 | | WILLIAMS RULE HEARING HELD IN FULL |
| 02/08/2013 | | STATE'S FIRST MOTION IN LIMINE - GRANTED ORALLY - AS FOR REASONS STATED ON RECORD |
| 02/08/2013 | | STATE'S SECOND MOTION IN LIMINE - GRANTED ORALLY - AS FOR REASONS STATED ON RECORD |
| 02/08/2013 | | STATE ORALLY MOVES TO PRECLUDE THE DEFT FROM ELISITING SYMPATHY FROM THE JURY DUE TO PRO-SE REPRESENTATION |
| 02/08/2013 | | >   GRANTED ORALLY - AS FOR REASONS STATED ON RECORD |
| 02/08/2013 | | PRO-SE MOTION TO DISMISS INFORMATION - DENIED AS MOOT |
| 02/08/2013 | | JURY SELECTION 02/11/2013 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 02/08/2013 | 1 | AMENDED INFORMATION FILED S794.011(2)(A) SEXUAL BATTERY: DEFENDANT 18 OR OLDER VICTIM LESS THAN 12 |
| 02/08/2013 | 2 | AMENDED INFORMATION FILED S800.04(5)(B) LEWD OR LASCIVIOUS MOLESTATION - VICTIM LESS THAN 12, DEFENDANT 18 OR OLDER |
| 02/08/2013 | 3 | AMENDED INFORMATION FILED S800.04(7)(C) LEWD OR LASCIVIOUS EXHIBITION - OFFENDER LESS 18 YOA VICTIM LESS 16 YOA |
| 02/11/2013 | | JUDGE SALVADOR, TATIANA |

| Case Number: | 16-2012-CF-006884-AXXX-MA | |
|---|---|---|
| Defendant: | CLIFTON MCNEIL BROOKS | |
| Division: | CR-E (Circuit) | |
| SA Number: | 12CF014276AD | |

| Effective Date | Count | Description |
|---|---|---|
| 02/11/2013 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 02/11/2013 | | ATTY. FOR DEF. PRO-SE |
| 02/11/2013 | | DEFENDANT PRESENT |
| 02/11/2013 | | DEF. WAIVED READING OF AMENDED INFORMATION AND PLEAD DEFT. STANDS MUTE - NOT GUILTY ENTERED BY COURT |
| 02/11/2013 | | JURY SELECTED |
| 02/11/2013 | | TRIAL 02/13/2013 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 02/11/2013 | | @ 10:30 AM |
| 02/11/2013 | | ORDER ALLOWING STATE'S INTRODUCTION OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS |
| 02/13/2013 | | JUDGE SALVADOR, TATIANA |
| 02/13/2013 | | JURY TRIAL HELD |
| 02/13/2013 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 02/13/2013 | | ATTY. FOR DEF. PRO-SE |
| 02/13/2013 | | DEFENDANT PRESENT |
| 02/13/2013 | | JURY EMPANELLED & SWORN |
| 02/13/2013 | | OPENING STATEMENTS TO JURY IN FULL BY STATE & DEFENSE |
| 02/13/2013 | | EVIDENCE TO JURY IN FULL |
| 02/13/2013 | | >   BY STATE |
| 02/13/2013 | | STATE RESTS |
| 02/13/2013 | | DEFENSE ORAL MOTION FOR JUDGMENT OF ACQUITTAL DENIED AS TO CTS 1 & 2 - DENIED AS TO CT 3 |
| 02/13/2013 | | >   COURT MOVES & STATE STIPULATES FOR J.O.A. ON BEHALF OF PRO-SE DEFT. |
| 02/13/2013 | | JUDGMENT OF ACQUITTAL |
| 02/13/2013 | | >   AS TO CT 3 |
| 02/13/2013 | | DEFENSE RESTS |
| 02/13/2013 | | ARGUMENTS & CHARGE TO JURY |
| 02/13/2013 | | JURY IN: 4:40 PM |
| 02/13/2013 | | JURY OUT: 5:10 PM |
| 02/13/2013 | 1 | VERDICT- GUILTY AS CHARGED |
| 02/13/2013 | 2 | VERDICT- GUILTY AS CAHRGED |

| Case Number: 16-2012-CF-006884-AXXX-MA | | |
|---|---|---|
| **Defendant:** CLIFTON MCNEIL BROOKS | | |
| **Division:** CR-E (Circuit) | | |
| **SA Number:** 12CF014276AD | | |
| **Effective Date** | **Count** | **Description** |
| 02/13/2013 | 3 | JUDGMENT OF ACQUITTAL |
| 02/13/2013 | | CLERKS MEMO OF TRIAL |
| 02/13/2013 | | CLERKS EXHIBIT MEMO |
| 02/13/2013 | | DEF. REMANDED TO JAIL |
| 02/13/2013 | 1 | BOND SET AT NONE |
| 02/13/2013 | 2 | BOND SET AT NONE |
| 02/13/2013 | | SENTENCING 02/27/2013 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 |
| 02/13/2013 | | CLERKS MEMO OF TRIAL |
| 02/13/2013 | 1 | VERDICT- GUILTY |
| 02/13/2013 | 2 | VERDICT- GUILTY |
| 02/13/2013 | | JUDGMENT OF ACQUITTAL |
| 02/13/2013 | | INSTRUCTIONS READ TO JURY BY THE HONORABLE TATIANA SALVADOR, CIRCUIT JUDGE |
| 02/14/2013 | | MOTION TO SUPPLEMENT THE RECORD |
| 02/15/2013 | | DCA ORDER DISMISSING APPEAL 1D12-5922 |
| 02/22/2013 | | LETTER TO DEFENDANT |
| 02/22/2013 | | NOTICE OF APPEAL   BOOK 16279 PAGE 383-383 |
| 02/22/2013 | | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED |
| 02/22/2013 | | DESIGNATION TO COURT REPORTER |
| 02/22/2013 | | DESIG. OF PUB. DEF. OF 2ND JUD. CIRCUIT TO HANDLE APPEAL |
| 02/27/2013 | | LETTER TO DEFENDANT |
| 02/27/2013 | | JUDGE SALVADOR, TATIANA |
| 02/27/2013 | | ASST. STATE ATTY. HIXON, ANNA EILEEN |
| 02/27/2013 | | ATTY. FOR DEF. PRO-SE |
| 02/27/2013 | | DEFENDANT PRESENT |
| 02/27/2013 | | PRO-SE MOTION TO SUPPLEMENT THE RECORD |
| 02/27/2013 | | >    DENIED - AS FOR REASONS STATED ON THE RECORD; ORDER ENTERED |
| 02/27/2013 | 1 | DEF. ADJUDGED GUILTY - FINGERPRINTS TAKEN |
| 02/27/2013 | 1 | JUDGMENT AND SENTENCE TO STATE PRISON FOR LIFE BOOK 16270 PAGE 2411-2416 |

| Case Number: 16-2012-CF-006884-AXXX-MA | | |
|---|---|---|
| Defendant: CLIFTON MCNEIL BROOKS | | |
| Division: CR-E (Circuit) | | |
| SA Number: 12CF014276AD | | |

| Effective Date | Count | Description |
|---|---|---|
| 02/27/2013 | 1 | CREDIT TIME: 230 DAYS |
| 02/27/2013 | 1 | LEEA 3.00 WAIVED |
| 02/27/2013 | 1 | CCT 50.00 WAIVED |
| 02/27/2013 | 1 | LGTF 225.00 WAIVED |
| 02/27/2013 | 1 | TNC 3.00 WAIVED |
| 02/27/2013 | 1 | SOCIF 100.00 WAIVED |
| 02/27/2013 | 1 | AACC 65.00 WAIVED |
| 02/27/2013 | 1 | SAIEF 100.00 WAIVED |
| 02/27/2013 | 1 | CSTF 20.00 WAIVED |
| 02/27/2013 | 2 | DEF. ADJUDGED GUILTY - FINGERPRINTS TAKEN |
| 02/27/2013 | 2 | JUDGMENT AND SENTENCE TO STATE PRISON FOR LIFE |
| 02/27/2013 | 2 | CREDIT TIME: 230 DAYS |
| 02/27/2013 | 2 | CONCURRENT TO CT 1 |
| 02/27/2013 | | CALENDAR PAGE AND GRID SHEET |
| 02/27/2013 | | ORDER DEEMING DEFENDANT SEXUAL PREDATOR |
| 02/27/2013 | | ORDER DENYING RESTITUTION |
| 02/27/2013 | | SENTENCING GUIDELINES |
| 02/27/2013 | | ORDER DENYING DEFT'S MOTION TO SUPPLEMENT THE RECORD |
| 02/28/2013 | | COMMITMENT CHECKLIST SENT |
| 02/28/2013 | | UNIFORM COMMITMENT TO CUSTODY OF DEPT. OF CORRECTIONS |
| 03/01/2013 | | RECEIPT FOR CIVIL PROCESS, JAIL, WARRANTS |
| 03/07/2013 | | DCA ORDER DIRECTING APPELLANT TO PAY FILING FEE OR FILE ORDER OF INSOLVENCY, 1D13-1073 |
| 03/07/2013 | | DCA ACKNOWLEDGMENT RECEIPT 1D13-1073 |
| 03/11/2013 | | DEFENSE EXHIBITS #1 FILED 2/13/13 |
| 03/11/2013 | | DEFENSE EXHIBITS #2 FILED 2/13/13 |
| 03/26/2013 | | CERTIFICATE REGARDING INMATE ACCOUNT, STYLED-DCA, 1D12-5922 |
| 04/01/2013 | | RECORD OF APPEAL - NON-PAYMENT OF FILING FEE LETTER |
| 04/03/2013 | | DCA ORDER DISMISSING APPEAL 1D12-5922 FOR NON-PAYMENT OF FILING FEE DATED 02/15/13 |
| 05/09/2013 | | DCA ORDER DISMISSING APPEAL 1D13-1073 |

| Case Number: 16-2012-CF-006884-AXXX-MA | | |
|---|---|---|
| Defendant: CLIFTON MCNEIL BROOKS | | |
| Division: CR-E (Circuit) | | |
| SA Number: 12CF014276AD | | |
| Effective Date | Count | Description |
| 05/15/2013 | | MOTION FOR EXTENSION OF TIME STYLED-DCA, 1D13-1073 |
| 05/16/2013 | | NOTICE OF DEPT. OF INSURANCE |
| 06/05/2013 | | MOTION TO REINSTATE APPEAL IN ALTERNATIVE RECALL ORDER OF DISMISSAL OF APPEAL, STYLED-DCA, 1D13-1073 |
| 07/05/2013 | | LETTER OF INQUIRY |
| 07/05/2013 | | MOTION TO REINSTATE APPEAL IN ALTERNATIVE RECALL ORDEROF DISMISSL OF APPEAL-AMENDED |
| 07/30/2013 | | REQUEST FOR DOCUMENTS |
| 07/31/2013 | | RESPONSE TO DOCUEMENTS REQUESTED |
| 08/01/2013 | | MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS /AFFIDAVIT OR INDIGENCY BY PETITIONER/APPELLANT, STYLED-DCA, 1D13-1073 |
| 08/22/2013 | | NOTICE OF INQUIRY |
| 08/30/2013 | | RESPONSE TO NOTICE OF INQUIRY |
| 09/06/2013 | | LETTER OF INQUIRY |
| 09/11/2013 | | LETTER LETTER OF INQUIRY, 1D13-1073 |
| 10/01/2013 | | CASE FEES PAID: $3.00 ON RECEIPT NUMBER 1942383 |
| 10/01/2013 | | LETTER TO DEFENDANT |
| 10/28/2013 | | REQUEST FOR DOCUMENTS |
| 10/30/2013 | | DCA ORDER DENYING THE APPELLANT'S "MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS/AFFIDAVIT OF INDIGENCY BY PETITIONER/APPELLANT", 1D13-1073 |
| 11/08/2013 | | LETTER FROM DEFENDANT  1D12-5922/1D13-1073 |
| 11/08/2013 | | MOTION IN SUPPORT OF REQUESTING THE PENDING AFFIDAVIT OF INDIGENCY BE GRANTED  1D12-5922/1D13-1073 |
| 11/08/2013 | | LETTER TO DEFENDANT |
| 11/08/2013 | | CASE FEES PAID: $4.00 ON RECEIPT NUMBER 1971512 |
| 11/08/2013 | | RESPONSE TO OATH DOCUMENT UNDER SAO |
| 11/08/2013 | | MOTION IN SUPPORT OF REQUESTING THE PENDING AFFIDAVIT OF INDIGENCY  BE GRANTED |
| 11/08/2013 | | DOCUMENTS |
| 11/08/2013 | | MOTION TO VACATE JUDG. & SENT. (RULE 3.850) |
| 11/14/2013 | | PETITION FOR WRIT OF MANDAMUS -STYLED DCA, 1D12-5922/1D13-1073 |

| | | |
|---|---|---|
| Case Number: 16-2012-CF-006884-AXXX-MA | | |
| Defendant: CLIFTON MCNEIL BROOKS | | |
| Division: CR-E (Circuit) | | |
| SA Number: 12CF014276AD | | |

| Effective Date | Count | Description |
|---|---|---|
| 11/15/2013 | | ORDER ON DEFENDNAT'S MOTION IN SUPPORT OF REQUESTING THE PENDING AFFIDAVIT OF INDIGENCY |
| 11/18/2013 | | PETITION FOR WRIT OF MANDAMUS (DCA STYLED) 1D12-5922/1D13-1073 |
| 11/19/2013 | | DCA ACKNOWLEDGMENT RECEIPT 1D13-5560 |
| 11/19/2013 | | DCA ORDER DIRECTING THE PETITIONER TO PAY THE FILING FEE OR FILE AN ORDER OF INDIGENCY, 1D13-5560 |
| 11/27/2013 | | MOTION IN SUPPORT OF REINSTATING ENCLOSED DIRECT APPEAL STATEMENT OF CASE AND FACTS - STYLED DCA, 1D12-5922, 1D13-1073,1D13-5560 |
| 12/05/2013 | | DESIGNATION TO COURT REPORTER |
| 12/05/2013 | | >   SUPPLEMENTAL, 1D12-5922, 1D13-1073, 1D13-5560 |
| 12/09/2013 | | MOTION TO SUPPLEMENT RECORD OF APPEAL 1D12-5922/1D13-1073/1D13-5560 |
| 12/09/2013 | | DESIGNATION TO COURT REPORTER |
| 12/09/2013 | | >   SUPPLEMENTAL, 1D12-5922/1D13-1073/1D13-5560 |
| 12/09/2013 | | DIRECTIONS TO CLERK SUPPLEMENTAL, 1D12-5922/1D13-1073/1D13-5560 |
| 12/13/2013 | | REPORTER'S ACKNOWLEDGEMENT |
| 12/23/2013 | | DCA ORDER GRANTING THE AMENDED MOTION FOR REINSTATEMENT AND RELINQUISHING JURISDICTION FOR 30 DAYS TO APPOINT APPELLATE COUNSEL, 1D13-1073 |
| 12/30/2013 | | ORDER APPOINTING PUBLIC DEFENDER FOR PURPOSES OF APPEAL |
| 12/31/2013 | | TESTIMONY & PROCEEDINGS OF NOVEMBER 27,2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER |
| 12/31/2013 | | TESTIMONY & PROCEEDINGS OF AUGUST 28, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER |
| 12/31/2013 | | TESTIMONY & PROCEEDINGS OF DECEMBER 6, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER |
| 12/31/2013 | | NOTICE OF APPEARANCE |
| 12/31/2013 | | AMENDED NOTICE OF APPEAL BOOK 16651 PAGE 1604-1604 |
| 01/02/2014 | | TESTIMONY & PROCEEDINGS OF JANUARY 28, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR |

| Case Number: 16-2012-CF-006884-AXXX-MA | | |
|---|---|---|
| Defendant: CLIFTON MCNEIL BROOKS | | |
| Division: CR-E (Circuit) | | |
| SA Number: 12CF014276AD | | |
| **Effective Date** | **Count** | **Description** |
| 01/06/2014 | | TESTIMONY & PROCEEDINGS OF AUGUST 7, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER |
| 01/06/2014 | | TESTIMONY & PROCEEDINGS OF DECEMBER 4, 2012 BEFORE THE HONORABLE JUDGE TYRIE BOYER |
| 01/06/2014 | | TESTIMONY & PROCEEDINGS OF FEBRUARY 27, 2013 BEFORE THE HONORABLE JUDGE TYIRE BOYER |
| 01/07/2014 | | AFFIDAVIT FROM OFFICIAL REPORTERS, INC. CONCERNING THE DATES 05/19/05 AND 12/22/04 |
| 01/10/2014 | | DCA ORDER DISMISSING APPEAL 1D13-5560 |
| 01/10/2014 | | TESTIMONY & PROCEEDINGS OF FEBRUARY 4, 2013, BEFORE THE HONORABLE TATIANA SALVADOR |
| 01/16/2014 | | DCA ORDER GRANTING THE COURT REPORTER'S MOTION FOR EXTENSION OF TIME TO DELIVER TRANSCRIPTS ON OR BEFORE 02/10/14, 1D13-1073 |
| 02/10/2014 | | TRIAL-TESTIMONY & PROCEEDINGS FEBRARY 13, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR |
| 02/10/2014 | | TESTIMONY & PROCEEDINGS OF OCTOBER 2, 2012 BEFORE THE HONORABLE JUDGE TYIRE BOYER |
| 02/10/2014 | | TESTIMONY & PROCEEDINGS OF FEBRUARY 8, 2013 BEFORE THE HONORABLE JUDGE TATIANA SALVADOR |

16 2012 F 6884

| First Appearance: | Continued: | Continued: | Continued: | Continued: |
|---|---|---|---|---|
| Continued: | Continued: | Continued: | Continued: | Continued: |



## Arrest And Booking Report
### Jacksonville Sheriff's Office
### Jacksonville Florida

# ADULT

# ACCOMODATIONS REQUESTED

| Yr: **2012** Inc # **9980** | | Amend # |
|---|---|---|
| Prev Juv Jail # | | |
| Jail # **2012019254** | **7/12/2012 10:42** | File Direct: **YES** |
| JSO ID # | | Court: **Circuit** |
| SSN | OBTS # | |

Arresting Agency: **Jacksonville Sheriff's Office**

Route To: **Sex Crimes**

Day/Date/Time Arrested: **Thursday 7/12/2012 10:00**

Name: **BROOKS, CLIFTON MCNEIL**

Aliases:

Nickname(s):

Arrestee's Home Address: **5004 FREDERICKSBURG AVE**   Apt/Lot #:
City: **JACKSONVILLE** State: **FLORIDA** Zip: **32208**
Taz: **278** Crossstreet:

DOB: **11/5/1973** Age: **38**

Height: **6' 1"** Weight (lbs): **218**

Race: **BLACK** Ethnicity: **NOT OF HISPANIC ORIGIN** Sex: **Male**
Eye Color: **BROWN** Hair Color: **BLACK** Complexion: **DARK** Build: **Muscular**
ECD Usage: **NOT APPLICABLE**

RTR written related to this incident? **NO** RTR Incident Yr: RTR Incident #:

Is an Offense a hate crime? **NO** Is an Offense a dating violence crime? **NO** Required to register as a sex offender? **NO**
Suspect Invoke Miranda? **NO** Arrestee needs ADA Consideration? **YES** Arrestee Confessed? Miranda Rights Given? **YES**

Disability or Special Consideration:

**NONE / (NOT APPLICABLE)**

Accommodations Requested:

**NONE/(NOT APPLICABLE)**

Driver's License # **B620-113-73-405-0** State: **FLORIDA** Subject's Resident Type: **CITY**
Hm Phone # **(904)-418-4770** Bus. Phone # Phone Ext.
Cell Phone # Cell Phone Provider E-mail
Is Vagrant? **NO**

Arrest Made On: **CALL**

Subject's Residence Status: **RESIDENT** Armed With: **NOT APPLICABLE (NONE)**
Distinguishing Marks: **"old boy" tattoo on right arm**
Employer: **UNKNOWN** Place of Birth: **JACKSONVILLE DUVAL FLORIDA UNITED STATES** Country of Citizenship: **UNITED STATES**
School Last Attended: **FSCJ**

US Citizen: **YES**

| Domestic Violence Involved: **NO** | Children under 18 Present: **NO** | If No is it Domestic Related: **NO** |
|---|---|---|

Day/Date/Time of Incident-From: **Wednesday 3/1/2006 00:00** Day/Date/Time of Incident-To: **Thursday 1/1/2009 00:00**
Incident Address: **3043 9TH ST W** Apt/Lot #: Sub-Sector: **M2**
City: **JACKSONVILLE** State: **FLORIDA** Zip: **32254**
Taz: **212** Crossstreet:
Offense Location Type: **Residence-Home** Interviewed by: **MJ COLLINS** Interviewer ID: **7482**
Where Arrested: **501 BAY ST E** Apt/Lot #: Sub-Sector: **A3**
City: **JACKSONVILLE** State: **FLORIDA** Zip: **32202**
Taz: **97** Crossstreet:
Involved in Traffic Accident: **NO** Injuries from Accident: Is Incident Gang Related: **NO** Is Arrestee a Gang member? **NO**

## Statute or Ordinance Number(s): #1
Statute No: **794.011(2)(A)** Degree: **CF** UCR Code: **110B** Attempt Code: **Commit** **7/12/2012-10:15**
**SEXUAL BATTERY (CAPITAL FELONY; SUSP >18, VIC<12; OR ATT W INJ TO SEX ORGANS) ORAL/ANAL**

| **ADLT** | BROOKS, CLIFTON MCNEIL | **ARREST REPORT** | Pg 1 of 4 | Jail # 2012019254 | **ADLT** |
|---|---|---|---|---|---|

| Citation # NONE | SA# **12AF14276** | Warrant Type: **Local Arrest Warrant** |
|---|---|---|
| Jso Control # **1385219** | Warrant/Case # **16 2012 AF 033296 FXXX MA** | No. of Counts: **1** |

Jurisdiction: **Jacksonville Sheriff's Office**   CT: Location/Div.: **CIRCUIT**

Purge/Bond Type: **Bond**   Bond Amount: **$100,003.00** Date of Issue: **7/5/2012**   Date of Return: **7/12/2012**   Judge: **SCHEMER**

Disposition:   Disposition Date:

## Blanket Bond:

### VOP/FTA ONLY

Original Statute No:   Degree:   UCR Code:   Attempt Code: **Commit**

Description:

---

**Statute or Ordinance Number(s):  #2**

Statute No: **800.04(7)(B)**   Degree: **F2**   UCR Code: **3600**   Attempt Code: **Commit**   7/12/2012-10:15

**LEWD/LASCIVIOUS EXHIBITION - OFFENDER 18 OR OLDER, VICTIM LESS THAN 16**

| Citation # NONE | SA# **12AF14276** | Warrant Type: **Local Arrest Warrant** |
|---|---|---|
| Jso Control # **1385219** | Warrant/Case # **16 2012 AF 033296 FXXX MA** | No. of Counts: **1** |

Jurisdiction: **Jacksonville Sheriff's Office**   CT: Location/Div.: **CIRCUIT**

Purge/Bond Type: **Bond**   Bond Amount: **$25,003.00** Date of Issue: **7/5/2012**   Date of Return: **7/12/2012**   Judge: **SCHEMER**

Disposition:   Disposition Date:

## Blanket Bond:

### VOP/FTA ONLY

Original Statute No:   Degree:   UCR Code:   Attempt Code: **Commit**

Description:

---

**ADDITIONAL INFORMATION   1**   Reporting Officer: **M.J.COLLINS 7482**

The victim disclosed she was digitally penetrated in the anus by the suspect when she was seven years old. The victim further disclosed the suspect showed her his penis when she was ten years old on two separate occasions.

02/28/12, the suspect responded to the PMB for interview. Post-Miranda, the suspect denied any inappropriate behavior involving the victim.

(See recorded interview for more details)

06/27/12, I made contact with Shantell Harris (b/f, 10505 Suomi St., 713-5163). Mrs. Harris identified herself as the ex-girlfriend of the suspect. She stated she was with the suspect for six years from 1999-2005. Mrs. Harris stated she remembers the suspect tickling the victim on her vagina over her clothing on one occasion when she was eight years old. Mrs. Harris confronted the suspect and he stated he was going to continue doing it because the victim liked it. Mrs. Harris stated she felt it was inappropriate and told the victim's mother. According to Mrs. Harris, the victim's mother was not receptive to the information and was not concerned about the allegation.

07/05/12, SAO Hixon issued a warrant for the suspect's arrest.

07/12/12, the suspect responded to the PMB for interview. I read the suspect his Miranda Rights (signed form) and spoke to him about the incident. The suspect acknowledge Mr. Harris viewed his relationship with the victim as inappropriate during the time they were together. The suspect admitted the victim would sit on his lap, give him a kiss on the cheek, hug him and "wrestle" with him. The suspect further admitted the victim might have seen his penis on two occasions when he was in the bathroom but he did not purposely show it to her. The

---

**ADLT**  BROOKS, CLIFTON MCNEIL      **ARREST REPORT**  Pg 2 of 4   Jail # 2012019254    **ADLT**

suspect denied any inappropriate touching or behavior with the victim.

**The suspect was arrested on the outstanding warrant and transported to the PTDF without incident.**

| | |
|---|---|
| *Transported By:* **M.J.COLLINS #7482** | *Approving Supervisor:* **R.L.CREWS #5239** |
| *Arresting Officer(s) #1:* **M.J.COLLINS #7482** | *#2:* **#0** |
| *Div/Zone or Unit:* **DETECTIVE ZONE 4** | *# of Cases Cleared:* |

*State of Florida, County of Duval*    *Arresting / Transporting Officer's Signature:* _Det. MCollb 7482_

*Sworn to (or affirmed) and subscribed before me this* 12 *day of* JULY, 20 12 *by*

*Personally Known* ____ *or Produced Identification* ____ *Type of Identification produced:* ____

*Print Name of Notary Public:* **Ofc. R. Shinholser 6427**

*Signature of Notary - State of Florida Certified Law Enforcement Officer or Corrections Officer:* _Cen_

## Investigative Time:
     **#1 Hours: 18**    **Minutes: 0**     *Cost Amount:* **$868.32**

| | |
|---|---|
| *Drug Activity:* **NOT APPLICABLE** | *Drug Type:* **NOT APPLICABLE** |
| *Alcohol Related:* **UNKNOWN (OR N/A)** | *Drug Related:* **UNKNOWN (OR N/A)** |

## VICTIM: #1   *Relationship to Suspect:* OTHER FAMILY
*Race:* **BLACK** *Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Sex:* **Female**
*DOB:* **1/3/1996**   *Age:* **16**
*Name:*
*Address:* **3939 MACGREGOR DR** *Apt./Lot #:*
*City:* **JACKSONVILLE** *State:* **FLORIDA** *Zip:* **32210**      *Sub-Sector:* **K2**
*Tax:* **445** *Crossstreet:*   *Home Phone #* ( )   *Bus. Phone #   Phone Ext.*
*Cell Phone #   Cell Phone Provider   E-mail*
*Is Vagrant?* **NO**

## Victim Notification   #1
*Contact Person is:* **VICTIM**
*Contact Name:*
*Address:* **3939 MACGREGOR DR** *Apt./Lot #:*
*City:* **JACKSONVILLE** *State:* **FLORIDA** *Zip:* **32210**      *Sub-Sector:* **K2**
*Tax:* **445** *Crossstreet:*
*Home Phone #* ( )   *Phone #* ( )   *Ext.*
*Cell Phone #*   *Cell Phone Provider   E-mail*
*Is Vagrant?*
*Victim wants to be Notified:* **Yes**
*Vine Brochure Given?* **Yes**
*Understands 24 Hour Rule?* **Yes**

## COMPLAINANT #1
*Race:* **BLACK** *Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Sex:* **Female**
*DOB:* **9/22/1970**   *Age:* **41**
*Name:* **GRADEN DONNA S**
*Address:* **3939 MACGREGOR DR** *Apt./Lot #:*
*City:* **JACKSONVILLE** *State:* **FLORIDA** *Zip:* **32210**      *Sub-Sector of Arrest Location:* **K2**
*Tax:* **445** *Crossstreet:*   *Home Phone #   Bus. Phone #   Phone Ext.*
*Cell Phone #* **(904)-680-8182** *Cell Phone Provider* **METRO PCS** *E-mail* **DGRADEN@YAHOO.COM**
*Is Vagrant?* **NO**

## Jail Information (Back Door)
*Jail #* **2012019254**     *Date and Time Admitted:* **7/12/2012 10:42**
     *Juvenile/Court Clerk #*

## Triage Questions:
*Involved in Traffic Accident:* **NO**   *Injuries from Accident:*
*OC deployed prior to/during Arrest:* **NO**   *Was a hobble restraint used on the arrestee?* **NO**
*Does the arrestee exhibit any signs of suicidal behavior or attempts?* **NO**   *Does the arrested have any observable medical/mental health problems?* **NO**
*Has the arrestee shown any escape potential or violence propensity behaviors?* **NO**

**ORIGINAL**

| **ADLT** | *BROOKS, CLIFTON MCNEIL* | **ARREST REPORT** *Pg 3 of 4*   *Jail # 2012019254* | **ADLT** |



Is there any other information about the arrest ~ personnel need to know? **NO**
If yes, what?

| | | Part II of Arrest And Booking Report: | | |

*Arrestee Personal Information: How Long in Jax?*

| Chemical Test Data | | | | |
|---|---|---|---|---|
| **Specimen:** | | | | |
| Blood | Breath | Urine | Unable | None |
| **Analysis Results:** | | | | **Refused:** |
| 1st | g/210L | TIME: | | Blood: |
| 2nd | g/210L | TIME: | | Urine: |
| 3rd | g/210L | TIME: | | Breath: |
| **Breath Test Instrument:** | | | | |
| Type: | | Machine # | | |
| Operator Name and I.D.# | | Date: | | |

Verification By: _____



**Right Thumb Print**



FILED
JUL 16 2012
CLERK CIRCUIT COURT

# WARRANT SERVED NOTIFICATION

*S.A. NO: 12 AF 14276*
*CCR NO: 9980*
*WARRANT NO: 16-2012--AF-033296-FXXX-MA*
*CONTROL NO: 1385219*

Received this warrant on 07/05/2012 and executed it on 07/12/2012 by arresting the within named
CLIFTON BROOKS and having him now before the court on 07/12/2012.

| Statute Number and Description | Bond |
|---|---|
| 794.011(2)(A) SEXUAL BATTERY (CAPITAL FELONY; SUSP >18 VIC<1 2; OR ATT W INJ TO SEX ORGANS (ORAL/ANAL) | SET AMOUNT $100003 |
| 800.04(7)(B) LEWD/LASCIVIOUS EXHIBITION | SET AMOUNT $25003 |

JUDGE: Jack Schemer

COURT LOCATION/DIV:

SERVING OFFICER: M J Collins

ID: 7482MJC

SERVING AGENCY: Jacksonville Sheriff's Office

JAIL DOCKET NUMBER:

OFFENDER NUMBER:

Jim Fuller
Clerk of Circuit Court

## ADD ON DOCKET

Date: ___JULY 13, 2012____   Judge: _____EMMET FERGUSON III_____   PA: LEWIS PRICE _____

DEF ADJ INSOLVENT &
PUBLIC DEFENDER APPT'D

PASS TO: ____08/02/2012____
CIRCUIT COURT

PSJ2451

APP FOR CRIMINAL INDIGENT STATUS
DEFT FOUND   (X) INDIGENT   ( ) NOT INDIGENT

17

IN AND FOR DUVAL COUNTY, FLORID/

STATE OF FLORIDA    vs.

Clifton M. Brooks

Defendant/Minor Child

CASE NO. 12 18254

## APPLICATION FOR CRIMINAL INDIGENT STATUS

☑ I AM SEEKING THE APPOINTMENT OF THE PUBLIC DEFENDER     16 - 2012   CF 6884
OR
___ I HAVE A PRIVATE ATTORNEY OR AM SELF-REPRESENTED AND SEEK DETERMINATION OF INDIGENCE STATUS FOR COSTS

Notice to Applicant: The provision of a public defender/court appointed lawyer and costs/due process services are not free. A judgment and lien may be imposed against all real or personal property you own to pay for legal and other services provided on your behalf or on behalf of the person for whom you are making this application. There is a $50.00 fee for each application filed. If the application fee is not paid to the Clerk of the Court within 7 days, it will be added to any costs that may be assessed against you at the conclusion of this case. If you are a parent/guardian making this affidavit on behalf of a minor or tax-dependent adult, the information contained in this application must include your income and assets.

1. I have ___2 dependents. *(Do not include children not living at home and do not include a working spouse or yourself.)*

2. I have a take home income of $ ___ paid ( ) weekly    ( ) bi-weekly    ( ) semi-monthly    ( ) monthly    ( ) yearly.
*(Take home income equals salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered support payments.)*

3. I have other income paid ( ) weekly ( ) bi-weekly ( ) semi-monthly ( ✓ monthly ( ) yearly: *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Social Security benefits | Yes $ 300  No | Veterans' benefit | Yes $ ___ No |
| Unemployment compensation | Yes $ ___ No | Child support or other regular support | |
| Union Funds | Yes $ ___ No | from family members/spouse | Yes $ ___ No |
| Workers compensation | Yes $ ___ No | Rental income | Yes $ ___ No |
| Retirement/pensions | Yes $ ___ No | Dividends or interest | Yes $ ___ No |
| Trusts or gifts | Yes $ ___ No | Other kinds of income not on the list | Yes $ ___ No |

4. I have other assets: *(Circle "Yes" and fill in the value of the property, otherwise circle "No." Use the back of this form to provide additional information.)*

| | | | |
|---|---|---|---|
| Cash | Yes $ ___ No | Savings | Yes $ ___ No |
| Bank account(s) | Yes $ ___ No | Stocks/bonds | Yes $ ___ No |
| Certificates of deposit or | | *Equity in Real Estate (excluding homestead). | Yes $ ___ No |
| money market accounts | Yes $ ___ No | *Equity means value minus loans. Also list | |
| *Equity in Motor Vehicles/Boats/ | | any expectancy in an interest in such property. | |
| Other tangible property | Yes $ ___ No | List the address of this property: | |

List the year/make/model and tag #: ___

Address ___
City, State, Zip ___
County of Residence ___

5. I have a total amount of liabilities and debts in the amount of $ ___ .

6. I receive: *(Circle "Yes" or "No")*
Temporary Assistance for Needy Families-Cash Assistance . . . . . . . Yes    No
Poverty-related veterans' benefits . . . . . . . . . . . . . . . . . . . . . . . . . Yes    No
Supplemental Security Income (SSI) . . . . . . . . . . . . . . . . . . . . . . . Yes    No

7. I have been released on bail in the amount of $ ___    Cash ___ Surety ___    Posted by: Self ___ Family ___ Other ___

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 27.52, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S., or s. 775.083, F.S. **I attest that the information I have provided on this Application is true and accurate to the best of my knowledge.**

Signed, this 13 day of ___2___ , 20 13

Signature of Applicant for Indigent Status

Date of Birth        11-5-23

Print Full Legal Name  Clifton McNeil Brooks
Address  5004 Fredericksburg Rd
City, State, Zip  Jax, Fl. 32208
Phone Number  412-4770

Driver's license or ID number

## CLERK'S DETERMINATION

___ Based on the information in this Application, I have determined the applicant to be ( ✓ Indigent  ( ) Not Indigent

___ The Public Defender is hereby appointed to the case listed above until relieved by the Court.

Dated this 13 day of ___2___ 20 12

This form was completed with the assistance of

FILED
JUL 13 2012
CLERK CIRCUIT COURT

Clerk of the Circuit Court

Clerk/Deputy Clerk/Other authorized person

APPLICANTS FOUND NOT INDIGENT MAY SEEK REVIEW BY ASKING FOR A HEARING TIME. Sign here if you want the judge to review the clerk's decision of not indigent.

07/11

WHITE COPY - CLERK        PINK COPY - PUBLIC DEFENDER        GOLDENROD COPY - DEFENDANT        PS-1273

**PAGE # 0007 OF 0500**



**FILED**

JUL 1 3 2012

*[signature]*

CLERK CIRCUIT COURT

16 - 2012 C F. 6884

IN THE CIRCUIT OR COUNTY COURT,
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

STATE OF FLORIDA

DIVISION: A

vs.

CASE NO.: 2012CF9254

Brooks, CLIFTON

## ORDER DETERMINING ELIGIBILITY FOR COURT-APPOINTED COUNSEL

The above-named defendant appearing before the Court, and said defendant having executed an affidavit of insolvency and financial statement, testimony having been taken by the Court, and the Court being otherwise fully advised in the premises, it is, thereupon,

✓ **ORDERED AND ADJUDGED** that the defendant be declared indigent and that the Office of the Public Defender for the Fourth Judicial Circuit of Florida is hereby appointed to represent said defendant.

✓ **ORDERED AND ADJUDGED** that the defendant shall pay an application fee in the amount of $50.00 to the Clerk of the Circuit Court on the first floor for misdemeanor cases and on the second floor for felony cases, Duval County Courthouse, 501 W. Adams Street, Jacksonville, Florida 32202 no later than seven days from the date of this order. If the fee is not paid by that date, the Court will inquire of the defendant concerning the circumstances of the nonpayment. The Court may then order the fee to be paid forthwith or include the fee in any lien subsequently filed in this case.

____ **ORDERED AND ADJUDGED** that pursuant to section 27.512, Florida Statutes, the defendant is charged with a violation of a municipal ordinance or a misdemeanor, the defendant will not be imprisoned if convicted in this case; and, there being no legal requirement for the appointment of counsel, the said defendant has been advised that he/she may proceed without counsel, or, with retained counsel of the defendant's choice.

JUL 1 3 2012

DONE AND ORDERED this _____ day of _____, 20____

*[signature]* Ernest E. Flynn, III

CIRCUIT/COUNTY JUDGE

WHITE COPY - CLERK     YELLOW COPY - PUBLIC DEFENDER     PINK COPY - DEFENDANT

PS-2507

S.A. CASE NO.:    12CF014276AD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

Spring Term, in the year two thousand twelve

CLERK NO.:    162012CF006884AXXXMA

DIVISION:    CRE/SAD

INFORMATION FOR:

1)    SEXUAL BATTERY
2)    LEWD OR LASCIVIOUS MOLESTATION
3)    LEWD OR LASCIVIOUS EXHIBITION

IN THE NAME OF AND BY AUTHORITY OF THE STATE OF FLORIDA, ANGELA B. COREY, State Attorney for the Fourth Judicial Circuit of the State of Florida, in and for Duval County, charges that:

### COUNT 1

CLIFTON MCNEIL BROOKS on or between January 3, 2003 and January 2, 2004, in the County of Duval and the State of Florida, being a person 18 years of age or older, did commit a sexual battery upon J.M., a person less than 12 years of age, by placing an object in J.M.'s anus, contrary to the provisions of Section 794.011(2)(a), Florida Statutes.

### COUNT 2

CLIFTON MCNEIL BROOKS, a person 18 years of age or older, on or between January 3, 2004 and January 2, 2005, in the County of Duval and the State of Florida, did in a lewd or lascivious manner intentionally touch the breast, genitals, genital area, or buttocks, or the clothing covering them of J.M., a child less than 12 years of age, contrary to the provisions of Section 800.04(5)(b), Florida Statutes.

### COUNT 3

CLIFTON MCNEIL BROOKS, a person 18 years of age or older, on or between January 3, 2006 and January 2, 2007, in the County of Duval and the State of Florida, did on one or more occasions intentionally masturbate in the presence of J.M., a person less than 16 years of age, contrary to the provisions of Section 800.04(7)(c), Florida Statutes.

ANGELA B. COREY, STATE ATTORNEY
FOURTH JUDICIAL CIRCUIT

By: _____
Assistant State Attorney
Fourth Judicial Circuit of Florida, in and for Duval County

STATE OF FLORIDA          }
COUNTY OF DUVAL          }

Personally appeared before me, ____ ALAN S. MIZRAHI  BAR # 12___ ____, Assistant State Attorney, for the Fourth Judicial Circuit of the State of Florida, in and for Duval County, who is personally known to me, and who being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged, and that this prosecution is instituted in good faith, and hereby certifies that testimony under oath has been received from the material witness(es) for the offense.

Sworn to and subscribed before me this 27th day of July, 2012.

By: _Rebecca Hurtado_



REBECCA HURTADO
Commission # DD 1000208
Expires June 20, 2014
Bonded Thru Troy Fair Insurance 800-385-7019

JIM FULLER, Clerk of the Circuit Court, Fourth Judicial Circuit of Florida, In and For Duval County, and Clerk of the County Court, In and For Duval County, Florida.

FILED THIS    ¯JUL 30 2012_____    BY: _____
DEPUTY CLERK

 

**NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING**

**Pursuant to Florida Rule of Judicial Administration 2.420(d)(2), the filer of this court record (Information) indicates that confidential information is included within the document being filed; to wit:  Social Security Number, § 119.0714.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Dkt | 2012-019254 | | AD | August 2, 2012 | | |
| Ext. | O | | S/W | | DOB | 11/05/1973 |
| Race | Black | | Sex | Male | SSN | 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 |

MCL NO.(S):  S794.011(2)(a), CAP; S800.04(5)(b), F1; S800.04(7)©, F2

S.A. CASE NO.:   12CF014276AD

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL
CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CLERK NO.:   162012CF006884AXXXMA

DIVISION:   CRE/SAD

STATE OF FLORIDA
vs.
CLIFTON MCNEIL BROOKS

**FILED**

AUG 0 7 2012

CLERK CIRCUIT COURT

### STATE'S DISCOVERY EXHIBIT AND
### DEMAND FOR RECIPROCAL DISCOVERY

This response meets the requirements of Rule 3.220(b), Florida Rules of Criminal Procedure, and provides answers in the same order as required by the Rule.  The State demands reciprocal discovery as required by Rule 3.220(d), Florida Rules of Criminal Procedure.

A.   All court reporters used in depositions and prior sworn statements in this cause, and all witnesses whose names are brought out in depositions.
  UNDERLINE CATEGORY A:

  ▅▅▅▅▅▅▅▅ C/O State Attorney's Office, 220 East Bay Street, Jacksonville, Florida 32202
  M. J. Collins, #7482, Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202
  Donna S Graden, C/O State Attorney's Office, 220 East Bay Street, Jacksonville, Florida 32202
  ▅▅▅▅▅▅▅▅ C/O State Attorney's Office, 220 East Bay Street, Jacksonville, Florida 32202
  Shantell Necole Harris, 10505 Suomi Street, Jacksonville, Florida 32218
  J.M., C/O State Attorney's Office, 220 East Bay Street, Jacksonville, Florida 32202
  J. A. Ruiz, #68520, Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202

B.   All statements brought out at depositions, if taken in this cause.  Any statements contained on the arrest docket and all police reports.

*C.   All statements brought out at depositions, if taken in this cause.  Any statements by the accused on the arrest docket and all police reports.

D.   None known to the State at this time.

E.   None known to the State at this time.

*F.   All items of evidence obtained from the Accused, which are listed in police reports and property submission/storage cards.

G.   None known to the State at this time.

H.   None known to the State at this time.  DVD of Defendant Interview #1, DVD of defendant interview # 2

*I.   Yes, no documents.

*J.   Any statements brought out at depositions.

*K.   Photos, maps, charts, diagrams, rights form, court records, supporting documents, and all items of evidence listed in police reports and property submission/storage cards.  Arrest and Booking Report, General Offense Report and all supplements(CCR #2012-9980), General Offense Report and all supplements(CCR #2012-509475), Constitutional Rights Form(2/28/12), Constitutional Rights Form(7/12/12), Diagram drawn by defendant, DVD of defendant interview #1, DVD of defendant interview #2.

3.220(b)(4) Brady.   None known to the State at this time.

  *   Defense may inspect, copy, test or photograph items contained in these paragraphs by appointment.



THIS INSTRUMENT
IN COMPUTER
Leslie

## CERTIFICATE OF SERVICE

I  HEREBY  CERTIFY  that  a  copy  of  the  foregoing  has  been  furnished  by _____ to
_____ PD - Todd W _____, this ____ day of July, 2012.

ANGELA B. COREY
STATE ATTORNEY

By: _____

Anna Eileen Mixon
Assistant State Attorney
Bar Number 0442798

**PAGE # 0012 OF 0500**

S____ber_____ 24 2012

CASE No.: 162012CF006884AXXXMA

DIVISION: CRE/SAD

To: Whom it may concern

My name is Clifton McNeil Brooks Sr.. I'm currently being held in the Jacksonville Sheriff Office (JSO) Pretrial Detention Facility (PDF) docket No.: 2012-019254. I'm being represented in the Fourth Judicial Circuit of Florida Threw the Law Offices of the Public Defender (Matt Shirk) threw undersign. Assistant Public Defender Todd Niemczyk for sex crimes. This is in no way to report any problems with Mr. Niemczyk. This is strictly a Cover Myself letter due to problem I've experience with pass Public Defender. The information learned in this letter has been provide to. Refik W. Eler (Chief Assistant) and Matt Shirk of the Public Defender Office on the 24 day of September 2012. Asking they pass this information on to Mr. Niemczyh as a record of me doin so. I'm asking that a file be open so that I will be able to send corresponding information. Inorder to receive the best representation threw Mr. Niemczyh. Once again this is Not A Complaint just a Cover Myself. letter the following information is enclosed:

- Motion : Motion to supplement the record ; Request for case records from attorney ; Motion for statement of particulars; Defense supplement notice of discovery
- List of witnessen for and against to be depositions
- Depositions questions   (Trial question will be sent later along with detailed plans)
- Time line
- Hand drawn Map ( ▉ ▉   Apt.)
- Letter to Refik W. Eler and Matt Shirk for Mr. Todd Niemczgh (Public Defender Offices)

There are more motions that I planned to send but access to the Law Library has been restricted. While here in 2006 the (PDF) library could accommadate up to twenty (20) inmates. Due to an alleged inmate orrection Office. incident. That they are now using to justify the downsizing of the library. To a small section i books along one side of the wall. And three (3) computers to research legal information. And what took A one day visit for copies only now takes upwards of a month. I don't know what can be done I just wanted get some record showing my condition here. I will try to submit the rest of my motion soon.

FILED

SEP 25 2012

Filed In Computer L.D.

Sincerely

Clifton Brooks   (2012019254)

Defendant

500 East Adams Street

Jacksonville, Florida 32202

September __24__, 2012

Dear Mr. Todd Niemczyk

This is Clifton Brooks docket number: 2012-019254. I'm being represented by your office threw Mr. Todd Niemczyh Case number: 162012CF006884AXXX MA. At my arraignment hearing I told Mr. Niemczyh that my family was getting an attorney. We were going to hire Mr. Nick Martino Mr. Martino came and saw me. After our meeting he informed me that he knew Mr. Niemczyh and he vouch for him. Due to pass problems I have experience threw the Public Defender Office. I've tried to call Mr. Niemczyh on the defender line but was unable to get threw. I received a letter from him on August 17, 2012. Would you please pass this information on to him and tell him. I said to bring a tape recorder because I have alot of information. Also he will need to stop by the property and retrieve pictures of my son taken while he was in Tampa. They would not release them to me and they are part of my case. Enclosing please inform Mr. Todd Niemczyh that he in no way has the authorization to waive my rights. Even if he beleives it's in MY BEST INTEREST A copy of this letter and all information contain within has been sent to: Clerk of Courts, The Florida Bar, and Office of The Attorney General I'M READY FOR TRIAL.

* Please tell Mr. Niemczyh I am in no way a Lawyer. I have no clue on how to format questions (I.E: Leading a witness). I'm asking Mr. Niemczyh to look over my questions and correctly format them so they can be asked on behalf of Me.

* Please tell Mr. Niemczyh to run a criminal back ground search of Mrs. Shantell Nicole Harris, D.O.B: 6/28/1983, 10505 Suomi Street, Jacksonville, Florida (904) 713-5763 to see if she has had any arrest's for violance. Threw a third party I was told Mrs. Harris could have possibly just been released from jail recently.

Respectfully submitted

*Clifton Brooks*

Clifton Brooks   (2012019254)

DEFENDANT

Todd Niemezyh
Assistant Public Defender

September ___24___, 2012

Dear Mr. Matt Shirk _____

This is Clifton Brooks docket number: 2012-019254. I'm being represented by your office threw Mr. Todd Niemczyh Case number: 162012CF006884AXXX MA. At my arraignment hearing I told Mr. Niemczyh that my family was getting an attorney. We were going to hire Mr. Nick Martino Mr. Martino came and saw me. After our meeting he informed me that he knew Mr. Niemczyh and he vouch for him. Due to pass problems I have experience threw the Public Defender Office. I've tried to call Mr. Niemczyh on the defender line but was unable to get threw. I received a letter from him on August 17, 2012. Would you please pass this information on to him and tell him. I said to bring a tape recorder because I have alot of information. Also he will need to stop by the property and retrieve pictures of my son taken while he was in Tampa. They would not release them to me and they are part of my case. Enclosing please inform Mr. Todd Niemczyh that he in no way has the authorization to waive my rights. Even if he believes its in MY BEST INTEREST. A copy of this letter and all information contain within has been sent to: Clerk of Courts, The Florida Bar, and Office of The Attorney General. I'M READY FOR TRIAL.

* Please tell Mr. Niemczyh I am in no way a Lawyer. I have no clue on how to format questions (I.E: Leading a witness). I'm asking Mr. Niemczyh to look over my questions and correctly format them so they can be asked on behalf of Me.

* Please tell Mr. Niemczyh to run a criminal back ground search of Mrs. Shantell Nicole Harris, D.O.B: 6/28/1983, 10505 Suomi Street, Jacksonville, Florida (904) 713-5763 to see if she has had any arrests for violence. Threw a third party I was told Mrs. Harris could have possibly just been released from jail recently.

Respectfully submitted

Clifton Brooks

Clifton Brooks   (2012019254)

DEFENDANT

Todd Niemezyh
Assistant Public Defender

September ___24___, 2012

Dear Mr. Befik W. Eler ____

This is Clifton Brooks docket number: 2012-019254. I'm being represented by your office threw Mr. Todd Niemczyh Case number: 162012CF006854AXXX MA. At my arraignment hearing I told Mr. Niemczyh that my family was getting an attorney. We were going to hire Mr. Nick Martino Mr. Martino came and saw me. After our meeting he informed me that he knew Mr. Niemczyh and he vouch for him. Due to pass problems I have experience threw the Public Defender Office. I've tried to call Mr. Niemczyh on the defender line but was unable to get threw. I received a letter from him on August 17, 2012. Would you please pass this information on to him and tell him. I said to bring a tape recorder because I have alot of information. Also he will need to stop by the property and retrieve pictures of my son taken while he was in Tampa. They would not release them to me and they are part of my case. Enclosing please inform Mr. Todd Niemczyh that he in no way has the authorization to waive my rights. Even if he beleives its in MY BEST INTEREST A copy of this letter and all information contain within has been sent to: Clerk of Courts, The Florida Bar, and Office of The Attorney General I'M READY FOR TRIAL.

* Please tell Mr. Niemczyh I am in no way a Lawyer. I have no clue on how to format questions (I.E: Leading a witness). I'm asking Mr. Niemczyh to look over my questions and correctly format them so they can be asked on behalf of Me.

* Please tell Mr. Niemczyh to run a criminal back ground search of Mrs. Shantell Nicole Harris, D.O.B: 6/28/1983, 10505 Suomi Street, Jacksonville, Florida (904) 713-5763 to see if she has had any arrests for violance. Threw a third party I was told Mrs. Harris could have possibly just been released from jail recently.

Respectfully Submitted

Clifton Brooks

Clifton Brooks   (2012019254)

DEFENDANT

Todd Niemczyh
Assistant Public Defender

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA.

STATE OF FLORIDA

rs.                                     CASE #: 162012CF006884AXXCMA

LIFTON BROOKS                           DIVISION: CRE/SAD

    Defendant.

## MOTION TO SUPPLEMENT THE RECORD

    Defendant, by and through the undersigned attorney, the Public Defender for the Fourth
Judicial Circuit of Florida, pursuant to Rule 3.190(n), Florida Rules of Criminal Procedure, moves this
Honorable Court for an Order allowing him to supplement the instant record with the below listed,
and attached item or documents :

    1) List of Witnesses for and against to be depositions.

    2) Motion for statement of particulars.

    3) Motion for defence supplement notice of discovery.

    4) District Court Of Appeal Of Florida First District, Record On Appeal, Appeal No. 1006-6516
       Volume I OF II.

    5) District Court Of Appeal Of Florida First District, Record On Appeal, Supplement Volume I

    6) Testimony and Proceedings, Case No.: 16-2006-CF-003490-AXXX-MA, Appeal No.: 1006
       -6516  Volume II OF II.

    7) Supreme Court Of The United States, Case No.: 08-7766, Petition For A Writ Of
       Certiorari  (Copy)

                                    (1 . n)

8) Photograph taken of Clifton McNeil Brooks Jr. while living in Tampa Florida (May 2004)

9) Florida Statutes: Ch. 92; ch. 741; ch. 775; ch. 776; ch. 784; ch. 787; ch. 812; ch. 827; ch. 836; ch. 837; ch. 901; ch. 918; ch. 99-12.

10) Motion for Request For Case Records From Attorney

11) Time line ( ▮▮ ▮▮ ▮▮▮ Apartment in Ramona Hand drawn by Mr. Clifton Brooks)

12) Finding from Hud / Police Officer investigation 2006 of Ja'Cori McLauran alleged molestation brought forth by Mrs. Shantell Necole Harris which were deemed <u>Unfounded</u>

13) Motion for Speedy Trial Upon Demand

WHEREFORE, Defendant request this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be provided to the State Attorney Office the <u>21</u> day of <u>September</u> 2012.

Respectfully submitted

Matt Shirk
PUBLIC DEFENDER

BY: _____

<u>Todd Niemczyk</u>
Assistant Public Defender

(2 of 2)

**PAGE # 0022 OF 0500**

<u>WITNESSES TO BE DEPO.</u>

1) ████████████ (22), 3939 MacGregor Drive, Jacksonville, Florida 32210

2) Donna Graden (44), c/o State Attorney Office, 220 East Bay Street, Jacksonville, Florida 32202

3) ████████████ (26), c/o State Attorney Office, 220 East Bay Street, Jacksonville, Florida 32202

4) Johnathan McLauran (19), 2504 Kershaw Drive, Jacksonville, Florida 32211

5) William McLauran (11), 1504 Wilcox Street, Jacksonville, Florida 32209

6) Ranny Richerson (12), 1379 Domas Drive, Jacksonville, Florida 32211

7) Horace Richerson (12), 2026 Detroit Street, Jacksonville, Florida 32254

8) ████████████ (22), c/o State Attorney Office, 220 East Bay Street, Jacksonville, Florida 32262

9) Mary Butler Motley (24), 739 Lynton Street, Jacksonville, Florida 32208

10) M. J. Collins #7482 (23), Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202

11) ████ (31), c/o State Attorney Office, 220 East Bay Street, Jacksonville, Florida 32202

12) ████████ ████ (26),

13) Shantell Harris (39), c/o State Attorney Office, 220 East Bay Street, Jacksonville, Florida 32202

14) Officer R. L. Randoff #7387 (9), Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202 (20 4)

15) Officer _____ #___ (12), Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202 (2007)

16) Officer _____ #___ (12), Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202 (2007)

17) H.U.D./Police Officer _____ #___ (8), Jacksonville Sheriff's Office, 501 East Bay Street, Jacksonville, Florida 32202 (2006)


* Witnesses appear in the order they are to be called to the stand the numbers in parenthesis ( ) indecate the number of questions per witness to be asked on behalf of defendant. (<u>It is very detrimental to my case if this process is not followed</u>). I can only when if this order is <u>STRICTLY ENFORCED</u> !!!


* The two Officer from 2007 (15,16) responded to the call from Mrs Donna Graden home located on Greenbriar Drive as indicated by Mrs. Graden and Mrs. Ja'Cori McLauran (<u>Mr. Todd Niemczyh will have to locate these individuals</u>).


<u>1</u> of 2

* The H.U.D / Police Officer f.     .006 (17) investigated the alleged molesta    t Ja'Cori McLauran brought forth by Mrs. Shantell Necole Harris CASE No.: 06-CF-3490-A/162006CF003490AXXXMA ( Mr. Todd Niemczyk will have to locate this individual).

* Mrs. Shantell Necole Harris was aided by Mrs. Mary Butler Motley in 2006 its my concern that ████ Mrs. Mary Butler Motley (Grand Daughter) has been coerced into helping Mrs. Harris now

* I need Mr. Todd Niemczyk to locate the exact address of Mrs. ████████ apartment when she lived in the omana apartment complex next to the Romona Flea Market

* I need Mr. Todd Niemczyk to locate Johnathan McLauran (4) he may be able to contact Mr. McLauran threw Mrs. Donna Graden

* Individuals who appear on this document for additional contact information (5-7) contact: Junio Brooks - (904)355-3145 (Home), (904) 250-7146(Cell) ; Sharon Ross - (904) 783-4108 (Home); Tim Upson - (904) 945-8408 (Cell)

* I need Mr. Niemczyk to locate Mrs. Mary Harris (12) he may be able to contact her threw Mrs. Shantell or Mrs. ████ (Daughters

CASE NO.: 162012CF006884AXXXMA

Respectfully submitted

Clifton Brooks

Clifton Brooks
DEFENDANT

By: _____

Todd Niemczyk
Assistant Public Defender

2 of 2

[REDACTED]

○ Please state your name and age for the record ?

○ Do you know Mr. Clitton Brooks ?

○ How long have you known Mr. Brooks ?

○ What kind of person was Mr. Brooks to you ?

○ What is your mothers name ? Donna Graden

○ Are you Mrs. Graden only child ? No

○ Do you have a sister ? Yes

○ What is your sisters name ? [REDACTED]

○ Has Mr. Brooks ever discipline you or your sister ?

○ Would Mr. Brooks visit your home ?

○ What type of things were in your house ? T.V.

○ How many T.V. was in the house ?

○ What type of T.V. service did you have ? Cable

○ Did you have alot of access to different stations ?

○ Would Mr. Graden put limitations on what you could watch ?

○ Did anyone else besides Mr. Brooks come to your home ?

○ Whom else would come to your home ? John John

○ Who is John John ? Johnathan McLauran

○ How often did John John come to your home ?

○ Would John John be alone when he came to your home ?

○ Who would be with John John ? Girls

○ How long would John John stay to your home with them ?

## Donna Graden

○ Please state your name and age for the record ?

○ Do you know Mr. Clifton Brooks ?

○ How do you know Mr. Brooks ?

○ What type of relationship did you have with Mr. Brooks ?

○ Did Mr. Brooks help you financially ?

○ Threw out time of knowing Mr. Brooks how often would Mr. Brooks help you financially ?

○ Do you know Mr. William McLauran ?

○ How do you know Mr. McLauran ?

○ Where you and Mr. McLauran in a relationship ?

○ How many kids do you have with Mr. McLauran ?

○ Was Mr. Brooks around your children ?

○ What type of person was Mr. Brooks to your children ?

○ How long have you lived in Jacksonville ?

○ Have you ever lived in the Paxon Area ?

○ Do you recall your home in Paxon ?

○ How many rooms were in the home ?

○ Out of those rooms how many had T.V.s ?

○ What type of T.V. service did you have ? Cable

○ Did you children have access to said T.V. ?

○ Did you put limitation on what your children would watch ?

○ Were your children alow to watch T.V. shows that were sexual in content and nature ?

○ Were there ever a time when you saw inappropriate touching between Mr. Brooks and your children ?

○ Have you ever talked to Mr. Brooks about it ?

○ Were there ever a time when you saw your children touch Mr. Brooks inappropriatly ?

○ Did you ever talked to Mr. Brooks about it ?

○ Was Mr. Brooks the only person to visit your home ?

Donna Graden ? 5

○ Whom else would visited your home ? John John

○ Who is John John ? Johnathan McLauran

○ How often would John John come to your home ?

○ Would John John al ng during those times he came to your home ?

○ What type of individuals would John John bring to your home ? Girls

○ How long would John John stay at your home with there individuals ?

○ Did Mr. Brooks ever come to you about the actions of John John around your children ?

○ How did these alleged alligations get brought to the police ?

○ Do you know Officer Collins ?

○ How do you know Officer Collins ?

The following questions will refer to that ~~Interview Inside~~ No.: 9980 Relander: Jan 15 2011

○ Did Officer Collins interview you and M███████ at 3043 9ᵗʰ Street ?

○ Did you tell Officer Collins one of these alleged incidents happen while Mr. Brooks stayed with you in 2009 ?

○ Did you tell Officer Collins this alleged incident happen at your residence located on Green briar Drive in 2009 ?

○ Did you tell Officer Collins the police were called for this alleged incident in 2009 ?

○ Mrs. Graden you brought the alleged incident to the police on behalf of ███████

○ Because you are a woman of moral fiber and integrity correct ?

○ Mrs. Graden you know it is wrong for an adult to touch a minor in any inapropreate way ?

○ Mrs. Graden you would never touch a minor in an inaproperate way would you ?

o Please state your name and age for the record?

o Do you know Mr. Clifton Brooks?

o How do you know Mr. Brooks?

o How long have you known Mr. Brooks?

o Has Mr. Brooks ever discipline you in any way?

o Do you know Mrs. Donna Graden?

o How do you know Mrs. Graden?

o Do you know Officer Collins?

o How do you know Officer Collins?

o Did Officer Collins interview Mrs. Graden and yourself at 3939 MacGregor Dr.?

*The following questions will refer to that interview: Incident No.: 9980 Taken on: Jan 9 2...*

o Did you tell Officer Collins the first alleged incident happen to you at the age of Seven?

o Did you tell Officer Collins this incident happen while living with Mr. Brooks at the residence located on 5004 Fredericksburg Ave.

o At the time of this alleged incident how long did you live with Mr. Brooks?

o Whom did you tell Officer Collins you told about this alleged incident?

o Did you tell Officer Collins you looked at Mr. Brooks then called back over?

o Did you tell Officer Collins the next alleged incident happen while Mr. Brooks with Mrs. Graden and yourself in 2009?

o Did you tell Officer Collins this alleged incident happen at your residence located on Greenbriar Drive in 2009?

o Did you tell Officer Collins the police was called for this alleged incident to the residence located on Greenbriar Drive in 2009?

o Mrs. McLauran do you know what the word appropriate mean?

o What does appropriate mean?

o Mrs. McLauran do you feel the alleged actions of Mr. Brooks were appropriate or inappropriate?

o Mrs. McLauran have you ever touched Mr. Brooks inappropriatly?

o Who brought these alleged allegations to the Police for you?

o Because that Donna Graden is a woman of moral fiber and integrity correct?

And - Mrs. Graden knows it is wrong for an adult to touch a minor in any inappropriate way?

Q: And Mrs. Donna Graden would never touch a minor in any inapproperate way would she

Johnathan McLauran

o Please state your name and age for the record ?

o Do you know Mr. Clifton Brooks ?

o How do you k        ks ?

o Do you know ████████████████

o How do you k    Mr. McLaurain ?

o Do you know Mrs. Donna Graden ?

o How do you know Mrs. Graden ?

o Were you aware of Mrs. Graden and Mr. McLauran relationship ?

o Were you aware of Mrs. Graden pregancy ?

o How did you feel about Mrs. Graden pregancy ?

o Would you visit Mrs. Graden home ?

o Do you recall Mrs. Graden home in the Paxon area ?

o How often would you visit Mrs. Graden home in Paxon?

o Would Mrs. Graden be home on those visits ?

o Were Mrs. Graden children home during those visits ?

o Would you visit Mrs. Graden home alone ?

o What type of company would you bring ? Girls

o How long would you stay at Mrs Graden home with these individuals ?

o Mr. Johnathan McLauran have you ever contributed to the delinquency of a minor ?

<u>William. McLauran</u>

○ Please state your name and age for the record ?

○ Do you know Mr. Clifton Brooks ?

○ How do you know Mr. Brooks ?

○ Do you know Mrs. Donna Graden ?

○ How long have you known Mrs. Graden ?

○ How did you meet Mrs. Graden ?

○ Did you and Mrs. Graden date ?

○ For how long ?

○ How long from the time you and Mrs. Graden started dating did she get pregant ?

○ Did you and Mrs. Graden use protection ?

○ How did you feel about Mrs. Graden pregancy ?

Banny Richardson/Horace his, son

o Please state your name and age for the record ?

o Do you know Mr. Clifton Brooks ?

o How do you know Mr. Brooks ?

o How long have you known Mr. Brooks ?

o Do you know Mr. William McLauran ?

o How do you know Mr. McLauran ?

o How long have you known Mr. McLauran ?

o Do you know Mrs. Donna Graden ?

o How long have you known Mrs. Graden ?

o Were you aware of Mrs. Graden and Mr. McLauran relationship ?

o Were you aware of Mrs. Graden pregancy ?

o How did you feel about Mrs. Graden pregancy ?

▪ Please state your name and age for the record?

▪ Do you know Clifton Brooks?

▪ How long have you known Mr. Brooks?

▪ Do you know Shantell Harris?

▪ How long have you known Mrs. Harris?

▪ Have you ever seen any acts of violance from Mr. Brooks toward Mrs. Harris?

▪ Have you ever seen any acts of violance from Mrs. Harris toward Mr. Brooks?

▪ Do you know Mrs Marg Butler Motley?

▪ How do you know Mrs Motley? [Grandmother]

▪ Would Mrs. Motley give false or misleading statements to a Law Enforcement Officer during an investigation?

▪ Would Mrs. Motley ask you to give false or misleading statements to Law Enforcement Officer during an investigation?

▪ Where you aware of Mr. Brooks arrest in 2006?

▪ Does Mrs. Motley know Mrs Harris?

▪ Are you current married?

▪ Are you employed?

▪ What is your source of income?

▪ How do you received said income?

▪ Do you control the receiving of said income?

▪ *If no: Who receives said income for you? [Mrs. Motley]

▪ *If no: Mr. Motley: Has anyone else received said income for you?

▪ Do you know Jatten McLaurian

▪ Have you ever seen Mr. Brooks and ██████████ together?

<u>Mary Butler Motley</u>

Please state your name and age for the record?

Do you know Mr. Clifton Brooks?

How long have you known Mr. Brooks?

Where do you currently live?

Has Mr. Brooks ever lived with you?

Do you know Mrs. Shantell Harris?

How do you know Mrs. Harris?

How long have you known Mrs. Harris?

Have you ever seen Mr. Brooks and Mrs. Harris act violent towards each other?

Have you ever known of Mrs. Harris threaten Mr. Brooks life?

Do you know ███████████?

How do you know ███████████?

Is ███████ married?

Has ███████ ever lived with you?

Is M███████ employed?

Does M███████ have income?

What is ███████ income?

How does she receive said income?

Mrs. Motley have you ever received said income fo. ███████?

Where you aware of Mr. Brooks arrest in 2006?

Mrs. Motley would you give false or misleading statements to Law Enforcement Officer during an investigation?

Would you ask ███████████ to give false or misleading statements to Law Enforcement Officer during an investigation?

Do you know M███████?

Have you ever seen Mr. Brooks and M███████ together?

## Officer Collins

○ Please state your name and badge/I.D. number for the record ?

○ How long have you been with the Jacksonville Sheriff's Office ?

○ When did you first Contact Mr. Clifton Brooks with these alligations ?

○ Threw what means did you contact Mr. Brooks ?  Cell phone

○ How long did it take for you to here back from Mr. Brooks ?

○ Did you schedule Mr. Brooks for an appointment ?

○ Did Mr. Brooks miss any appointments you set for him ?

○ Was Mr. Brooks on time for said appointments ?

○ Did Mr. Brooks request for an attorney to be present during said appointments ?

○ Was Mr. Brooks straightforward with answering your questions ?

○ Did you interview ███ ██████ ███s ?  ★★   (The following question will refer to that interview)

○ When did that interview take place ?

○ Where did that interview take place ?

○ Was Mrs. Harris Miranda Rights given ?

○ Did Mrs. Harris state the alledge incident happen while she lived at the residence located at 4526 Spring
   -field Blvd in 2001 ? -

○ Did Mrs. Harris state the alledge incident happen in Mr. Brooks vehicle which was dark blue in 2001 ?

○ Did Mrs. Harris state at the time of this alledge incident she was fourteen (14) ?

○ Why was Mrs. Harris riding to Wal-Mart with Mr. Brooks ?  For her mother

○ What is Mrs. Harris mother name ?  Mrs. Mary Harris

○ During your PMB interview with Mr. Brooks did he specify acknowledge Knowing whom Mrs. Rena Harris was ?

○ During your PMB interview with Mr. Brooks did he specify acknowledge takin ███ ███ to Wal-Mart located on
   Lem Turner Road ?

○ During your PMB interview with Mr. Brooks did he specify acknowledge the placing of an warrant for his arrest ?

○ Officer Collins have you ever falsely police documents to justify the arrest of an alleged suspect ?

★ At this time  I ask the ˅Honorable Court to direct arresting officer  Officer Collins to get all corresponding

recorded tapes or Cd's and have said information for Trial.

> Please state your name and age for the record?
> Do you know Mr. Clifton Brooks?
> How long have you known Mr. Brooks?
> How do you know of Mr. Brooks? [Sister]
> What is your sisters name? [Shantell Harris]
> Was Mr. Brooks and Mrs. Shantell violent towards each other?
> Where you aware of Mr. Brooks arrest in 2006?
> Would Mrs. Shantell ask you to lie or make-up these alligations?
> Would Mrs. Shantell ask you to lie on police or court documents?
> Would Mrs. Shantell ask you to lie during a Court proceeding?
> Would Mrs. Shantell Necole Harris lie on Court documents or during a Court proceeding?
> Would Mrs. Shantell take possesion of stolen property?
> Would Mrs. Shantell allow her children to come to harm due to neglect?
> Do you know Officer Collins?
> How do you know Officer Collins?
> Did Officer Collins schedule you for an interview? [Yes]

> Where did that interview with Officer Collins take place? [Jacksonville Sheriff's Office]
> What year did you tell Officer Collins this alleged incident took place? [2001]
> Where did you tell Officer Collins you lived when this alleged incident took place? [4526 Springfield Blvd.]
> What age did you tell Officer Collins you were when this alleged incident took place? [13]
> Where did you tell Officer Collins Mr. Brooks was taking you when this alleged incident took place? [Wal-Mart on Len Turner Road]
> Whom did you tell Officer Collins asked Mr. Brooks to take you to Wal-Mart? [Mrs. Mary Harris]
> What color did you tell Officer Collins Mr. Brooks vehicle was at the time of this alleged incident? [Dark Blue]
> Did you tell Officer Collins Mr. Brooks was engaged to your sister Mrs. Shantell Harris? [Yes]
> Was Mrs. Shantell Harris at the residence of 4526 Springfield Blvd. during the time of this alleged incident? [IF Yes]
> ▮▮▮ did you tell Officer Collins Mr. Brooks stated: I wish you were my baby mamma not your sister?
> ▮▮▮ did Mr. Brooks and Mrs. Shantell Harris have a child together at the time of this alleged incident?

*The following questions will refer to that interview: Incident No: 509475 Taken on: July 10, 2012*

Memo Harris

Did Mrs. Shantell Harris see you leave with Mr. Brooks from 4526 Springfield Blvd before this alleged incident

Once Mr. Brooks returned you to 4526 Springfield Blvd did you tell Mrs. Mary Harris of this alleged incident

Once Mr. Brooks returned you to 4526 Springfield Blvd did you tell Mrs. Shantell Harris of the alleged incident

Once Mr. Brooks returned you to 4526 Springfield Blvd did you call the police

<u>Mary Harris</u>

◌ Please state your name and age for the record ?

◌ Do you know Clifton Brooks ?

◌ How long have you known Mr. Brooks ?

◌ How do you know Mr. Brooks ? Daughter

◌ What is your daughter name ? Shantell Necole Harris

◌ Did Mr. Brooks and Mrs. Shantell have children ?

◌ How many ? 2

◌ Would Mrs. Shantell allow her children to come to harm due to neglect ?

◌ Was Mr. Brooks and Mrs. Shantell violent towards each other ?

◌ Would Mrs. Shantell lie on police or court documents ?

◌ Would Mrs. Shantell lie during a court proceeding ?

◌ Would Mrs. Shantell take possion of stolen property ?

◌ Mrs. Mary would you take possion of stolen property ?

◌ Mrs. Mary would you aid anyone in taken possion of stolen property ?

◌ Who is ▮▮ ▮ ▮▮

◌ Do you recall asking Mr. Brooks to take ▮▮▮ to Wal-Mart in 2001 ?

◌ Do you recall seeing Mr. Brooks and ▮▮▮ leave together ?

◌ Did Mr. Brooks and ▮▮ ▮▮ leave from your residence of 4526 Springfeild Blvd. ?

◌ Do you recall the color of Mr. Brooks vehicle at that time ?

◌ Was Mrs. Rena 14 years of age at the time ?

◌ Was Mr. Brooks engaged to your daughter Mrs Shantell Harris ?

◌ Was Mrs. Shantell at the residence of 4526 Springfeild Blvd. the day you asked Mr. Brooks to take ▮▮▮ to Wal-Mart ?  *If Yes

◌ Did Mrs Shantell Harris see Mr. Brooks and ▮▮▮ leave from your residence of 4526 Springfeild B.

◌ Did ▮▮ return with ▮▮▮ to your residence of 4526 Springfeild Blvd.

◌ Once ▮▮▮ returned did she tell you she had been touched by Mr. Brooks in any way ?

◌ ▮▮▮ returned did she tell Mrs. Shantell Harris she had been touch by Mr. Brooks ?

Shantell Harris

- Please state your name and age for the record ?
- Do you know Clifton Brooks ?
- How long have you know Mr. Brooks ?
- Do yourself and Mr. Brooks have children ?
- How many ?
- Have your children ever come to harm due to neglect from you ?
- How long have you live in Jacksonville ?
- Have you lived anywhere else ? [Tampa]
- * If Tampa is not the answer : Where have you lived ?
- How long were you in Tampa ?
- Was there ever any violance between Mr. Brooks and yourself ?
- How many times ?
- Where the police involved in any of those incidents ?
- Have you ever threaten Mr. Brooks life in any way ?
- Have you ever took possesion of stolen property ?
- Have you ever been aided in taking possesion of stolen property ?
- Do you know ▇▇▇▇▇▇
- How do you know ▇▇▇▇▇▇
- Have you ever witness any inappropriate behavior between Mr. Brooks and ▇▇▇▇▇▇ ?
- Did you report it to any law enforcement agency ?
- What were the results of their findings ? [Unfounded]
- Do you know ▇▇▇▇▇▇ ?
- How do you know ▇▇▇ ? [Sister]
- Do you know Officer Collins
- How do you know Officer Collins
- Are you aware of Officer Collins and ▇▇▇▇▇▇ having an interview
- Do you recall where that interview took p
- Was Mr. Brooks and yourself engaged in 2001

Q Was Mrs. Mary Harris resides. ....cated at 4526 Springfeild Blvd. in .   ?

Q Did you live at the residence of 4526 Springfeild Blvd in 2001? If No:

Q Where did ou live ?

Q Did ████ ████ live at the residence of 4526 Springfeild Blud in 2001 ?

Q Do you recall or had herd of Mr. Mary Harris asking Mr. Brooks to take ████ ███ ███ to Wal-Mart ?

Q Did you See Mr. Brooks and ████ ███ leave the residence of 4526 Springfeild Blvd together ?

Q What Color was Mr. Brooks vehicle in 2001 ?

Q Did you See Mr. Brooks return with M████ to 4526 Springfeild Blvd. in 2001 ?

Q Did at any time ████ ██ inform you of alleged touching from Mr Brooks in 2001 ?

Q Did at any time ████ █ inform Mrs Mary Harris of alleged touching from Mr. Brooks in 2001 ?

Q Mrs Shantell Harris are you a violant person ?

Officer J.L. Randolph (7387)

o Please state your full name and badge/I.D. number for the record ?

o How long have you been with the Jacksonville Sheriff Office ?

o Within that time what kind of call have you responded to ?

o You have respondend to Domestic Violence calls ?

o Can you tell me around how many domestic violence calls have you responded to ?

o Have you received domestic violance calls from women and men ?

o Does the Jacksonville Sheriff Offices gives it's officers strick marching orders or insti in
   conduct domestic violance calls when it differs between men and women ?

o Do you recall incident No.: 1009643 → ( if no show him the copy ) ?

o Would you please state the reporting officer and I.D. # on page 3 of 3 ?

                              Honorable
✱ At this time I ask the ^court to direct the reporting officer in incident th :
   1009643 Officer J.L. Randolph I.D. # 7387 to get all corresponding documents to said
   incident including: The victim completed written statement located on page 3 of 3
   of incident report No.: 1009643 in Additional Information or contact Domestic Violance
   Offices for their copy of said witness statement Case No.: 2004-DR-1666-DV Contact :
   Stephanie Tilley. and have said incident information for trail.

.icer _____ (2006)

o Please state your name and badge number for the record ?

o How long have you worked for the Jacksonvill Sheriff's Offices ?

o Did you handle an oliedge molestation case involving ▮▮▮▮▮▮▮ ?

o Who brought this allege information forward ? [Shantell Necole Harris ]

o While Conducting this investigation did ▮▮▮▮▮▮▮ state she was sodomized or digitolly penetrated by Mr. Clifton Brooks ?

o While conducting this investigation did ▮▮▮▮▮▮▮ state she was intentionnaly touch on the breast, genitals, genital area, or buttocks or clothing covering them ?

o While conducting this investigation did ▮▮▮▮▮▮ state she was shown Mr. Brooks penis ?

o Did anyone else come foward with claims toward Mr. Brooks of sexual misconduct ?

✳ At this time I ask the Honorable Court to direct Officer _____ to get all correspondive documents and recordings from the investigation into the alleged molestation of ▮▮▮▮▮▮▮▮ brought fourth by Mrs. Shantell Harris in 2006 and have said information for trial.

Officers                                                                (2007)

- Please state your name and badge/I.D. number for the record?
- How long have you been with the Jacksonville Sheriff's Office?
- Did you respond to an incident located on Greenbriar Drive?
- Did you speak with Mrs. Donna Graden at the location?
- Did you speak with ████████████ at the location?
- What was alleged?
- Did you investigate the alleged incident?
- While conducting this investigation did ████████████ tell you Mr. Brooks had sodomized or digitally penetrated her anus
- While conducting this investigation did ████████████ tell you Mr. Brooks had masturbated intentionally in her presence
- While conducting this investigation did ████████████ tell you Mr. Brooks had intentionally touch or the breast, genitals, genital area, or buttocks or clothing covering them?
- Did you confront Mr. Brooks?
- Was Mr. Brooks arrested?

\* At this time I ask the Honorable Court to direct Officer _____ to get all corespond documents from the investigation at Mrs. Donna Graden resident of Greenbriar Drive and have said information for trial.

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA.

STATE OF FLORIDA

VS.

CLIFTON BROOKS /

DEFENDANT,

CASE NO.: 162012CF006884AXXXMA

DIVISION: CRE/SAD

## MOTION FOR STATEMENT OF PARTICULAR

Defendant, by and through the undersigned attorney, the Public Defender for the Fourth Judicial Circuit of Florida, pursuant to Rule 3.140 (n), Florida Rules of Criminal Procedure, respectfully moves this Honorable Court to order the State of Florida to file a written statement of particulars with the Court specifying as definitely a possible the place, date and time of the offense (s) charged in the Information (s).

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Statement of Particulars to be provided to the State Attorney Office this 21 day of September 2012.

Respectfully submitted
Matt Shirk
PUBLIC DEFENDER

BY: _____

Tadd Niemczyk
Assistant Public Defender

IRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA.

STATE OF FLORIDA
V.
CLIFTON BROOKS Sr.
_____ Defendant /

CASE NO.: 162012CF006884AXXXMA
DIVISION: CRE/SAD

## Defense Supplemental Notice Of Discovery

Defendant, by and through the undersigned attorney, the Public Defender for the Fourth Judicial Circuit of Florida pursuant to Rule 3,140(n), Florida Rules of Criminal Procedure, hereby serves this notice of Supplemental Discovery and requests the prosecutor to disclose to the Defendant, and permit him to inspect, copy, test and photograph the following information and material within the prosecutor's possession and control:

1) The names and address of all person known to the prosecutor to have information which may be relevant to the offence charged, and to any defence with respect thereto.

2) The statement of any person whose name is furnished in compliance with the preceeding paragraph. The term "Statement" as used herein includes a written statement made by said person and signed or otherwise adopted or approved by him/her, and also includes any statement of any kind or manner made by such person and written or recorded or summarized in any writing or recording.

The term "Statement" is specifically intended to include all police and investigative reports of any kind prepared for or in connection with this case.

3) Any written or recorded statements and the substance of any oral statements made by the accused, and a copy of any statement contained in police reports or reports summaries, together with the name and address of each witness to the statement.

4) Any tangible papers or object which were obtained from or belong to the accused or the alleged victim.

5) Whether the State has any material or information that has been provided by a con

(1 of 2)

Fidential informant.

6) Whether these has been any electronic surveillance, including wiretapping, of the premises of the accused, or of any convesations to which the accused was a party, and any documents relating thereto.

7) Whether there has been any search and seizure and any document relating thereto

8) Reports or statement of experts made in connection with this particular case, including the results of physical or mental examination and of scientific test, experments or comparisons.

9) Any tangible papers or object which the prosecutor intend to use in the hearing or rail and which were not obtained from or belonged to the accused

WHEREFORE, Defendant requests the prosecution to provide the above information ursuant to Rule 3.220 (b)(1), F.R.Cr.P..

I HEREBY CERTIFY that a copy be furnished to the State Attorney Office, this 121 day of September 2012

Respectfully submitted,
Matt Shirk,
PUBLIC DEFENDER

BY: _____

Todd Niemczyk
Assistant Public Defender

(2 of 2)

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY
FLORIDA.

STATE OF FLORIDA

vs.

CASE NO.: 162012CF006884AXXXMA
DIVISION: CRE / SAD

CLIFTON BROOKS /
        DEFENDANT.

## REQUEST FOR CASE RECORDS FROM ATTORNEY

Dear Todd Nismargh.;

You are hereby requested, pursuant to Rule 4-1.6 (5), Florida Bar, Rules of Professional Conduct (2006), to provide, relinquish, and foward the undersigned client with a true and correct copy of the records, files and/or documents encompassed in the above reference legal file; including but not limited to the following:

Rule 4-1.6 (5) to comply with The Rules of Professional Conduct.

        1. All pre-trial discovery materials;
        2. All depositions, I.E. State and/or defence copies as filed or transcribed whether or not filed with the court;
        3. All correspondent to and from the office of the State Attorney or any other law enforcement agency;
        4. All pre-trial pleadings filed with the court;
        5. All post-trial pleadings filed with the court;
        6. Sentence guideliness score sheets filed;

(1 of 2)

7. Pre-sentencing investigations report;

8. Medical reports, evolutions, Etc., on the defendant and / or victim(s);

9. Copies of recorded, written or typed statements made by the defendant; (I.E. Confession)

10. All other case related materials used to prepared and represent this cause not considered as attorney work product;

11. All records and documents in your possesion.

TAKE NOTICE: Failure to comply fully with the above enumerated request for files, records and documents within (10) working days, without valid reason given, will result in formal filling of a action for writ of mandamus, thereby compelling the release of the above sought records, files and documents, pursuant to the authority mandated in DENNIS v. BRUMMER, 479 So. 2d 857 (FLA. 3RD DCA 1985); DUROSE v. SHELNUTT, 566 So. 2d 921 (FLA. 5TH DCA 1990); and BERMUED v. Tacher, 565 So. 2d 733 (FLA. 3RD DCA 1990).

LASTLY: Failure to comply with the above request for case records will result in filling of a formal complaint with the Florida Bar for non-compliance with the Florida Bar Rules of professional conduct, and your rights to practice Law in the State Of Florida.

Todd Niemczyk
Assistant Public Defender

Respectfully submitted

Clifton Brooks
DEFENDANT

(2 of 2)

- Donna Grader,
- Shantel Harris (2004) (Concealed Weapon License)
- ███████ (Didn't know who CJ either)
- Domestic Incident (May 2004)
- Tampa ch. 787.01 (3)(a)1
- C.J. Pic Ch 827.03 (1)(q)
- Hospital Ch 827.03 (3)(a)1
- Injuction (May 2004); Dismissal
- Domestic Incident (Dec 2004)
- My house 2004 (Self-Defence Law) 776.012 (3-10)
- Incident Report (Dec. 2004)
- Police Officer Job Ch. 901.15; (2)
- House Bill No. 113 (10,20,life)
- C.J. (10,20,life) pg. 545  741.28
- Injuction (Dec 2004)
- Repeat Violence ch 784.046; (1)(b)
- Injuction Dismissal
- ✳ The Plan (Donna Groden; ███ McLaurn)
- Domestic Incident (Feb 2006)
- Incident Report (Feb 2006)
- My Car (Self-Defence Law) 776.013 (3)
- My Job (Her letter: N) Ch 812.012 (7)
- Injuction hearing (molested Ja Cai:) G (2006)
- Stole family Home ch 812.012 (5)
- Mary Butler Motley (R.O.A. Vol 1 of 2 Blue) (0017)
- Trial perjury on the stand (Shantell Harris (Appeal Vol 2) pg. 46-47
- Incident Mary Butler Home (███ (2007)
- Incident at Donna Graden (██ (2007)

Mr. Breiden stated she had seen inappropriate behavior but if it had been me she would have called the Police so that shows it wasn't me

☐ Mary Butler      y Home ████████████ (2007,

☐ Incident Mary Butler Motley Home (Sweety) (2007)

☐ Churches Chicken (Normandy & lanes) 07-09 ████ ████ (Map)

CASE No. : 162012CF006884AXXXMA



Officer's Name & I.D. Number

Certified for the purpose of notarizing
or attesting to official documents,
pursuant to Florida Statute #943.10
Section 117.10.

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY
FLORIDA.

STATE OF FLORIDA

vs.

CASE NO.: 162012CF006884AXXXMA
DIVISION: CRE/SAD

LIFTON BROOKS/

DEFENDANT.

## MOTION FOR SPEEDY TRIAL UPON DEMAND

Defendant, by and threw the undersigned attorney, the Public Defender for the Fourth Judicial Circuit of Florida, pursuant to Rule 3.140 (n), Florida Rules of Criminal Procedure, current with the Amendments received through 1/15/2010, respectfully request that this Honorable Court grants him a SPEEDY TRIAL UPON DEMAND.

In accordance with the Fla. R. Crim. P. 3.191 (g) States Speedy Trial Upon Demand, the Accused is bound. A demand for speedy trial binds the Accused and the State. No demand for speedy trial shall be filed or served unless the accused has a bonafide desire to obtain a trial sooner than otherwise provided. The Accused has investigated the Case and under the Florida Rules of Criminal Procedures makes this his Demand for a speedy Trial.

I HEREBY CERTIFY that a copy of the above and foregoing Motion For Speedy Trial be furnished to the Office of the State Attorney, this 21 day of September 2012.

Respectfully submitted
MATT SHIRK
PUBLIC DEFENDER

BY: _____

_Todd Niemczyk_

Assistant Public Defender

S.A. CASE NO.:   12CF014276AD

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CLERK NO.:   162012CF006884AXXXMA

DIVISION:   CRE/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS



**FILED**

OCT 0 2 2012

CLERK CIRCUIT COURT

### STATE'S FIRST NOTICE OF OTHER CRIMES, WRONGS OR ACTS EVIDENCE

The State of Florida, by and through the undersigned Assistant State Attorney, gives notice to the Defendant in the above-styled cause, pursuant to Sections 90.404(2)(a) and 90.404(2)(b), Florida Evidence Code, that it intends to introduce evidence of other crimes, wrongs or acts committed by the Defendant into evidence during the trial of the above-styled cause. Such evidence is relevant to prove a material fact in issue, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident. The evidence sought to be introduced will show that:

L.A.'s mom was the defendant's best friend. When she was 12-13 years old, the defendant forced penile-vaginal intercourse with her. He told her not to tell, and threatened her family members if she told.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been furnished by *hand*, to Darcy Gainor, Office Of The Public Defender, 407 North Laura Street, Jacksonville, Florida 32202, this *2nd* day of October, 2012.

ANGELA B. COREY
STATE ATTORNEY

By: _____
Anna Eileen Hixon
Bar Number 0442798
Assistant State Attorney

THIS INSTRUMENT IN COMPUTER
Leslie

S.A. CASE NO.:    12CF014276AD

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CLERK NO.:    162012CF006884AXXXMA

DIVISION:    CRE/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS



**FILED**

**OCT 0 2 2012**

CLERK CIRCUIT COURT

## STATE'S SECOND NOTICE OF OTHER CRIMES, WRONGS OR ACTS EVIDENCE

The State of Florida, by and through the undersigned Assistant State Attorney, gives notice to the Defendant in the above-styled cause, pursuant to Sections 90.404(2)(a) and 90.404(2)(b), Florida Evidence Code, that it intends to introduce evidence of other crimes, wrongs or acts committed by the Defendant into evidence during the trial of the above-styled cause. Such evidence is relevant to prove a material fact in issue, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident. The evidence sought to be introduced will show that:

R.H.'s sister was engaged to the defendant. When R.H. was 14, the defendant asked her if she wanted to have sex with him. When she said no, he started touching her breasts and vagina with his hands both over and under her clothing. R.H. began crying. The defendant told her to stop crying and then stated he would kill her sister and nephew if she told anyone.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion has been furnished by _____ to Darcy Gainor, Office Of The Public Defender, 407 North Laura Street, Jacksonville, Florida 32202, this _____ day of October, 2012.

ANGELA B. COREY
STATE ATTORNEY

By: _____

Anna Eileen Mixon
Bar Number 0442798
Assistant State Attorney

THIS INSTRUMENT
IN COMPUTER
Leslie

**PAGE # 0055 OF 0500**

FILED 12 OCT 15 AM 10:37 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:  20120009980

DEPO: November 7, 2012

STATE OF FLORIDA

VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:  HIXON
    Office of the State Attorney
    Fourth Judicial Circuit
    Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, 220 E Bay Street, 1st Floor,  Jacksonville, Florida at the specified time by each name:

9:30 A.M.          JOSE RUIZ #68520          20 MIN

MATT SHIRK
PUBLIC DEFENDER

BY: _____ for

DARCY GALNOR 908681
Assistant Public Defender
October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

**PAGE # 0056 OF 0500**

FILED 12 OCT 15 AM 10:37 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: November 7, 2012

STATE OF FLORIDA

VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, 220 E Bay Street, 1ˢᵗ Floor, Jacksonville, Florida at the specified time by each name:

9:00 A.M.            M COLLINS  ##7482            30 MIN

MATT SHIRK
PUBLIC DEFENDER

BY: _____
    DARCY GALNOR 908681
    Assistant Public Defender
    October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender


FILED
IN COMPUTER
DARLENE

FILED 12OCT15 RM1038 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: October 31, 2012

STATE OF FLORIDA

    VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

    Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, Duval County Courthouse Annex, 220 E Bay Street, 1st Floor, Jacksonville, Florida at the specified time by each name:

      3:00 P.M.        J. M.           60 MIN

      MATT SHIRK
      PUBLIC DEFENDER

      BY:
      DARCY GALNOR 908681
      Assistant Public Defender
      October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

FILED 12 OCT 15 AM 10:38 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: October 31, 2012

STATE OF FLORIDA

VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, Duval County Courthouse Annex, 220 E Bay Street, 1st Floor, Jacksonville, Florida at the specified time by each name:

2:30 P.M.                                          30 MIN

MATT SHIRK
PUBLIC DEFENDER

BY: _____ for
DARCY GALNOR 908681
Assistant Public Defender
October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

FILED 12OCT15 AM 10:37 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: October 31, 2012

STATE OF FLORIDA

   VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, Duval County Courthouse Annex, 220 E Bay Street, 1st Floor, Jacksonville, Florida at the specified time by each name:

2:00 P.M.        SHANTELL HARRIS        30 MIN

MATT SHIRK
PUBLIC DEFENDER

BY: _____
DARCY GALNOR 908681
Assistant Public Defender
October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

FILED 12OCT15 RM 1037 TIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: October 31, 2012

STATE OF FLORIDA

VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

      Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, Duval County Courthouse Annex, 220 E Bay Street, 1st Floor, Jacksonville, Florida at the specified time by each name:

      1:30 P.M.          DONNA GRADEN          30 MIN

                         MATT SHIRK
                         PUBLIC DEFENDER

                         BY: _____ for

                         DARCY GALNOR 908681
                         Assistant Public Defender
                         October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

PAGE # 0061 OF 0500

FILED 12OCT15AM1038JIMFULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO: 20120009980

DEPO: October 31, 2012

STATE OF FLORIDA

VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, Duval County Courthouse Annex, 220 E Bay Street, 1st Floor, Jacksonville, Florida at the specified time by each name:

          4:00 P.M.          ████████████          30 MIN

                              MATT SHIRK
                              PUBLIC DEFENDER

                         BY: _____ for
                              DARCY GALNOR 908681
                              Assistant Public Defender
                              October 12, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

15 a, of October 2012



IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA.

TATE OF FLORIDA

VS.

IFTON BROOKS /

DEFENDANT



**FILED**

OCT 1 6 2012

CLERK CIRCUIT COURT

CASE NO.: 162012CF006884AXX×MA

RFA No. 13-5538/13-5539

## REQUEST FOR CASE RECORDS FROM ATTORNEY

Dear Todd Niemczyk ;

You are hereby requested, pursuant to Rule 4-1.6 (D), Florida Bar, Rules Of Professional Conduct (2006), to provide, relinquish, and foward the undersigned client with a true and correct copy of the records, files and/or documents encompassed in the above refererance legal case file; including but not limited to the following:

Rule 4-1.6 (D) "upon termination of representation a lawyer shall surrender all papers to the client."

1. All pre-trial discovery materials;

2. All depositions, I.E. State and/or defence copies as filed or transcribed, whether or not filed with the court;

3. All correspondent to and from the office of the State Attorney or any other law enforcement agency;

4. All pre-trial pleadings filed with the court;

5. All post-trial pleadings filed with the court;

6. Sentence guideliness score sheets filed;



7. Pre-sentencing investigations report ;

8. Medical reports, evolutions, Etc., on the defendant and / or victim(s) ;

9. Copies of recorded, written or typed statements made by the defendant (I.E. Confession)

10. All other case related materials used to prepared and represent this cause not considered as attorney work product ;

11. All records and documents in your possession.

**TAKE NOTICE :** Failure to comply fully with the above enumerated request for files, records and documents within (10) working days, without valid reason given, will result in formal filling of a lesion for writ of mandamus, thereby compelling the release of the above sought records, files and ocuments, pursuant to the authority mandated in DENNIS v. BRUMMER, 479 So. 2d 857 (FLA. 3RD DCA 985); DUBOSE v. SHELNUTT, 566 So. 2d 921 (FLA. 5TH DCA 1990) ; and BERMEO v. Tacher, 565 So. 2d 733 (FLA. 3RD DCA 1990).

**LASTLY :** Failure to comply with the above request for case records will result in filling f a formal complaint with the Florida Bar for non-compliance with the Florida Bar Rules Of Professional Conduct, governing duties of counsel after termination of representations and your rights to practice Law in the State Of Florida.



Todd Niemczyk
Assistant Public Defender


Respectfully submitted
Clifton Brooks
DEFENDANT

(2 of 2)

FILED 12OCT19PM04:32MFULLER

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA.

CASE NO.: 2012-6884-CFA

DIVISION: CR-E

STATE OF FLORIDA

    VS.

CLIFTON BROOKS

_____

## MOTION FOR STATEMENT OF PARTICULARS

    Defendant, Clifton Brooks, by and through the undersigned attorney, the Public Defender for the Fourth Judicial Circuit of Florida, pursuant to Rule 3.140(n), Florida Rules of Criminal Procedure, respectfully moves this Honorable Court to order the State of Florida to file a written statement of particulars with the Court specifying as definitely as possible the place, date and time of the offense(s) charged in the Information(s).

    I HEREBY CERTIFY that a copy of the above and foregoing Motion for Statement of Particulars has been furnished to the Office of the State Attorney, by hand, this 19th day of October, 2012.

Respectfully submitted,

MATT SHIRK
PUBLIC DEFENDER

BY: _____
Darcy Galnor 0908681
Assistant Public Defender

smh

(D-02)

FILED
IN COMPUTER
DARLENE

FILED 12 NOV 27 PM 0445 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: December 13, 2012

STATE OF FLORIDA

    VS.

    CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, 220 E Bay Street, Jacksonville, Florida 1st floor deposition rooms at the specified time by each name:

1:30 P.M.      █████████      45 MIN

MATT SHIRK
PUBLIC DEFENDER

BY:

DARCY GALNOR 908681
Assistant Public Defender
November 27, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:   20120009980

DEPO: December 13, 2012

STATE OF FLORIDA

    VS.

CLIFTON BROOKS

# NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

     Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, 220 E Bay Street, Jacksonville, Florida 1st floor deposition rooms at the specified time by each name:

     2:15 P.M.      SHANTELL HARRIS      45 MIN

                      MATT SHIRK
                      PUBLIC DEFENDER

                      BY:

                      DARCY GALNOR 908681
                      Assistant Public Defender
                      November 27, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

PAGE # 0067 OF 0500

FILED 12 NOV 27 PM 0446 JIM FULLER

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA.

CASE NO.: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E
CCR NO:  20120009980

DEPO: December 13, 2012

STATE OF FLORIDA

VS.

CLIFTON BROOKS

## NOTICE OF TAKING DEPOSITION

TO:   HIXON
      Office of the State Attorney
      Fourth Judicial Circuit
      Jacksonville, Florida 32202

Please take notice that the above named Defendant will take the deposition(s) of the following named person(s), on the above date, at the Office of the State Attorney, 220 E Bay Street, Jacksonville, Florida 1st floor deposition rooms at the specified time by each name:

3:00 P.M.          JOSE RUIZ #68520               20 MIN

MATT SHIRK
PUBLIC DEFENDER

BY:

DARCY GALNOR 908681
Assistant Public Defender
November 27, 2012

Copies:

Office of the State Attorney
Office of the Public Defender

FILED
IN COMPUTER
DARLENE

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.: 12CF6884
DIVISION: CRE

STATE OF FLORIDA

vs.

CLIFTON BROOKS



## MOTION FOR CONTINUANCE

Defendant, CLIFTON BROOKS, by and through the undersigned counsel, the Public

Defender for the Fourth Judicial Circuit of Florida, pursuant to Rule 3.190(g), Florida Rules of

Criminal Procedure, respectfully moves this Court to grant a continuance of the trial currently

scheduled on December 10, 2012 . As grounds, Defendant states the following:

1.  Two state witnesses, ████████ and Shantell Harris, have not been deposed.
    According to the State Attorney's Office, ████████ is a Williams Rule witness
    and Shantell Harris, according to police reports, is an eyewitness.

2.  Both witnesses were set for deposition on October 31, 2012. Neither showed.

3.  To be adequately prepared for trial and to provide competent representation,
    Defense Counsel must depose both witnesses.

4.  Defendant objects to this continuance and does not want to waive his speedy trial
    rights. However, the Florida Supreme Court has ruled that an attorney may waive
    his client's right to a speedy trial over his client's objection. State v. Kelley, 322
    So.2d 581, 583 (Fla. 1975). Furthermore, the acts of an attorney on behalf of a



2
Brooks, Clifton
12CF6884
Motion for Continuance

client will be binding on the client even though done without consulting him and even against the client's wishes. State v. Kruger, 615 So.2d 757, 759 (Fla. 4th DCA 1993). The First District Court of Appeal has ruled that a defendant's right to a speedy trial is not violated if the trial extension is reasonable and necessary to protect the right to competent, adequately prepared counsel. Randall v. State, 938 So.2d 542, 544 (Fla. 1st DCA 2006).

5. Assistant State Attorney Anna Hixon does not object to a continuance in the case.

WHEREFORE, Defendant respectfully requests this Court grant this motion and order a continuance in the above-styled case.


I HEREBY CERTIFY that a copy of the above and foregoing Motion for Continuance has been furnished to the Office of the State Attorney, by hand, this 4th day of December, 2012.

3
Brooks, Clifton
12CF6884
Motion for Continuance

Respectfully submitted,

MATT SHIRK
PUBLIC DEFENDER

BY:

Darcy Galnor, #0908681
Assistant Public Defender

## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that the foregoing Motion for Continuance is filed in good faith

and is not interposed merely for the purpose of unnecessary delay.

DARCY GALNOR



IN THE CIRCUIT COURT, FOURTH JUDICIAL
CIRCUIT, IN AND FOR DUVAL COUNTY,
FLORIDA

CASE: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E (Circuit)

STATE OF FLORIDA

VS.

CLIFTON MCNEIL BROOKS, DEFENDANT



FILED
DEC 06 2012
CLERK CIRCUIT COURT

ORDER

THIS CAUSE COMING ON BEFORE THE COURT UPON THE ☒DEFENDANT'S ☐STATE'S

SECOND MOTION FOR CONTINUANCE

FILED HEREIN ON THE 06 day of DECEMBER, 2012 AND THE COURT HAVING HEARD ARGUMENTS OF THE

STATE'S ATTORNEY AND OF COUNSEL FOR DEFENSE, AND BEING FULLY ADVISED IN THE PREMESIS, IT IS

THEREUPON

      ORDERED AND ADJUDGED THAT THE AFORESAID MOTION SHALL BE AND THE SAME IS HEREBY:

GRANTED W/O OBJECTION

      DONE AND ORDERED IN OPEN COURT AT JACKSONVILLE, DUVAL COUNTY, FLORIDA, THIS _____

day of __DEC 06 2012_, 20___.

FILED
IN COMPUTER
J. S.

Circuit Judge

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.: 12CF6884
DIVISION: CRE

STATE OF FLORIDA

vs.

CLIFTON BROOKS



**SECOND**
**MOTION FOR CONTINUANCE**

Defendant, CLIFTON BROOKS, by and through the undersigned counsel, the Public

Defender for the Fourth Judicial Circuit of Florida, pursuant to Rule 3.190(g), Florida Rules of

Criminal Procedure, respectfully moves this Court to grant a continuance of the trial currently

scheduled on December 10, 2012 . As grounds, Defendant states the following:

1. The undersigned has reasonable grounds to believe that the Defendant is



   incompetent to proceed and has filed a Suggestion of Mental Incompetence to

   Proceed.

2. If a reasonable ground exists as to the Defendant's incompetence, the language of

   rule 3.210(b) is mandatory. <u>Boggs v. State</u>, 575 So.2d 1274 (Fla. 1991).

   Fla.R.Crim.P. 3.210(b) provides that if, at any material stage of a criminal

   proceeding, the court has reasonable ground to believe that the defendant is not

   mentally competent to proceed, the court shall immediately enter its order setting

   a time for a hearing to determine the defendant's mental condition and shall order

2
Brooks, Clifton
12CF6884
Motion for Continuance

the defendant to be examined by no more than three, nor fewer than two, experts

prior to the date of said hearing.

3. Additionally, because Defendant's incompetence is at issue, he is considered

unavailable to stand trial while his competence is being determined. Isley v. State,

354 So.2d 457 (Fla. 1st DCA 1978). Therefore, speedy trial is tolled. Isley, 354

So.2d at 457.

4. Additionally, two state witnesses, ███████ and Shantell Harris, have not been

deposed. According to the State Attorney's Office, ███████ is a Williams

Rule witness and Shantell Harris, according to police reports, is an eyewitness.

5. Both witnesses were set for deposition on October 31, 2012. Neither showed.

6. To be adequately prepared for trial and to provide competent representation,

Defense Counsel must depose both witnesses.

7. Defendant objects to this continuance and does not want to waive his speedy trial

rights. However, the Florida Supreme Court has ruled that an attorney may waive

his client's right to a speedy trial over his client's objection. State v. Kelley, 322

So.2d 581, 583 (Fla. 1975). Furthermore, the acts of an attorney on behalf of a

client will be binding on the client even though done without consulting him and

even against the client's wishes. State v. Kruger, 615 So.2d 757, 759 (Fla. 4th

DCA 1993). The First District Court of Appeal has ruled that a defendant's right

to a speedy trial is not violated if the trial extension is reasonable and necessary to

protect the right to competent, adequately prepared counsel. Randall v. State, 938

So.2d 542, 544 (Fla. 1st DCA 2006).

3
Brooks, Clifton
12CF6884
Motion for Continuance

       8.  Assistant State Attorney Anna Hixon does not object to a continuance in the case.

      WHEREFORE, Defendant respectfully requests this Court grant this motion and order a

continuance in the above-styled case.


      I HEREBY CERTIFY that a copy of the above and foregoing Motion for Continuance

has been furnished to the Office of the State Attorney, by hand, this 5TH day of December,

2012.

4
Brooks, Clifton
12CF6884
Motion for Continuance

Respectfully submitted,

MATT SHIRK
PUBLIC DEFENDER

BY: _____

Darcy Galnor, #0908681
Assistant Public Defender

## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that the foregoing Motion for Continuance is filed in good faith

and is not interposed merely for the purpose of unnecessary delay.

_____

DARCY GALNOR

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA.

CASE NO.: 2012CF6884

DIVISION: CRE

STATE OF FLORIDA

    VS.

CLIFTON MCNEIL BROOKS

_____



**FILED**

DEC 0 6 2012

*Jim Fuller*

CLERK CIRCUIT COURT

## SUGGESTION OF MENTAL
## INCOMPETENCE TO PROCEED

The undersigned attorney, counsel for Defendant, CLIFTON MCNEIL BROOKS, pursuant to Rule 3.210, Florida Rules of Criminal Procedure, moves this Court to issue an Order for Defendant to be examined by one or more <u>court-appointed psychiatrists or psychologists</u> to determine Defendant's **mental competence to proceed,** <u>such experts to report to the court, and the cost of the evaluation(s) to be paid by the Office of the State Court Administrator.</u> To the extent that it does not invade the lawyer-client privilege, the following is a recital of the specific observations of and conversations with Defendant which form the basis for this motion:

1. Defendant has exhibited inappropriate behavior in the presence of counsel and the Court.

2. Defendant appears disoriented as to time and place.

3. Defendant cannot aid in the preparation of his defense.

4. Defendant does not appear to appreciate the nature of the charge against him or the range and nature of possible penalties.

5. Defendant does not appear to understand the adversarial nature of the legal process and does not appear to understand the role of the undersigned Assistant Public Defender.



FILED
IN COMPUTER
J.S.

Brooks, Clifton
12CF6884
Suggestion of Mental
   Incompetence to Proceed
Page 2

6.   Defendant has been unable to disclose to the undersigned Assistant Public Defender pertinent facts surrounding the alleged offense.

7.   Defendant is very agitated, cannot discuss facts of his case, talks to himself, is paranoid and fixated on issues that are unrelated to his case. On December 4, 2012, as the Court observed, the Defendant had an outburst in the courtroom.

8.   A motion under Rule 3.210, Fla.R.Crim.P immediately places mental competence in issue and reasonable grounds for believing mental incompetence is present. State v. Guyton, 445 So.2d 644, 645 (Fla. 4th DCA 1984). A determinative evaluation is pre-requisite to commencing trial. Guyton, 445 So.2d at 645. Therefore, a defendant's unavailability for trial pending the outcome of evaluation is clearly present. Id.

9.   If the trial court orders a determination of a defendant's mental condition, during the time before the determination, a defendant's competency to stand trial is being determined and thus he is unavailable for trial. Isley v. State, 354 So.2d 457 (Fla. 1st DCA 1978); see also Franklin v. State, 473 So.2d 763 (Fla. 1st DCA 1985) For the Speedy Trial Rule (Fla.R.CrimP. 3.191) to apply, the Defendant has to be continuously available. In Isley, the court found that the trial court did not err in denying defendant's motion for discharge pursuant to the Speedy Trial Rule. Isley, 354 So.2d at 457.

10. The reasonable costs of the examination by the expert be taxed as costs herein to be paid by the Office of State Court Administrator, Finance & Accounting Department, 444 E. Duval Street, Jacksonville, Florida 32202.

WHEREFORE, Defendant respectfully requests that this Court will grant this motion and order the requested examination.

Brooks, Clifton
12CF6884
Suggestion of Mental
    Incompetence to Proceed
Page 3

I HEREBY CERTIFY that a copy of the above and foregoing Suggestion of Mental Incompetence to Proceed has been furnished to the Office of the State Attorney, by hand, this ____ day of December, 2012.

Respectfully submitted,

MATT SHIRK
PUBLIC DEFENDER

BY: _____
DARCY GALNOR
Assistant Public Defender

## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that this Suggestion is made in good faith and on reasonable grounds to believe that Defendant is incompetent to proceed.

_____
DARCY GALNOR

/ddg

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.:  2012-6884-CFA

DIVISION: CR-E

STATE OF FLORIDA

    VS.

CLIFTON BROOKS

_____

## CERTIFICATE OF CONFLICT AND MOTION TO WITHDRAW

    The undersigned attorney, pursuant to Section 27.5303, Florida Statutes, certifies that a conflict exists between Defendant, Clifton Brooks, and the Office of the Public Defender for the Fourth Judicial Circuit of Florida.  The undersigned attorney further states the following:

    1.    The Office of the Public Defender cannot counsel Defendant without an actual conflict or without the appearance of impropriety.

    WHEREFORE, the undersigned attorney respectfully requests this Honorable Court to allow the Office of the Public Defender to withdraw as counsel of record.

    I HEREBY CERTIFY that a copy of the above and foregoing Certificate of Conflict and Motion to Withdraw has been furnished to the Office of the State Attorney, by hand, this 2nd day of ~~December, 2012~~. Jan 2013

Respectfully submitted,

MATT SHIRK
PUBLIC DEFENDER

BY: _____
Darcy Galnor 0908681
Assistant Public Defender

smh



**NOTIFICATION OF ATTORNEY CONFLICT**

DATE: 01/03/2013   DATE OF CONFLICT:               TIME:

SECTION I:  CASE IDENTIFICATION

DEFENDANT'S NAME     CLIFTON MCNEIL BROOKS                    DIVISION  CR-E (Circuit)

DATE OF BIRTH: November 5, 1973          RACE: BLACK                  SEX: MALE

UNIFORM CASE NUMBER: 16-2012-CF-005884-AXXX-MA       JUDGE  TYRIE W ROYER

NEXT COURT DATE   February 4, 2013

CHARGES

S794.011(2)(A) SEXUAL BATTERY. DEFENDANT 18 OR OLDER VICTIM LESS THAN 12
S800.04(5)(B) LEWD OR LASCIVIOUS MOLESTATION - VICTIM LESS THAN 12, DEFENDANT 18 OR OLDER
S800.04(7)(B) LEWD OR LASCIVIOUS EXHIBITION - VICTIM LESS THAN 16 YEARS, DEFENDANT 18 OR
OLDER

SECTION II: REGIONAL CONFLICT COUNSEL ACCEPTANCE/NON -ACCEPTANCE

PLEASE CHECK APPROPRIATE BOX

REGIONAL CONFLICT COUNSEL ACCEPTANCE OF CASE:            YES ☐

REGIONAL CONFLICT ATTORNEY ASSIGNED TO CASE _____

REGIONAL CONFLICT ATTORNEY NON-ACCEPTANCE OF CASE       NO ☐

REASON FOR NON-ACCEPTANCE _____
_____

SECTION III:   NEXT AVAILABLE NON- RCC ATTORNEY AVAILABLE FROM "THE WHEEL"

THIS SECTION TO BE USED IF REGIONAL CONFLICT COUNSEL CANNOT ACCEPT CASE

ATTORNEY'S NAME: _____
ATTORNEY'S TELEPHONE NUMBER. _____
ATTORNEY'S ADDRESS: _____
_____
_____

_____ Charlene
Smith_____

DeputyClerk



**NOTIFICATION OF ATTORNEY CONFLICT**

DATE: 01/07/2013    DATE OF CONFLICT:        TIME:

**SECTION I:** CASE IDENTIFICATION

DEFENDANT'S NAME      CLIFTON MCNEIL BROOKS                    DIVISION  CR-E (Circuit)

DATE OF BIRTH: November 5, 1973              RACE: BLACK            SEX: MALE

UNIFORM CASE NUMBER  16-2012-CF-004684-AXXX-MA              JUDGE  TYRIE W BOYER

NEXT COURT DATE  February 4, 2013

CHARGES:

    S794.011(2)(A) SEXUAL BATTERY: DEFENDANT 18 OR OLDER VICTIM LESS THAN 12
    S800.04(5)(B) LEWD OR LASCIVIOUS MOLESTATION - VICTIM LESS THAN 12, DEFENDANT 18 OR OLDER
    S800.04(7)(B) LEWD OR LASCIVIOUS EXHIBITION - VICTIM LESS THAN 16 YEARS, DEFENDANT 18 OR
    OLDER

**SECTION II:** REGIONAL CONFLICT COUNSEL ACCEPTANCE/NON -ACCEPTANCE

PLEASE CHECK APPROPRIATE BOX

REGIONAL CONFLICT COUNSEL ACCEPTANCE OF CASE:        YES ☐

REGIONAL CONFLICT ATTORNEY ASSIGNED TO CASE    _____


REGIONAL CONFLICT ATTORNEY NON-ACCEPTANCE OF CASE        NO ☐

REASON FOR NON-ACCEPTANCE    _____
                            _____

**SECTION III:**    NEXT AVAILABLE NON- RCC ATTORNEY AVAILABLE FROM "THE WHEEL"

THIS SECTION TO BE USED IF REGIONAL CONFLICT COUNSEL CANNOT ACCEPT CASE

    ATTORNEY'S NAME:    _____

    ATTORNEY'S TELEPHONE NUMBER:  _____

    ATTORNEY'S ADDRESS:  _____
                        _____
                        _____

_____                      _____ Charlene

Smith_____

Deputy Clerk

**Smith,Charlene D**

| | |
|---|---|
| **From:** | Sloan, Traci (RC1) <traci.sloan@rc1.myflorida.com> |
| **Sent:** | Monday, January 07, 2013 10:03 AM |
| **To:** | Smith,Charlene D; RC1 Jax Admin Staff |
| **Subject:** | RE: aptic.tmp7B45.tmp.Notification of Attorney Conflict |

ACCEPT



# NOTIFICATION OF ATTORNEY CONFLICT

**DATE:  01/07/2013    DATE OF CONFLICT:            TIME:**

<u>SECTION I:</u>  **CASE IDENTIFICATION**

DEFENDANT'S NAME    **CLIFTON MCNEIL BROOKS**                    DIVISION  **CR-E (Circuit)**

DATE OF BIRTH: **November 5, 1973**              RACE: **BLACK**                    SEX: **MALE**

UNIFORM CASE NUMBER: **16-2012-CF-006884-AXXX-MA**              JUDGE:  **TYRIE W BOYER**

NEXT COURT DATE:  **February 4, 2013**

CHARGES:

S794.011(2)(A) SEXUAL BATTERY: DEFENDANT 1B OR OLDER VICTIM LESS THAN 12
S800.04(5)(B) LEWD OR LASCIVIOUS MOLESTATION - VICTIM LESS THAN 12, DEFENDANT 18 OR OLDER
S800.04(7)(B) LEWD OR LASCIVIOUS EXHIBITION - VICTIM LESS THAN 16 YEARS, DEFENDANT 18 OR
OLDER

<u>SECTION II:</u> REGIONAL CONFLICT COUNSEL ACCEPTANCE/NON -ACCEPTANCE

**PLEASE CHECK APPROPRIATE BOX**

REGIONAL CONFLICT COUNSEL ACCEPTANCE OF CASE:            **YES**

REGIONAL CONFLICT ATTORNEY ASSIGNED TO CASE   __TYLER GATES_____

REGIONAL CONFLICT ATTORNEY NON-ACCEPTANCE OF CASE:    **NO**

REASON FOR NON-ACCEPTANCE      _____

_____

<u>SECTION III:</u>        **NEXT AVAILABLE NON- RCC ATTORNEY AVAILABLE FROM "THE WHEEL"**

**THIS SECTION TO BE USED IF REGIONAL CONFLICT COUNSEL CANNOT ACCEPT CASE**

ATTORNEY'S NAME: _____

ATTORNEY'S TELEPHONE NUMBER: _____

1

**PAGE # 0086 OF 0500**

ATTORNEY'S ADDRESS: _____

_____

_____

_____ Charlene

Smith _____

Deputy Clerk

Traci Sloan
Office of Criminal Conflict & Civil Regional Counsel, First Region
100 West Bay Street, Suite 600
Jacksonville, Florida 32202
904-301-1112 Fax:904-301-1120

**From:** Smith,Charlene D [mailto:Charlene.Smith@DuvalClerk.com]
**Sent:** Monday, January 07, 2013 9:52 AM
**To:** Lively, Ceylone (RC1); Tipton, Melissa (RC1); Sloan, Traci (RC1)
**Subject:** aptic.tmp7B45.tmp.Notification of Attorney Conflict

Charlene Smith, Felony B
255-1821

2

FILED 13 JAN 09 AM 08:51 R FUSSELL

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO. :16-2012-CF-6884-AXXX
DIVISION: CR-E/SAD

STATE OF FLORIDA
    VS.
CLIFTON MCNEIL BROOKS

FILED
IN COMPUTER
E.O

_____/

## NOTICE OF DISCOVERY AND
## SPECIFIC DEMAND FOR INFORMATON

      Pursuant to Rule 3.220(a), Florida Rules of Criminal Procedure, Defendant hereby gives notice that he/she intends to participate in discovery and requests that all information, statements, evidence or other matters encompassed by Rule 3.220(b) and (j) be provided to Defendant by the State within 15 days of this Notice.

      Defendant specifically demands the State provide Defendant with all information it has regarding any physical evidence which either: 1) contains DNA which may exonerate Defendant, or, 2) upon which DNA testing could be performed which may exonerate the defendant, pursuant to Section 925.12, Florida Statutes (2006), *Brady v Maryland,* 83 S. Ct. 1194 (1963), and *United States v. Agurs,* 427 U.S. 97(1976), In addition, Defendant specifically demands the State provide Defendant with all information it has regarding DNA evidence that, if tested and compared to the DNA of Defendant or any other person might mitigate guilt or cause a necessary reduction of the charges filed in this cause.

      **I HEREBY CERTIFY** that a copy of the foregoing "Notice of Discovery" has been furnished to the Office of the State Attorney, by hand delivery, this _____ day of January, 2013.

Respectfully submitted,
JEFFREY E. LEWIS
REGIONAL CONFLICT COUNSEL

BY: _____

TYLER GATES 68816
Assistant Regional Conflict Counsel
100 West Bay Street, Suite 600
Jacksonville, Florida 32202
tyler.gates@rc1.myflorida.com
(904) 301-1112

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO. 16-2012-CF-006884-AXXX-MA

DIVISION  CR-E (Circuit)

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS



FILED

JAN 1 4 2013

CLERK CIRCUIT COURT

**ORDER ALLOWING PUBLIC DEFENDER TO WITHDRAW**

**AND APPOINTING REGIONAL CONFLICT COUNSEL**

The above named defendant was previously adjudged insolvent and the Public
Defender was appointed to represent him.  Now, the Public Defender has advised the
Court that due to a conflict that office can no longer represent the defendant and has
made a motion to withdraw as attorney for defendant.  Upon consideration thereof, it is

**ORDERED AND ADJUDGED**

1.      The Public Defender of the Fourth Judicial Circuit is allowed to withdraw
as attorney for the defendant and is relieved of any further responsibility in this case.

2.      THE OFFICE OF REGIONAL CONFLICT COUNSEL, is hereby
appointed, **as of** 1/7/13, to represent the defendant pursuant to Rule 3.111, Florida Rules
of Criminal Procedure.

3.      This case is next before the Court on 2/4/13 for ( ) arraignment
(X) final pretrial ( ) disposition.

4.      This case is not presently scheduled before the Court.

**DONE AND ORDERED** at Duval County, Florida this _____ day of
**JAN 1 4 2013**2013.

_____
CIRCUIT JUDGE

Copies furnished to:

State Attorney's Office, CR-E (Circuit)
Public Defender's Office, CR-E (Circuit)
RCC

**Smith,Charlene D**

| | |
|---|---|
| **From:** | Sloan, Traci (RC1) <traci.sloan@rc1.myflorida.com> |
| **Sent:** | Monday, January 07, 2013 10:03 AM |
| **To:** | Smith,Charlene D; RC1 Jax Admin Staff |
| **Subject:** | RE: aptic.tmp7B45.tmp.Notification of Attorney Conflict |



ACCEPT

# NOTIFICATION OF ATTORNEY CONFLICT

### DATE:  01/07/2013    DATE OF CONFLICT:              TIME:

**SECTION I:  CASE IDENTIFICATION**

DEFENDANT'S NAME     **CLIFTON MCNEIL BROOKS**                 DIVISION  **CR-E (Circuit)**

DATE OF BIRTH:  **November 5, 1973**              RACE:  **BLACK**              SEX:  **MALE**

UNIFORM CASE NUMBER:  **16-2012-CF-006884-AXXX-MA**       JUDGE:  **TYRIE W BOYER**

NEXT COURT DATE:  **February 4, 2013**

CHARGES:

S794.011(2)(A) SEXUAL BATTERY: DEFENDANT 18 OR OLDER VICTIM LESS THAN 12
S800.04(5)(B) LEWD OR LASCIVIOUS MOLESTATION - VICTIM LESS THAN 12, DEFENDANT 18 OR OLDER
S800.04(7)(8) LEWD OR LASCIVIOUS EXHIBITION - VICTIM LESS THAN 16 YEARS, DEFENDANT 18 OR OLDER

**SECTION II: REGIONAL CONFLICT COUNSEL ACCEPTANCE/NON -ACCEPTANCE**

**PLEASE CHECK APPROPRIATE BOX**

REGIONAL CONFLICT COUNSEL ACCEPTANCE OF CASE:          **YES**

REGIONAL CONFLICT ATTORNEY ASSIGNED TO CASE   __TYLER GATES_____

REGIONAL CONFLICT ATTORNEY NON-ACCEPTANCE OF CASE:    **NO**

REASON FOR NON-ACCEPTANCE    _____

_____.

**SECTION III:**      **NEXT AVAILABLE NON- RCC ATTORNEY AVAILABLE FROM "THE WHEEL"**

**THIS SECTION TO BE USED IF REGIONAL CONFLICT COUNSEL CANNOT ACCEPT CASE**

ATTORNEY'S NAME: _____

ATTORNEY'S TELEPHONE NUMBER: _____

1

ATTORNEY'S ADDRESS: _____

_____

_____

_____ Charlene

Smith _____

Deputy Clerk

Traci Sloan
Office of Criminal Conflict & Civil Regional Counsel, First Region
100 West Bay Street, Suite 600
Jacksonville, Florida 32202
904-301-1112 Fax:904-301-1120

**From:** Smith, Charlene D [mailto:Charlene.Smith@DuvalClerk.com]
**Sent:** Monday, January 07, 2013 9:52 AM
**To:** Lively, Ceylone (RC1); Tipton, Melissa (RC1); Sloan, Traci (RC1)
**Subject:** aptic.tmp7B45.tmp.Notification of Attorney Conflict

Charlene Smith, Felony B
255-1821

2

Date : _January_ _16_ , 20 _13_

FILED '13 JAN 22 PM 03:19 R. FUSSELL

From : CLIFTON McNEIL BROOKS SR. AND OBO

CLIFTON McNEIL BROOKS JR. AND SHAMERA BROOKS

Docket No : 2012019254

Pretrial Detention Facility

Jacksonville, Florida 32202

To : Honorable Judge Charles W. Arnold

Duval County Courthouse

501 West Adams Street

Jacksonville, Florida 32202

12-CF-6884 AXXX

Re : Notice of Dept. of Insurance

Dear Sir or Madam :

In compliance with Section 768.28. (b)(a), Fla. Stat (1987), it is my intent to file a civil action against _Judge Charles W. Arnold_ , for false or fraudulant (or willful and wanton infliction of physical and emotional pain), including malfeasance, misfeasance or neglect of duty.

This Complaint will also seek relief against _Judge Charles W. Arnold_ , for failing to preform (his/her) legal duty as required by State and Federal Law.

Thank you in advance.

Respectfully

_Clifton M. Brooks_

D.O.B : 11-5-1973

P.O.B : Jacksonville, Florida

S.S.N : 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

CC : Florida Dept. of Insurance

200 East Gaines Street

Tallahassee, Fl. 32399-0323

THIS INSTRUMENT
IN COMPUTER
A. AUCOIN



**Clerk of the Circuit and County Courts**
Duval County
501 West Adams Street
Jacksonville, Florida 32202

Circuit Civil Department
Area Code 904
255-2000

RONNIE FUSSELL
Clerk of the Circuit and County Courts

## MAIL RETURN MEMORANDUM

**To:**   Clifton Brooks #20120119254

**From:**  Appeal Department

**Re:**   Original Signature/Wrong Court

**Date:**  January 23, 2013

The enclosed is being sent/returned to you for the following reasons:

\_\_\_\_ The enclosed was inadvertently mailed to this office.

\_\_\_\_ This is not a Duval County Case. Please send to the correct county.

\_\_\_\_ The correct filing fee has not been received. Fee schedule attached. **NO PERSONAL CHECKS ACCEPTED.**
Payment by mail must be made in the form of cashier's check or money order payable to : CLERK OF THE CIRCUIT COURT

\_\_\_\_ The number used is incorrect. Cannot locate case in the Duval County index. Please correct and
return for filing.

\_\_\_\_ The name used on the case is incorrect. Please correct and return for filing.

\_\_\_\_ Facsimile signatures are not acceptable for filing. Please sign and return for filing.

\_\_\_\_ Copy or fax sent. Only original signatures are filed in the court file unless otherwise ordered.

\_\_\_\_ As per your request.

\_\_\_\_ Received unsigned. Please sign and return for filing.

**XX** Other.  File this document with the District court and sign with an original signature. _____

_____

_____

Date: January ___ 16 __, 20 13

FILED 13 JAN 23 AM 11:53 R FUSSELL

2012-CF-6984-A

From: CLIFTON McNEIL BROOKS SR. AND OBO

CLIFTON McNEIL BROOKS JR. AND SHAMERA BROOKS

Docket No.: 2012019254

Pretrial Detention Facility

Jacksonville, Florida 32202

To: Honorable Judge Karen K. Cold

Duval County Courthouse

501 West Adams Street

Jacksonville, Florida 32202

Re: Notice of Dept. of Insurance

Dear Sir or Madam:

In compliance with Section 768.28.(6)(a), Fla. Stat (1987), it is my intent to file a civil action against Judge Karen K. Cold _____, for false or fraudulant (or willful and wonton inflection of physical and emotional pain), including malfeasance, misfeasance or neglect of duty.

This Complaint will also seek relief against Judge Karen K. Cold _____, for failing to preform (his/her) legal duty as required by State and Federal Law.

Thank you in advance.

Respectfully

Clifton M. Brooks

D.O.B: 11-5-1973
P.O.B: Jacksonville, Florida
S.S.N: 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

CC: Florida Dept. of Insurance
200 East Gaines Street
Tallahassee, Fl. 32399-0323

S.A. CASE NO.:     12CF014276AD

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CLERK NO.:        162012CF006884AXXXMA

DIVISION:         CRE/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS



**FILED**

FEB 0 4 2013

CLERK CIRCUIT COURT

## STATE'S FIRST MOTION IN LIMINE

The State of Florida, by and through the undersigned Assistant State Attorney, files this Motion In Limine and requests this Honorable Court to prohibit any and all argument, testimony or evidence regarding consent of the victim to sexual activity in the instant case or prior sexual activity of the victim. In support thereof, the State would allege as follows:

1.      The case has been set for trial.

2.      The State believes that, at the trial, the defendant will attempt to introduce evidence, make reference to, argue, or otherwise imply that the victim consented to the conduct which is the crime charged herein. The State further believes that the defendant may try to comment upon prior sexual activity of the victim.

3.      The prejudicial effect of such evidence or inference outweighs its probative value.

4.      It is contrary to the rules and laws governing the courts of the State of Florida to permit such evidence or inference, and would be highly prejudicial to the State in the minds of the jury in that neither consent nor prior sexual activity is a defense to the crime charged.

5.      An ordinary objection during the course of trial, even if sustained with proper instructions to the jury, will not remove such a prejudicial effect from the jury.

6.      In support of this motion the State would cite McElveen v. State, 415 So.2d 746 (Fla. 1st DCA 1982); Hodges v. State, 386 So.2d 888 (Fla. 1st DCA 1982); Florida Statutes §800.04 (1989).

WHEREFORE, the State prays this Honorable Court will grant the State's Motion In Limine.

Respectfully submitted,

ANGELA B. COREY
STATE ATTORNEY

By: _____

Anna Eileen Hixon
Bar Number 0442798
Assistant State Attorney

FILED
IN COMPUTER
A.E.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by _____ to Pro Se, this _____ day of February, 2013.

Anna Eileen Hixon
Bar Number 0442798
Assistant State Attorney

PAGE # 0098 OF 0500

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

| | | |
|---|---|---|
| STATE OF FLORIDA, | Case No.: | 162012cf006884AXXX |
| *Plaintiff,* | Division: | CR-E/SAD |

v.

CLIFTON MCNEIL BROOKS,

*Defendant,*

**FILED**

FEB 04 2013

CLERK CIRCUIT COURT

### STATE'S SECOND MOTION IN LIMINE

COMES NOW, THE STATE OF FLORIDA, by and through the undersigned Assistant State Attorney, and Respectfully moves this Honorable Court for an Order in Limine instructing the Defendant to refrain from making any direct or indirect mention or comment at trial before the jury of the matters hereinafter set forth, without first obtaining permission from the Court outside the presence and/or hearing of the jury, on the grounds that the said matters are incompetent, irrelevant, or immaterial to the issues involved herein, and will only serve to unfairly prejudice the jurors against the State. The subject matter in question is:

1) That there be no reference in this trial to the possible penalty that may result from a conviction. See Rule 3.390(a) (1985); Coleman v. State, 484 So.2d 624 (Fla. 1st DCA 1986); Kosis v. State, 467 So.2d 384 (Fla. 5th DCA 1985).

2) That there be no reference to witnesses not called by either side when both parties had an opportunity to call the witness. Haliburton v. State, 561 So.2d 248 (Fla. 1990); State v. Michaels, 454 So.2d 560 (Fla. 1084).

3) There shall be no reference to self-serving statements of the Defendant. Overton v. State, 429 So.2d 722 (Fla. 1st DCA 1983); Fagan v. State, 425 So.2d 214 (Fla.4th DCA 1983); Lowery v. State, 402 So.2d 1287 (Fla. 5th DCA 1981); Walker v. State, 353 So.2d 968 (Fla.3d DCA 1978); and Watkins v. State, 342 So.2d 1057 (Fla. 1st DCA 1977).

4) There shall be no testimony regarding the general moral character of the victim or witnesses. Chavers v. State, 380 So.2d 1180; United States v. Greer, 643 F.2d. 280.

5) There shall be no reputation testimony as to the truth and veracity of a witness unless it is relevant to the time of the testimony or to the time the offense was allegedly committed. Alford v. State, 47 Fla. 1; 36 So. 436, 437.

WHEREFORE, the State prays that this Motion for an Order in Limine be granted.



Respectfully submitted,

ANGELA B. COREY
STATE ATTORNEY
By:

Anna E. Hixon
Assistant State Attorney
220 E. Bay St.
Jacksonville, Florida 32202
Florida Bar Number 0442798

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above was furnished to Clifton McNeil Brooks, on this 4th day of February, 2013.

Anna E. Hixon
Assistant State Attorney

FILED FEB04 **13 PM 12 R FUSSELL

S.A. CASE NO.:    12CF014276AD

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY,
FLORIDA

CLERK NO.:      162012CF006884AXXXMA

DIVISION:      CRE/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS

FILED
V COMPUTER
E. O

## STATE'S FIRST MOTION IN LIMINE

The State of Florida, by and through the undersigned Assistant State Attorney, files this Motion in Limine and requests this Honorable Court to prohibit any and all argument, testimony or evidence regarding consent of the victim to sexual activity in the instant case or prior sexual activity of the victim.  In support thereof, the State would allege as follows:

    1.    The case has been set for trial.

    2.    The State believes that, at the trial, the defendant will attempt to introduce evidence, make reference to, argue, or otherwise imply that the victim consented to the conduct which is the crime charged herein.  The State further believes that the defendant may try to comment upon prior sexual activity of the victim.

    3.    The prejudicial effect of such evidence or inference outweighs its probative value.

    4.    It is contrary to the rules and laws governing the courts of the State of Florida to permit such evidence or inference, and would be highly prejudicial to the State in the minds of the jury in that neither consent nor prior sexual activity is a defense to the crime charged.

    5.    An ordinary objection during the course of trial, even if sustained with proper instructions to the jury, will not remove such a prejudicial effect from the jury.

    6.    In support of this motion the State would cite McElveen v. State, 415 So.2d 746 (Fla. 1st DCA 1982); Hodges v. State, 386 So.2d 888 (Fla. 1st DCA 1982); Florida Statutes §800.04 (1989).

WHEREFORE, the State prays this Honorable Court will grant the State's Motion in Limine.

Respectfully submitted,

ANGELA B. COREY
STATE ATTORNEY

By: _____
Anne Eileen Hixon
Bar Number 0442798
Assistant State Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by _hand_ to Pro Se, this _4th_ day of February, 2013.

Anna Eileen Hixon
Bar Number 0442798
Assistant State Attorney

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

STATE OF FLORIDA,
     *Plaintiff,*

v.

Case No.:    162012cf006884AXXX
Division:    CR-E/SAD

CLIFTON MCNEIL BROOKS,

     *Defendant,*



## STATE'S SECOND MOTION IN LIMINE

COMES NOW, THE STATE OF FLORIDA, by and through the undersigned Assistant State Attorney, and Respectfully moves this Honorable Court for an Order in Limine instructing the Defendant to refrain from making any direct or indirect mention or comment at trial before the jury of the matters hereinafter set forth, without first obtaining permission from the Court outside the presence and/or hearing of the jury, on the grounds that the said matters are incompetent, irrelevant, or immaterial to the issues involved herein, and will only serve to unfairly prejudice the jurors against the State. The subject matter in question is:

1) That there be no reference in this trial to the possible penalty that may result from a conviction. See Rule 3.390(a) (1985); Coleman v. State, 484 So.2d 624 (Fla. 1st DCA 1986); Kosis v. State, 467 So.2d 384 (Fla. 5th DCA 1985).

2) That there be no reference to witnesses not called by either side when both parties had an opportunity to call the witness. Haliburton v. State, 561 So.2d 248 (Fla. 1990); State v. Michaels, 454 So.2d 560 (Fla. 1084).

3) There shall be no reference to self-serving statements of the Defendant. Overton v. State, 429 So.2d 722 (Fla. 1st DCA 1983); Fagan v. State, 425 So.2d 214 (Fla.4th DCA 1983); Lowery v. State, 402 So.2d 1287 (Fla. 5th DCA 1981); Walker v. State, 353 So.2d 968 (Fla.3d DCA 1978); and Watkins v. State, 342 So.2d 1057 (Fla. 1st DCA 1977).

4) There shall be no testimony regarding the general moral character of the victim or witnesses. Chavers v. State, 380 So.2d 1180; United States v. Greer, 643 F.2d. 280.

5) There shall be no reputation testimony as to the truth and veracity of a witness unless it is relevant to the time of the testimony or to the time the offense was allegedly committed. Alford v. State, 47 Fla. 1; 36 So. 436, 437.

WHEREFORE, the State prays that this Motion for an Order in Limine be granted.

Respectfully submitted,

ANGELA B. COREY
STATE ATTORNEY
By: _____
   Anna E. Hixon
   **Assistant State Attorney**
   220 E. Bay St.
   Jacksonville, Florida 32202
   Florida Bar Number 0442798

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and exact copy of the above was furnished to Clifton McNeil Brooks, on this 4th day of February, 2013.

_____
Anna E. Hixon
**Assistant State Attorney**

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY
FLORIDA.

**FILED**

FEB 04 2013

*[signature]*
CLERK CIRCUIT COURT

STATE OF FLORIDA

VS.

CLIFTON BROOKS /

DEFENDANT.

CASE NO. : 162012CF006884AXXXMA
DIVISION : CRE / SAD
RFA No. : 13-5538 / 13-5539

DBA No. : 1D12-5922

DISCOVERY SANCTION MOTION

Based  the fact that the Defendant's legal work has been stolen once in Duval County Jail recently
August 19, 2012 by Jail House Snitces and the Defendant is putting  

Comes now the DEFENDANT, Clifton Brooks , in proper person, presenting to this Honorable Court the
fact that the Defendant legal work has been stolen recently in Duval County Jail and the Defendant moves the
Court to sanction any one that comes along with any information about h  criminal case and also the criminal
charges of theft be placed upon anyone who comes forth with any such information and also they be charged with
the crime of the 3rd Degree Felony of perjury. For lying under oath this is a violation of the Defendant's 5th
and 14th Amendment right to the Constitution depriving the Defendant of his Life and Liberty.

<u>UNNOTARIZED OATH</u>

Under penalty of perjury, I declare that I have read the foregoing and the facts as stated therein are true and correct : SHEARER v. STATE and FLA. STAT. SECT. 92.525

Clifton M. Brooks

WHEREFORE, defendant respectfully request this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the States Attorney Office, this 4 day of February 20 13.

HONORABLE, Judge Salvador
Judge, County Court

Respectfully submitted

Clifton M. Brooks.
DEFENDANT



FILED
FEB 04 2013
CLERK CIRCUIT COURT

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA.

STATE OF FLORIDA

vs.

CLIFTON BROOKS/

DEFENDANT.

CASE NO.: 162012CF006884AXXXMA

DIVISION: CRE/SAD

RFA No.: 13-5538/13-5539

DEA No.: 1D12-5922

## MOTION FOR APPOINTMENT OF
## PRIVATE INVESTIGATOR

Come now Defendant, Clifton M. Brooks _____, in proper person, in pursuant to Rule 3.220 Florida Rules of Criminal Precedure, and ask this Honorable Court to grant defendant a Private Investigator to help with defendants defence. For defendant believes through investigation defendant can prove innocence.

Threw forensic evidence and diagrams which can be investigated defendant can prove defendants osition show guilty and innocence to the elleged. Defendant believes with a private investigator defendant is more subject to a fair and prejudice trail.

Wherefore, defendant respectfully asks this honorable Court to grant this motion and waive all fees for defendant has been declared indigent by the courts.

## UNNOTARIZED OATH

Under penalty of perjury, I declare that I have read the foregoing and the facts as stated therein are true and correct : SHEARER v. STATE and FLA. STAT. SECT. 92.525

Clifton M. Brooks

WHEREFORE, defendant respectfully request this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the States Attorney Office, this __4__ day of __February__ 20 __13__.

HONORABLE, Judge Salvador
Judge, County Court

Respectfully submitted

Clifton M. Brooks
                DEFENDANT

S.A. CASE NO.:     12CF014276AD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

Fall Term, in the year two thousand twelve

CLERK NO.:     162012CF006884AXXXMA

DIVISION:     CRE/SAD

AMENDED INFORMATION FOR:

1)    SEXUAL BATTERY
2)    LEWD OR LASCIVIOUS MOLESTATION
3)    LEWD OR LASCIVIOUS EXHIBITION

IN THE NAME OF AND BY AUTHORITY OF THE STATE OF FLORIDA, ANGELA B. COREY, State Attorney for the Fourth
Judicial Circuit of the State of Florida, in and for Duval County, charges that:

## COUNT 1

CLIFTON MCNEIL BROOKS on or between January 3, 2003 and January 2, 2005, in the County of Duval and the
State of Florida, being a person 18 years of age or older, did commit a sexual battery upon J.M., a person less than 12 years
of age, by placing an object in J.M.'s anus, contrary to the provisions of Section 794.011(2)(a), Florida Statutes.

## COUNT 2

CLIFTON MCNEIL BROOKS, a person 18 years of age or older, on or between January 3, 2004 and January 2, 2005,
in the County of Duval and the State of Florida, did in a lewd or lascivious manner intentionally touch the breast, genitals,
genital area, or buttocks, or the clothing covering them of J.M., a child less than 12 years of age, contrary to the provisions of
Section 800.04(5)(b), Florida Statutes.

## COUNT 3

CLIFTON MCNEIL BROOKS, a person 18 years of age or older, on or between January 3, 2006 and January 2, 2008,
in the County of Duval and the State of Florida, did intentionally masturbate in the presence of J.M., a person less than 16 years
of age, contrary to the provisions of Section 800.04(7)(c), Florida Statutes.

ANGELA B. COREY, STATE ATTORNEY
FOURTH JUDICIAL CIRCUIT

By:_____
Assistant State Attorney
Fourth Judicial Circuit of Florida, in and for Duval County

STATE OF FLORIDA    )
COUNTY OF DUVAL    )

**ALAN S. MIZRAHI  BAR # 122300**

Personally appeared before me, _____, Assistant State Attorney, for the Fourth
Judicial Circuit of the State of Florida, in and for Duval County, who is personally known to me, and who being first duly sworn,
says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and
which, if true, would constitute the offense therein charged, and that this prosecution is instituted in good faith, and hereby
certifies that testimony under oath has been received from the material witness(es) for the offense.

Sworn to and subscribed before me this _____ day of February, 2013.

PHOEBE STANISH
Commission # DD 883527
Expires June 16, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

By:_____

RONALD FUSSELL, Clerk of the Circuit Court, Fourth  Judicial Circuit of Florida, In and For Duval County, and
Clerk of the County Court, In and For Duval County, Florida.

FILED THIS _____ **FEB 0 8 2013** _____        BY DEPUTY CLERK _____

**PAGE # 0109 OF 0500**

## NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING

**Pursuant to Florida Rule of Judicial Administration 2.420(d)(2), the filer of this court record (Information) indicates that confidential information is included within the document being filed; to wit:  Social Security Number, § 119.0714.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Dkt | 2012-019254 | | NCD | February 11, 2013 | | |
| Ext. | O | | S/W | | DOB | 11/05/1973 |
| Race | Black | | Sex | Male | | |
| **SSN** | **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** | | | | | |

MCL NO.(S):  S794.011(2)(a), CAP; S800.04(5)(b), F1; S800.04(7)©, F2

S.A. CASE NO.:     12CF014276AD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

Fall Term, in the year two thousand twelve

CLERK NO.:     162012CF006884AXXXMA

DIVISION:     CRE/SAD

AMENDED INFORMATION FOR:

1)     SEXUAL BATTERY
2)     LEWD OR LASCIVIOUS MOLESTATION
3)     LEWD OR LASCIVIOUS EXHIBITION

IN THE NAME OF AND BY AUTHORITY OF THE STATE OF FLORIDA, ANGELA B. COREY, State Attorney for the Fourth
Judicial Circuit of the State of Florida, in and for Duval County, charges that:

## COUNT 1

CLIFTON MCNEIL BROOKS on or between January 3, 2003 and January 2, 2005, in the County of Duval and the
State of Florida, being a person 18 years of age or older, did commit a sexual battery upon J.M., a person less than 12 years
of age, by placing an object in J.M.'s anus, contrary to the provisions of Section 794.011(2)(a), Florida Statutes.

## COUNT 2

CLIFTON MCNEIL BROOKS, a person 18 years of age or older, on or between January 3, 2004 and January 2, 2005,
in the County of Duval and the State of Florida, did in a lewd or lascivious manner intentionally touch the breast, genitals,
genital area, or buttocks, or the clothing covering them of J.M., a child less than 12 years of age, contrary to the provisions of
Section 800.04(5)(b), Florida Statutes.

## COUNT 3

CLIFTON MCNEIL BROOKS, a person 18 years of age or older, on or between January 3, 2006 and January 2, 2008,
in the County of Duval and the State of Florida, did intentionally masturbate in the presence of J.M., a person less than 16 years
of age, contrary to the provisions of Section 800.04(7)(c), Florida Statutes.

ANGELA B. COREY, STATE ATTORNEY
FOURTH JUDICIAL CIRCUIT

By: _____
Assistant State Attorney
Fourth Judicial Circuit of Florida, in and for Duval County

STATE OF FLORIDA     )
COUNTY OF DUVAL     )

ALAN S. MIZRAHI  BAR # 122300

Personally appeared before me, _____, Assistant State Attorney, for the Fourth
Judicial Circuit of the State of Florida, in and for Duval County, who is personally known to me, and who being first duly sworn,
says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and
which, if true, would constitute the offense therein charged, and that this prosecution is instituted in good faith, and hereby
certifies that testimony under oath has been received from the material witness(es) for the offense.

Sworn to and subscribed before me this ____ day of February, 2013.

PHOEBE STANISH
Commission # DD 883527
Expires June 16, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

By: _____

RONALD FUSSELL, Clerk of the Circuit Court, Fourth  Judicial Circuit of Florida, in and For Duval County, and
Clerk of the County Court, In and For Duval County, Florida.

FILED THIS _____ FEB 0 8 2013 _____     BY DEPUTY CLERK _____

**PAGE # 0111 OF 0500**

## NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING

**Pursuant to Florida Rule of Judicial Administration 2.420(d)(2), the filer of this court record (Information) indicates that confidential information is included within the document being filed; to wit: Social Security Number, § 119.0714.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Dkt | 2012-019254 | NCD | February 11, 2013 | | | |
| Ext. | O | S/W | | DOB | 11/05/1973 | |
| Race | Black | Sex | Male | | | |
| SSN | **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** | | | | | |

MCL NO.(S): S794.011(2)(a), CAP; S800.04(5)(b), F1; S800.04(7)©, F2

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CLERK NO:  162012CF 006884AXXXMA

DIVISION: CR-E/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS



FILED

FEB 1 1 2013

CLERK CIRCUIT COURT

### ORDER ALLOWING STATE'S INTRODUCTION OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS

    This matter came before the Court for hearing on February 8, 2013 on State's First and Second Notices of Other Crimes, Wrongs, or Acts Evidence, filed herein on October 2, 2012.  Defendant, appearing pro se[1], was present for the hearing.  The Court considered the testimony of witness, ▆▆▆▆▆▆ and the sworn testimony through deposition of ▆▆▆▆▆▆▆▆ and the alleged victim herein, J.M.  Having considered the testimony, argument of counsel and the legal authority presented, and having otherwise been fully advised as follows, this Court finds:

    1)    The Defendant is charged by Information with one count of sexual battery, one count of lewd and lascivious molestation, and one count of lewd and lascivious exhibition, all on an alleged victim, J.M., under the age of 12 years.

    2)    Pursuant to sections 90.404(2)(a) and 90.404(2)(b), Florida Statutes, the State intends to introduce evidence of other crimes, wrongs, or acts committed by the Defendant into evidence at trial in the instant case.  The State intends to introduce this evidence to prove a material fact in issue, such as proof of motive, opportunity, intent, preparation, plan, knowledge, or absence of mistake or accident.

---

[1] Prior to the hearing on February 8, 2013, the Defendant was once again offered the representation of court-appointed counsel or back-up counsel, as had been previously offered by the court on January 28 and February 4, 2013.  The Defendant declined and elected to proceed pro se.



3)      The Defendant stipulated and agreed at the hearing on this matter that the State should be permitted to present such evidence of other crimes, wrongs, or acts committed by the Defendant into evidence at trial in the instant case.

4)      Despite the Defendant's stipulation and agreement, the Court conducted a full analysis and balancing test under section 90.403, Florida Statutes, to determine if the State should be permitted to present such evidence at the trial herein.

**The Law**

Section 90.404(2)(a), Florida Statutes provides:

Similar fact evidence of other crimes, wrongs, or acts is admissible when relevant to prove a material fact in issue, including, but not limited to, proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, but it is inadmissible when the evidence is relevant solely to prove bad character or propensity.

Additionally, section 90.404(2)(b)1, Florida Statutes provides:

In a criminal case in which the defendant is charged with a crime involving child molestation, evidence of the defendant's commission of other crimes, wrongs, or acts of child molestation is admissible, and may be considered for its bearing on any matter to which it is relevant.

Section 90.404(2)(b) has relaxed the previous standard of admissibility set forth in Heuring v. State, 513 So.2d 122 (Fla. 1987), which provided that "[t]he charged and collateral offenses must be not only strikingly similar, but they must also share some unique characteristic or combination of characteristics which set them apart from other offenses." The Florida Supreme Court has recognized that "in cases involving sexual abuse against children, the child victim is typically the sole eye witness and corroborative evidence is scant. Credibility becomes the focal issue." McLean v. State, 934 So.2d 1248 (Fla. 2006), citing Heuring at 124.   Thus, the Florida Supreme Court held that "in cases where the defendant is accused of a sexual battery committed in the familial setting, evidence of a prior sexual battery committed within the familial setting is admissible under the Williams rule because this evidence is relevant to corroborate the victim's testimony." McLean at 1256-1257. Additionally, the Florida Supreme Court

held that Section 90.404(2)(b) does not violate due process when applied in a case in which identity is not an issue, as in this case. Id. at 1251.

Nonetheless, this court recognizes that relevancy and the balancing test of section 90.403 remains as the threshold question to be resolved by this court for the admissibility of evidence of other crimes, wrongs, or acts. McLean at 1255. To guide the trial courts in deciding whether to admit evidence of prior acts of child molestation when it is offered to corroborate the victim's testimony, McLean set forth the following guidelines:

> In assessing whether the probative value of evidence of previous molestations is substantially outweighed by the danger of unfair prejudice, the trial court should evaluate: (1) the similarity of the prior acts to the act charged regarding the location of where the acts occurred, the age and gender of the victims, and the manner in which the acts were committed; (2) the closeness in time of the prior acts to the act charged; (3) the frequency of the prior acts and (4) the presence or lack of intervening circumstances. This list is not exclusive. The trial courts should also consider other factors unique to the case.

> Id. at 1262.

Furthermore, before even considering the above guidelines and allowing evidence of prior acts to be presented to the jury, the trial court must first find that the collateral acts were proved by clear and convincing evidence. Id.

**Facts of the Instant Case**

The alleged victim of the case herein is J.M., who is a 16 year old female, and who was 8-11 years old during the times of the alleged sexual battery and molestation incidents. The Defendant is her uncle, and lived with the alleged victim and her family during the incidents. J.M. testified that on one occasion she was sleeping alone in a bed and felt the Defendant "mess with my rump." She woke up to find the Defendant behind her in bed. On two other occasions, J.M. testified that the Defendant pulled his pants down and exposed his penis to her, and laughed. After the last incident, the alleged victim told her mother that the Defendant was a "child molester" and the mother called the police to report the incidents.

**Evidence of Other Crimes, Wrongs, or Acts by the Defendant**

The State seeks to introduce the testimony of ███████ and ███████████ as evidence of other crimes, wrongs or acts by the Defendant. ██████████ is a 25 year old female who testified that when she was 13 years old, the Defendant touched her on her breasts, over her clothes, and touched her vagina, both over and under her clothes. ██████████ mother asked the Defendant to take ███████ to Walmart. The Defendant was the father of Ms. ██████ sister's children, and spent a great deal of time around Ms. █████ and her family during the relevant time period. While riding in the car alone with the ███████ the Defendant touched her in her "private parts." ████████ did not call the police after the incident, reporting that she was afraid. She testified that the Defendant threatened to kill her sister and her nephews if she told anyone what happened. Eventually, ████████ "broke down" and told her sister what happened.

████████████ is a 23 year old female who testified in her deposition that when she was 12 years old, the Defendant "raped me." The Defendant was "best friend" with Ms. ███████████ mother, and spent a great deal of time at the ██████████ home. Ms. ████████ testified that she was laying in her bed at her home, and woke up to find the Defendant touching her. Then, the Defendant put his penis in her vagina, causing Ms. ████████ to experience pain and bleeding. Ms. ████████ reported that she did not tell anyone what happened, because the Defendant threatened her and told her he would hurt her family if she told. Eventually, ████████████ told her grandmother what happened.

**Court's Findings**

First, the Court finds that the collateral acts against ██████████████████ ███████████ were proved by clear and convincing evidence. Second, the Court finds that the probative value of the evidence of the prior molestations is not substantially outweighed by the danger of unfair prejudice to the Defendant. The testimony of ███████ ██████ and ████████████████ both reveal an underlying pattern of molestation by the Defendant of young, prepubescent females who he knows through a familial setting – similar in age, gender and familiarity to the victim in the instant case. Moreover, the

allegations of the alleged victim herein are similar to those of the collateral acts committed against ███████████ - both she and the victim herein were sleeping in bed alone when the Defendant woke them with his molestation of their private parts. This pattern shows an absence of mistake or accident regarding the charges in the instant case. And while the collateral act involving ███████ occurred in a car, as opposed to a bed like in the other cases, such variations in the degree of conduct between the charged crime and the collateral crimes are not dispositive of questions of relevancy. Donton v. State, 1 So.3d 1092 (Fla. 1st DCA 2009); Grier v. State, 27 So.3d 97 (Fla. 4th DCA 2009); Triplett v. State, 947 So.2d 702, 703 (Fla. 5th DCA 2007); Adkins v. State, 605 So.2d 915 (Fla. 1st DCA 1992). The court finds that the collateral act committed against ███████ is probative and relevant in that it demonstrates the Defendant's intent, opportunity and plan, and is not outweighed by the danger of unfair prejudice.

The State has advised that it will not attempt, nor will this court allow, to have the collateral matters become a feature of the trial. See State v. Curry, 831 So.2d 781 (Fla. 1st DCA 2002). In addition, this court shall instruct the jury both before the presentation of the testimony and at the conclusion of all the evidence on the appropriate *Williams Rule* cautionary instruction.

Thus, based on the above, it is hereby

**ORDERED AND ADJUDGED** that

The State may present at the trial herein evidence of the collateral matters involving ███████████████ as outlined in State's First and Second Notices of Other Crimes, Wrongs, or Acts Evidence, filed herein on October 2, 2012.

**DONE AND ORDERED** in Chambers in Jacksonville, Duval County, Florida, this 8th day of February 2013.

**TATIANA R. SALVADOR**
Circuit Court Judge

cc:    State Attorney's Office
       Defendant, pro se



IN THE CIRCUIT COURT, FOURTH JUDICIAL
CIRCUIT, IN AND FOR DUVAL COUNTY,
FLORIDA

Case: 16-2012-CF-006884-AXXX-MA

Division CR-E (Circuit)

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS, Defendant



FILED

FEB 13 2013

CLERK CIRCUIT COURT

### JUDGMENT OF ACQUITTAL

The Defendant, **CLIFTON MCNEIL BROOKS**, being present in open court, Pro-Se, and having been partially tried before a Jury, and the Court orally moves for a Judgment of acquittal and stipulated to by the State, for the offense of:

| Count | Statute Number and Description |
|-------|-------------------------------|
| 3 | S800.04(7)© LEWD OR LASCIVIOUS EXHIBITION |

ADJUDGED that said motion for acquittal is hereby granted.
Done in open Court at Jacksonville, Duval County, Florida, this 02/13/2013.

JUDGE TATIANA SALVADOR

**PAGE # 0118 OF 0500**



**RONNIE FUSSELL**
Clerk of the Circuit Court

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

Case No. 16-2012-CF-006884-AXXX-MA

Div.     CR-E

## CLERK'S EXHIBIT MEMORANDUM

STATE OF FLORIDA

vs

CLIFTON MCNEIL BROOKS

Defendant(s)

FILED

FEB 13 2013

CLERK CIRCUIT COURT

| STATE | | DEFENDANT |
|---|---|---|
| | 1 | HAND DRAWN DIAGRAM OF APT/HOUSE |
| | 2 | PHOTOCOPY OF CERTIFICATE OF TITLE (CAR) |

Date turned in: 2/13/2013     Trial Clerk

Date received: 2-14-2013     Evidence Clerk

PSJ-1201

1

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:   162012CF006884AXXXMA

DIVISION:   CRE/SAD

STATE OF FLORIDA

    **vs.**

CLIFTON MCNEIL BROOKS
------------------------------------------------



**FILED**

FEB 1 3 2013

CLERK CIRCUIT COURT

### COUNT I - VERDICT

_____ We, the jury, find the Defendant guilty of Sexual Battery, as charged in the information.

_____ We, the jury, find the Defendant guilty of Attempted Sexual Battery, a lesser-Included offense.

_____ We, the jury, find the Defendant guilty of Battery, a lesser-included offense.

_____ We, the jury, find the Defendant not guilty.

    SO SAY WE ALL.

    DONE at Jacksonville, Duval County, Florida.

_____
FOREPERSON

_____
DATE    02/13/2013

FILED
IN COMPUTER
DARLENE

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:   162012CF006884AXXXMA

DIVISION:   CRE/SAD

STATE OF FLORIDA

    vs.

CLIFTON MCNEIL BROOKS
------------------------------------------------

FILED

FEB 13 2013

CLERK CIRCUIT COURT

## COUNT II - VERDICT

✓    We, the jury, find the Defendant guilty of Lewd or Lascivious Molestation, as
charged in the information.

_____    We, the jury, find the Defendant guilty of Battery, a lesser-included offense.

_____    We, the jury, find the Defendant not guilty.

    SO SAY WE ALL.

    DONE at Jacksonville, Duval County, Florida.

FOREPERSON

DATE   02/13/2013

FILED
IN COMPUTER
DARLENE



IN THE CIRCUIT COURT, FOURTH JUDICIAL
CIRCUIT, IN AND FOR DUVAL COUNTY,
FLORIDA

Case: 16-2012-CF-006884-AXXX-MA

Division CR-E (Circuit)

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS, Defendant



FILED

FEB 13 2013

CLERK CIRCUIT COURT

## JUDGMENT OF ACQUITTAL

The Defendant, **CLIFTON MCNEIL BROOKS**, being present in open court, Pro-Se, and having been partially tried before a jury, and the Court orally moves for a judgment of acquittal and stipulated to by the State, for the offense of:

| Count | Statute Number and Description |
|-------|-------------------------------|
| 3 | S800.04(7)© LEWD OR LASCIVIOUS EXHIBITION |

ADJUDGED that said motion for acquittal is hereby granted.
Done in open Court at Jacksonville, Duval County, Florida, this **02/13/2013**.

JUDGE TATIANA SALVADOR



FILED
IN COMPUTER
DARLENE

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

CASE NO.:162012CF006884AXXXMA

DIVISION:        CRE/SAD

STATE OF FLORIDA

    vs.

CLIFTON MCNEIL BROOKS

—————————————————



Instructions read to jury by the Honorable Tatiana Salvador, Circuit Judge.

DATED at Jacksonville, Florida on _____ Feb . 13 _____, 2013.

_____
CIRCUIT JUDGE



Members of the Jury, I thank you for your attention during this trial.

Please pay attention to the instructions I am about to give you.

## STATEMENT OF CHARGE

CLIFTON MCNEIL BROOKS, the defendant in this case, has been accused of the crimes of Sexual Battery and Lewd or Lascivious Molestation.

<u>COUNT I - SEXUAL BATTERY —</u>
<u>VICTIM LESS THAN 12 YEARS OF AGE</u>

To prove the crime of Sexual Battery upon a Person Less Than 12 Years of Age, the State must prove the following three elements beyond a reasonable doubt:

1.    J.M. was less than 12 years of age.

2.    CLIFTON MCNEIL BROOKS committed an act upon J.M. in which the anus of J.M. was penetrated by an object.

3.    CLIFTON MCNEIL BROOKS was 18 years of age or older at the time of the sexual battery.

"Union" means contact.

## WHEN THERE ARE LESSER INCLUDED CRIMES OR ATTEMPTS

In considering the evidence, you should consider the possibility that although the evidence may not convince you that the defendant committed the main crime of which he is accused, there may be evidence that he committed other acts that would constitute a lesser included crime. Therefore, if you decide that the main accusation has not been proven beyond a reasonable doubt, you will next need to decide if the defendant is guilty of any lesser included crime. The lesser crimes indicated in the definition of Sexual Battery are:

ATTEMPTED SEXUAL BATTERY

BATTERY

## ATTEMPTED SEXUAL BATTERY UPON A PERSON LESS THAN 12 YEARS OF AGE

To prove the lesser-crime of Attempted Sexual Battery Upon a Person Less Than 12 Years of Age, the State must prove the following two elements beyond a reasonable doubt:

1.  CLIFTON MCNEIL BROOKS did some act toward committing the crime of Sexual Battery Upon a Person Less Than 12 Years of Age that went beyond just thinking or talking about it.

2.  He would have committed the crime except that someone prevented him from committing the crime of Sexual Battery Upon a Person Less Than 12 Years of Age, or he failed.

It is not an attempt to commit Sexual Battery Upon a Person Less Than 12 Years of Age if the defendant abandoned his attempt to commit the offense or otherwise prevented its commission, under circumstances indicating a complete and voluntary renunciation of his criminal purpose.

<u>BATTERY</u>

To prove the lesser-included crime of Battery, the State must prove the following element beyond a reasonable doubt:

1.     CLIFTON MCNEIL BROOKS intentionally touched or struck J.M. against her will, or intentionally caused bodily harm to J.M.

## COUNT II - LEWD OR LASCIVIOUS MOLESTATION

To prove the crime of Lewd or Lascivious Molestation, the State must prove the following three elements beyond a reasonable doubt:

1. J.M. was less than 12 years of age.

2. CLIFTON MCNEIL BROOKS intentionally touched in a lewd or lascivious manner the breasts, genitals, genital area, or buttocks, or the clothing covering them of J.M.

3. CLIFTON MCNEIL BROOKS was 18 years of age or older at the time of the offense.

The words "lewd" and "lascivious" mean the same thing and mean a wicked, lustful, unchaste, licentious, or sensual intent on the part of the person doing an act.

Neither J.M.'s lack of chastity nor consent is a defense to the crime charged.

The defendant's ignorance of victim's age, victim's misrepresentation of her age, or the defendant's bona fide belief of J.M.'s age is not a defense to the crime charged.

## WHEN THERE ARE LESSER INCLUDED CRIMES OR ATTEMPTS

In considering the evidence, you should consider the possibility that although the evidence may not convince you that the defendant committed the main crime of which he is accused, there may be evidence that he committed other acts that would constitute a lesser included crime. Therefore, if you decide that the main accusation has not been proven beyond a reasonable doubt, you will next need to decide if the defendant is guilty of any lesser included crime. The lesser crime indicated in the definition of Lewd or Lascivious Molestation is:

BATTERY

## BATTERY

To prove the lesser-included crime of Battery, the State must prove the following element beyond a reasonable doubt:

1. CLIFTON MCNEIL BROOKS intentionally touched or struck J.M. against her will, or intentionally caused bodily harm to J.M.

## DATE OF CRIME

As to Count One, the State must prove that the crime was committed on or between January 3, 2003 and January 2, 2005.

As to Count Two, the State must prove that the crime was committed on or between January 3, 2004 and January 2, 2005.

## <u>VENUE</u>

It must be proved, only to a reasonable certainty, that the alleged crimes were committed in Duval County.

## <u>PLEA OF NOT GUILTY; REASONABLE DOUBT; AND BURDEN OF PROOF</u>

The defendant has entered a plea of not guilty. This means you must presume or believe the defendant is innocent. The presumption stays with the defendant as to each material allegation in the Information through each stage of the trial unless it has been overcome by the evidence to the exclusion of and beyond a reasonable doubt.

To overcome the defendant's presumption of innocence the State has the burden of proving the crime with which the defendant is charged was committed and the defendant is the person who committed the crime.

The defendant is not required to present evidence or prove anything.

Whenever the words "reasonable doubt" are used you must consider the following:

A reasonable doubt is not a mere possible doubt, a speculative, imaginary or forced doubt. Such a doubt must not influence you to return a verdict of not guilty if you have an abiding conviction of guilt. On the other hand, if, after carefully considering, comparing and weighing all the evidence, there is not an abiding conviction of guilt, or, if, having a conviction, it is one which is not stable but one which wavers and vacillates, then the charge is not proved beyond every reasonable doubt and you must find the defendant not guilty because the doubt is reasonable.

It is to the evidence introduced in this trial, and to it alone, that you are to look for that proof.

A reasonable doubt as to the guilt of the defendant may arise from the evidence, conflict in the evidence or the lack of evidence.

If you have a reasonable doubt, you should find the defendant not guilty. If you have no reasonable doubt, you should find the defendant guilty.

## WEIGHING THE EVIDENCE

It is up to you to decide what evidence is reliable. You should use your common sense in deciding which is the best evidence, and which evidence should not be relied upon in considering your verdict. You may find some of the evidence not reliable, or less reliable than other evidence.

You should consider how the witnesses acted, as well as what they said. Some things you should consider are:

1. Did the witness seem to have an opportunity to see and know the things about which the witness testified?

2. Did the witness seem to have an accurate memory?

3. Was the witness honest and straightforward in answering the attorneys' questions?

4. Did the witness have some interest in how the case should be decided?

5. Does the witness' testimony agree with the other testimony and other evidence in the case?

6. Had any pressure or threat been used against the witness that affected the truth of the witness' testimony?

7. Did the witness at some other time make a statement that is inconsistent with the testimony he or she gave in court?

It is entirely proper for a lawyer to talk to a witness about what testimony the witness would give if called to the courtroom. The witness should not be discredited by talking to a lawyer about his or her testimony.

You may rely upon your own conclusion about the witness. A juror may believe or disbelieve all or any part of the evidence or the testimony of any witness.

## DEFENDANT NOT TESTIFYING

The Constitution requires the State to prove its accusations against the defendant.  It is not necessary for the defendant to disprove anything.  Nor is the defendant required to prove his innocence.  It is up to the State to prove the defendant's guilt by evidence.

The defendant exercised a fundamental right by choosing not to be a witness in this case.  You must not view this as an admission of guilt or be influenced in any way by his decision.  No juror should ever be concerned that the defendant did or did not take the witness stand to give testimony in the case.

## RULES FOR DELIBERATION

These are some general rules that apply to your discussion.  You must follow these rules in order to return a lawful verdict:

1.  You must follow the law as it is set out in these instructions.  If you fail to follow the law, your verdict will be a miscarriage of justice.  There is no reason for failing to follow the law in this case.  All of us are depending upon you to make a wise and legal decision in this matter.

2.  This case must be decided only upon the evidence that you have heard from the testimony of the witnesses, have seen in the form of the exhibits in evidence, and these instructions.

3.  This case must not be decided for or against anyone because you feel sorry for anyone, or are angry at anyone.

4.  Remember, the lawyers are not on trial.  Your feelings about them should not influence your decision in this case.

5.  Your duty is to determine if the defendant has been proven guilty or not, in accord with the law.  It is the Judge's job to determine a proper sentence if the defendant is found guilty.

6.  Whatever verdict you render must be unanimous, that is, each juror must agree to the same verdict.

7.  Your verdict should not be influenced by feelings of prejudice, bias or sympathy.  Your verdict must be based on the evidence, and on the law contained in these instructions.

## DEFENDANT'S STATEMENTS

A statement claimed to have been made by the defendant outside of court has been placed before you. Such a statement should always be considered with caution and be weighed with great care to make certain it was freely and voluntarily made.

Therefore, you must determine from the evidence that the defendant's alleged statement was knowingly, voluntarily and freely made.

In making this determination, you should consider the total circumstances, including but not limited to:

1.   Whether, when the defendant made the statement, he had been threatened in order to get him to make it, and

2.   Whether anyone had promised him anything in order to get him to make it.

If you conclude the defendant's out of court statement was not freely and voluntarily made, you should disregard it.

## EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS

The evidence which has been admitted to show other crimes, wrongs, or acts allegedly committed by the defendant will be considered by you only as that evidence relates to proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or the absence of mistake or accident on the part of the defendant.

The defendant cannot be convicted for a crime, wrong, or act that is not included in the information.

## CAUTIONARY INSTRUCTION

Deciding a verdict is exclusively your job.  I cannot participate in that decision in any way. Please disregard anything I may have said or done that made you think I preferred one verdict over another.

## <u>NOTES</u>

During this trial, I have permitted you to take notes.  You will be allowed to take those notes into the jury room during deliberations.  You are instructed that your notes are a tool to aid your individual memory.  You should not compare your notes with those of other jurors in determining the content of any testimony or in evaluating the importance of any evidence.  Notes are for the note taker's personal use in refreshing his or her recollection of the evidence. They are not evidence.  Above all, your memory should be your greatest asset in your recollection of the evidence.

## VERDICT

You may find the defendant guilty as charged in the information or guilty of such lesser-included crimes as the evidence may justify or not guilty.

If you return a verdict of guilty, it should be for the highest offense which has been proven beyond a reasonable doubt. If you find that no offense has been proven beyond a reasonable doubt, then, of course, your verdict must be not guilty.

Only one verdict may be returned as to each crime charged. This verdict must be unanimous; that is, all of you must agree to the same verdict. The verdict must be in writing and for your convenience the necessary verdict forms have been prepared for you. They are as follows:

## SINGLE DEFENDANT, MULTIPLE COUNTS

A separate crime is charged in each count of the information and while they have been tried together each crime and the evidence applicable to it must be considered separately and a separate verdict returned as to each. A finding of guilty or not guilty as to one crime must not affect your verdict as to the other crimes charged.

## SUBMITTING THE CASE TO THE JURY

In just a few moments you will be taken to the jury room by the Bailiff.  The first thing you should do is choose a foreperson who will preside over your deliberations. The foreperson should see to it that your discussions are carried on in an organized way and that everyone has a fair chance to be heard.   It is also the foreperson's job to sign and date the verdict form when all of you have agreed on a verdict and to bring the verdict form back to the courtroom when you return.

During deliberations, jurors must communicate about the case only with one another and only when all jurors are present in the jury room. You are not to communicate with any person outside the jury about this case. Until you have reached a verdict, you must not talk about this case in person or through the telephone, writing, or electronic communication, such as a blog, twitter, e-mail, text message, or any other means. Do not contact anyone to assist you during deliberations. These communications rules apply until I discharge you at the end of the case. If you become aware of any violation of these instructions or any other instruction I have given in this case, you must tell me by giving a note to the bailiff.

If you need to communicate with me, send a note through the bailiff, signed by the foreperson. If I have questions, I will talk with the attorneys before I answer, so it may take some time. You may continue your deliberations while you wait for my answer. I will answer any questions, if I can, in writing or orally here in open court.

Your verdict finding the defendant either guilty or not guilty must be unanimous.   The verdict must be the verdict of each juror, as well as of the jury as a whole.

During the trial, items were received into evidence as exhibits. You may examine whatever exhibits you think will help you in your deliberations.  These exhibits will be sent into the jury room with you when you begin to deliberate.

In closing, let me remind you that it is important that you follow the law spelled out in these instructions in deciding your verdict.  There are no other laws that apply to this case. Even if you do not like the laws that must be applied, you must use them.  For two centuries we have lived by the Constitution and the law.  No juror has the right to violate rules we all share.

```
FILED
FEB 14 2013
[signature]
CLERK CIRCUIT COURT
```

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY
FLORIDA.

STATE OF FLORIDA

vs.

LIFTON BROOKS /
        DEFENDANT.

CASE NO.: 162012CF006884AXXXMA
DIVISION: CRE/SAD
RFA No.: 13-5538 / 13-5539

## MOTION TO SUPPLEMENT THE RECORD

Come now DEFENDANT, Clifton M. Brooks _____, in proper person, in pursuant to Rule 3.220 Florida
Rules of Criminal Procedure, moves this Honorable Court for an Order allowing him to supplement the
instant record with the below-listed, and attached items or documents:

1) ██████████████████████ Inmate Law Firm (Copy) _____

2) ██████████ _____

3) ██████ ████ ████ _____

4) ████ ██ ████ ████████ ████████ _____

5) ████ ████████ ████████ ████████ _____

```
THIS INSTRUMENT
IN COMPUTER
```

UNNOTARIZED OATH

Under penalty of perjury, I declare that I have read the foregoing and the facts as stated therein are true and correct: SHEARER v. STATE and FLA. STAT. SECT. 92.525

_Clifton M. Brooks_
Clifton M. Brooks

WHEREFORE, defendant respectfully request this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the States Attorney Office, this **13** day of **February**        20 **13**.

HONORABLE, **Judge Salvadore**
Judge, County Court

Respectfully submitted
_Clifton M. Brooks_
Clifton M. Brooks.
              DEFENDANT

# INMATE

# LAW

# FIRM

EST. 2012

## CLIFTON McNEIL BROOKS Sr.

### A.K.A PUDDIN

This Information is <u>FREE</u> to <u>EVERYONE</u>

# Table Of Contents

Page(s)

2    Fictional Story

4    Arrest ; Plea Offers ; Probable Cause Hearing ; and Public Defender

5    Letters and Drivers Seat

6    Depositions

7    Research Charges ; Case Laws ; and Motion Heading

8    Motions / Letter Endings ; Rule 35 ; 1983 Litigations ; How I used these motions and Habeas Corpus

9    Important Addresses

11   Motions & Definitions

13   Things You Need ; Trial choices.

14   Motion Lines

15   Letters ( Florida Bar ; Attorney General ; and Anyone else)

17   Endings

21   Motion Heading

22   Phone Deposition

## YOUR RIGHTS TO THIS INFORMATION

When you get arrested you are innocent until proven guilty. You have the same Constitutional Rights as when on the streets. Here are your rights under the Florida Constitution (1968): <u>Article I Section 4</u>: you have have freedom of speech and press, you may speak, write and publish his/her sentiments on all subjects. <u>NO</u> law shall be passed to restrain or abridge that <u>LIBERTY</u>. Article I Sec. 3 : By being placed in jail you were forced to associate and still have the right peaceably to assemble. Article I Sec. 2 : All natural person are equal before the LAW and have the right to <u>DEFEND LIFE</u> and <u>LIBERTY</u>, <u>NO PERSON</u> shall be <u>DEPRIVED</u> of any right because of RACE.

Puddin

rare law firm

Whats hapin this is **Puddin** first of I am in no way a lawyer. I'm just a regular nigga from The Northside (Sherwood). The information located in this pack is legal. The problem is theres a lot of people that do not understand the law or how to research it. I myself have went to the Law Library My first time under some heavy charges in 2006. I found myself opening books and not understanding what I was reading. There was a Law Library C.O. but of course she would not help me. There were other inmates around me that knew thing. But they had a **(FUCK YOU YOU BETTER LEARN ON YOUR OWN NIGGA)!!!** attitude. Luckily I meet Sam (Law Man) a majority of the motions in this pack is from him. And they were well worth the bag of candy. I paid. Now I give this information to you for free. But nothing is ever really free so here s my fee. I want this paperwork to spread threw the jail like a VIRUS. When a person enter the jail an comes out of booking. And enter his housing (Cell Dorm) after he get's his bed mat HE GETS THIS PACK! LET ME HOOK YOU TO GAME. The Public Defender Sole purpose s to be a bridge between You and the State Attorney. And the Public Defender will do every thing the State Attorney tells them to do. And by that I mean tell you lies on how they are going to work hard to get you free. Then you find yourself going to Court but not seeing the judge. During that hearing your Public Defender waives your rights without letting you know. He can claim its IN YOUR BEST INTEREST to help him better prepare for your case. But in actuality is best for the State Attorney. The more time they have. the stronger they can make their case and take you to trial. Then after a year or two of sitting while the whole time the Public Defender is telling you. Hes working hard but he forgot to tell you about the other 200 Inmates he's working hard for two. Now think about that for a second : CAN SOMEONE WITH THAT MANY PEOPLE WORK HIS HARDEST FOR YOU TO. You should know the answer to that so you wait and wait. Then after three years Public Defenders promising or State Attorney offerings. The Public Defender come to you with bad news the State is ready for trial. Now you have a choice you can take what the State is offering or CRANK IT UP. Now in your mind you think The Public Defender has had three years on your case so we should be good. So you ask him If I go trial can we win and he give you the I DONT KNOW FACE. Its 50/50 it can go either way right now. O.k. What is the State Attorney offering 25 to life DAMN that lot for stealing GUM out of Family Dollar. Well if we go to trial I got you bags the Public

Defendes dont worry. Well I want to know what you have in my defense but he never really answer you. I got this motion and that motion NICK, NACK, PATTYWACK GIVE A DOG A BONE. But thats still not tellin me how your going to defend me. The Public Defender says dont worry I got you are you sure your reply. After trial you will be going home while he's holding TWO THUMBS UP and KOOL-AID smile. Now think about it the Public Defender has had three years to prepare. And he cant tell you how hes going to defend you and you have a 50/50 chance BULLSHIT!!! He has done exactly what the State need him to do. Keep you in jail as long as possible because in their mind. If your willing to wait then you probable did it. INNOCENT PEOPLE PROVE THEIR INNOCENCE QUICKLY. So you go to real and your surprised when the Public Defender does nothing. He grabs himself a pillow and LAYES DOWN and let the State railroad you. Then he pats you on the back and says you will get them on APPEAL. This story is not real but the actions by the Public Defender are I've seen it with my own eyes. BUT HERE'S THE KICKER the real Lawyer that you pay for some of them do this to BE CAREFULLY. Now think about the title Public Defender : This person is surpose to protect the interest of the public. But once you get arrested your a CRIMINAL until you can prove otherwise. This is why The State Attorney and the Public Defenders work together. To protect the public from criminals YOU so its up to you to get free. So may say I'm going to leave it in the hand of the LORD. But I've seen the same people that were claping hands and singing songs GO TO PRISON. They believe in the same God you do and to them they think. If you believe in the same GOD I do then why are you in jail. I hear people say all the time GOD SAYES IF YOU TAKE ONE STEP HE WILL TAKE TWO. So consider me footlocker and it's time to get some walking shoes. LET ME HOOK YOU TO GAME the State has to prove you comitted a crime and that cost money. In Jacksonville we are going to prison for little or none of that money. Because the Public Defender is entitle to that money also inorder to defend you. But as I said the State and Public Defenders work together. The Public Defender does the bare minimum this information is in hopes of changing this trend. Sence the Public Defender is your bridge to the Court this is how you use it. * But know this nothing is guaranteed. if you have done nothing wrong and you can prove it you'll come within (45) days from your arrest. Only we can help one another thats. the only way to change things. If you find out thing in law or motions explain them and add them to this Pack. LETS START TO LOVE ONE ANOTHER

Puddin 

## Arrest

The State has 30 days to file formal charges on you. If charges are not filed within those 30 days. They must release you On your Own reconisence (R.O.R) on your 33rd day. Unless the State has special caus the state gets an additional Seven (7) days extension which the State has to file charges on the 37 day so you'll get (R.O.R) on your 40th day.

## Plea Offer

Pursuant to Florida Rules of Criminal Proceedure 3.171(b) all defendants are entitled to a plea offer no matter the circumstances or charges

❋ If you feel the arrest and charges are false and nothing can be proved ask for a Adversary hearing :

## Preciminary Adversary Hearing * - Probable Cause Hearing * - Evidentiary Hearing

Must be conducted within the first (30) day before the State files formal charges. ASK FOR IT AT FIRST APPEARANCE. All evidence an witnesses against you are presented. Its up to the Judge to see if its probable cause to hold you based off the evidence and witness testimony If the State can not prove Probable Cause you get release IMMEDIATELY.

## Public Defender

NEVER FIRER YOUR PUBLIC DEFENDER MAKE HIM DO HIS JOB. Never try to call the Public Defender you send out letters. If you send them to the right people he'll come talk to you. I have put Important Addresses in this pact. The ones with the (❋) are the most important one WHATEVER you SENT TO THE PUBLIC DEFENDER YOU SENT TO THOSE ADDRESSES. This makes a paper trail just to COVER YOUR ASS (C.Y.A) so the Public Defender can't say he had no information from you. But you need money to make copies you only get (10) free. But whatever you write you have to make the amount of copies for each place. (if you send (3) copies to the Public Defender and you need to send a copy all (3) to (4) addresses that's 4 x 3 = 12 + 3 for your records = 15 in all. Prior to copies have everything

you send make sure its notarized. Any Correction Officer can do  s and sergents can also this is t  CY.A). In order to defend yourself you need to know what the emeny is saying. That's Call (Deposition  t that takes time and that is what you don't want to give. You will have to wait for the States  discovery and you should get Police reports. These should be enought to start your question look for  inconsistences (lies) in these sworn statement. Because they use this to arrest you so they cant change up the  story at any other point. And  when you get (Depositions) if you see any changes or new statements. The  don't match that report you HANG THEM ON IT. Do not tell your Public Defender what you got to h  o work a deal. The Public Defender WILL help the State find a way around it THEY WORK TOG  HER. If you can see and prove they are lying this is how you WIN : SEND ALL THESE THING I
ONE TIME

1) Letter: to  the (Public Defender Office): (Chief Assistant, Head Assistant Public Defender,  Assistant Public Defender (Your Public Defender). 3 letter each to 3 peuple = 9 copies Plus 1 each to (*) Important  Adderess 3 = 12 in all of copies letters to Public Defender get originals notarized before copies  so it wi  appear on each one and you don't have to have alot done at one time. *( ~~dear better for later~~ )

2) Motions: *(Motion For Statement of Particulars): This is what ever the State is trying to  rove you have done and the grounds they have to prove.

*(Motion For Supplement Notice of Discovery): This is what ever the State in  n your case AND I MEAN EVERTHING they have to give to you as long as your under these charge

*Motion For Request For Case Record From Attorney (P.D.): This is what ever t  Public Defender Offices has in your case. they must provide within (10) working days.

*(Motion to Supplement the Record): Any information sent under this motion is filed in your  ase file threw the Courts

3) Where to send Copies : (Clerk of the Courts): The information you send it will be filed in the Case  ourt record (The Florida Bar and The Attorney General) control all actions of Public Defenders, Lawyers, State  Attorneys, and Judges. Basicly anyone with a Florida Bar Licenses.

Put yourself in the DRIVERS SEAT

You Can win trial with a Public Defender it just depends on how you want to. LET ME HOOK YOU TO GA  when go to trial you get another attorney thats (2). But the new attorney can only work with what the Public Defens

has got in your case. NOW THEIRS ABOUT the Public Defender and S   work together And its the Public Defender job to string you along and get you to trial with nothing. So theres nothing to give the new attorney and you loose trial. Now its time for the DRIVERS SEAT its call a FARETTA HEARING and you can ask for it at any time. Up until your LAST PRETRIAL HEARING before jury selection. A Faretta hearing is conducted by the judge it only takes a few minutes. A few questions to make sure you can handle yourself nothing crazy. HERES THE KICKER you can request for the Public Defender to be your #2 chair. Now the Public Defender has to work on your behalf an file motion that you give him to the court. Motions: Court documents that are entered into the Court to get the process started. There are alot out there you will have to go to the Law Library to find what you need. HERES THE KICKER. the Faretta Hearing make you PRO SE (You are representing yourself). And that gives you more time in the Law Library to do research. Or you can allow the Public Defender to do everything up until jury selection then just before than at your last pre-trial hearing. Ask for the Faretta Hearing its your choice eitherway at trial you ask all your own questions. HERES THE KICKER say you get to nervous your #2 chair the Public Defender can take over and finish for you. The Public Defender can also do both your opening and closing statements. It's best to leave them to that its what they went to school for. GO KICK SOME ASS !!! you dont have a choice  DO THE DAMN THING!!!

Depositions

   This is the time when the Court allows questions of the victims and all witnesses. This is when you get to ask your SET-UP/PERJURY question that those inconsistant (lies) on the Police Reports or depositions. If they answer them the way you want them to you cross them up on the stand at trial. And at that time while their still on the stand at trial you acknowledge it and have them ARRESTED.

HERES HOW

   The only things you need to win trial is your Police Reports and Depositions. You look for the lies or contradictions. Which means they said this first then said something different later. When you lie during any kinda of hearing that PERJURY. It's a FELONY you will need this motion: Motion to Find State's Witness in Contempt For Perjury. Look up my case and see how I used it.

Puddin

## Researching Charges

Once you get arrested you should receive the States discovery. The discovery is the information used to arrest you. The victims and charges are all located in this information this is where you start.

### Charges

On the Police Incident Report look for Offences (The Charges Statute No. 800.04). The number tell you what the definition of the charge in more detail then the incident report. Go to the law libarary and look up the number on the computer or the Florida Statute books.

### Counts

This is the information the State has to prove inorder to convicted you. This shows the alleged time the crime took place (month, day, and year). Sometimes it could be upwards of a _year_ so you need to put in. A motion for a statement of particulars to get the _exact_ time and date.

### Case Laws

These are cases that have been tried in court already that could be like yours. In that case what every that person got charge you can use in your case. They are mostly used in motions to make them stronger for your case. This is how case laws look : Cook v. State, 542 So. 2d 964 (Fla. 1989) let's break it down.

* Cook v. State : The Defendant v. State
   * 542 : Book / Computer Reference Number
   * So. 2d : Book
   * 964 : Page / Section
* (Fla. 1989): State and Year

### Motion Headings

Motions are all the same as for body (See example). The only difference is the heading heres how you word them:

- **Pro' Se (You the Attorney)**

  Defendant _____ , (Pro' Se / Proper Person), pursuant to the Florida Rules of Appellat Procedure,

- **Public Defender (Is your Attorney)**

  Defendant, by and through the undersigned attorney, the Public Defender for the Fourth Judicial Circuit of Florida, pursuant to Rule _____ , Florida Rules of Criminal Procedures,

- **Motion / Letters Endings**

- Letters to The Bar; and Attorney General - (Bottom Right hand side of page) : (•)
- Letters to The Public Defender : (••)
- Pro' Se Motion : (•••)
- Public Defender Motion : (••••)

**\* Rule 35**

This is a <u>Once</u> in a <u>LIFE</u> time deal to have you sentence reduce by half (½).

**\* 1983 Litigations**

If you were held in jail then found <u>INNOCENT</u> the State has to <u>PAY YOU</u> for that time. (Section 961.01 - 961.07)

**\* Too see how I use these motion look up!**

- State of Florida v Clifton Brooks (2006) : 162006CF003490 AXXXMA

- State of Florida v. Clifton Brooks (2012) : 162012CF006884 AXXXMA

<u>Petition for Writ of Habeas Corpus</u> (Use Weinberg v. State, 780 Sa3d 214 (Fla. 2001) with this petition)

When you get arrested the State of Florida uses Police reports. But Police reports are inemissible in Court and can not be used as evidence. And if this is so how can they arrest you <u>THEY CAN'T</u> they need <u>DEPOSITION</u>. But depositions sometime comes month(s) after your arrest <u>THATS AGAINST THE LAW</u> and violates your Due Process Rights.

## Important Addresses

Clerk of The Courts
301 West Adams Street
Jacksonville, Florida 32202

The Florida Bar
651 East Jefferson Street
Tallahassee, Florida 32399-
2300

Office of The Attorney General
State of Florida
The Capital PL-01
Tallahassee, Florida 32399-
1050

Law Offices of the Public Defender
407 North Laura Street
Jacksonville, Florida 32202

Jon S Wheeler
District Court of Appeal
First District
2000 Drayton Drive
Tallahassee, Florida 32399-
0950

Clerks Office, United States
District Court
U.S. Courthouse
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202

State Attorney Office
220 East Bay Street
Jacksonville, Florida 32202

Regional Conflict Commerce
50 Bay Street
Jacksonville, Florida 32202

First District Court of Appeals #2
1st, 2nd, 3rd, 4th, 8th, And 14th Circuits)
301 Martin L. King, Jr. Blvd
Tallahassee, Florida 32399-1850
(850) 487-1000 (General Number)
850) 488-6151 (Clerk Office)
www.1DCA.org

Florida Supreme Court
Supreme Court Building
500 South Duval Street
Tallahassee, Florida 32399-1925
(850) 488-0125
www.FloridaSupremeCourt.org

U.S. Supreme Court Building
1st Street North East
Washington, DC 20543
(202) 479-3000
(202) 479-3211 - Public Info
(202) 479-3030 - Visting Info.
(202) 479-3360 - Opinion Info

Center for Wrongfull Convictions
Northwest University School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312)-503-2391

Nolo Press
950 Parker St.
Berkeley, CA 94710
(510) 704-2248

Peoples Law Office
1180 North Milwaukee Ave.
Chicago, IL 60642-4019
(773) 235-0070

Southern Poverty Law Center
400 Washington Ave.
Montgomery, Al 36104
(334) 956-8200
www.splcenter.org

Southern Center for Human Rights
83 Poplar St. NW
Atlanta, GA 30303-2122
(404)-688-1202
www.schr.org

MSNBC TV
30 Rockefeller Plaza,
New York, N.Y. 10112

ABC News
7 W. 66 St.
New York, N.Y. 10023

NBC News
30 Rockefeller Plaza
New York, N.Y. 10112

Catholic News
3211 Fourth St. NE
Washington, DC 20017

Los Angeles Daily News
P.O. Box 4200
21860 Burbank Blvd., Suite 20:
Woodland Hills, CA 91367

NY Daily News
450 W. 33 St,
New York, N.Y. 10001

Yahoo-7 News
Sydney
Seven News Central
P.O. Box 777
Pyrmont NSW 2009

Wink News
Fort Myers Broadcasting
2824 Palm Beach Blvd.
Fort Myers, FL 33916-1590
(239) 344-5000

The White House
600 Pennsylvania Avenue NW
Washington, DC 20500
(202) 456-1111
(202) 456-2461 Fax
www.whitehouse.gov/contact

* Miami Innocence Clinic
3000 Biscayne Blvd. Suite 100
Miami, Florida 33137

* The Innocence Project
40 Worth St. Suite 701
New York, N.Y 10013-
(212)-364-5340
info@innocenceproject.org

## motions and Definitions

* <u>Motion for Statement of Particulars</u> - This motion gives you the exact time and date of the incident.

* <u>Motion to Dismiss</u> - This is to dismiss all charges. (~~two motions~~)

* <u>Motion for Production of Physical Evidence</u> - State has to produce all items in which the prosecution intends to use at trial.

* <u>Motion to Compel Disclosure of State Attorney's Jury Selection Data</u> - The information that the State use to pick jury.

* <u>Motion to Preserve Evidence</u> - This makes law enforcement officer, employees and agents keep and preserve evidence in a case.

* <u>Motion for Notice of Discovery</u> - Provided you with a information in your case.

* <u>Motion for Speedy Trial on Demand</u> - This make the Court take you to trial within (45) day and if not done by that time (50) days they have to drop all charges.

* <u>Notice of Experation of Speedy Trial Upon Demand</u> - The Court has exceeded the (50) days of the Speedy Trial on Demand (See Rules of the Court : Rule 3.191 (b)(4)(p).

* <u>Motion for Defence Supplemental Notice of Discovery</u> - This give you everthing the State has in its case against you.

* <u>Motion to Request Records from Attorney</u> - This get you all the information your Public Defender / Lawyer has in your Case. (<u>Rule 4-1.6 (5)</u>: Comply with The Rules of Professional Conduct; <u>Rule 4-1.6 (D)</u>: Upon termination of representation

* <u>Motion in Limine to Exclude Prior Acts of Wrongs</u> - This means they can not bring up anything from your past Criminal record into your new charges.

* <u>Motion in Limine to Prohibit Hearsay</u> - This blocks certian things from being said weather it's good or bad for or against you.

* <u>Motion to Modify Conditions of Pre-Trial Release</u> - This is used to lower bond amount.

* <u>Motion for Disqualification</u> - This is if you feel the Judge will not give you a fair trial.

* <u>Motion for Appointment of Private Investigator</u> - This gives you someone to get thing you need for trial while your in jail.

* <u>Motion to Incur Cost</u> - This is so you don't have to pay for things the State does

... ons and Definitions

* <u>Motion for Notice of Appeal</u> - This tells the Court you plan to try the Case again in the Fifth District Court of Appeals.

* <u>Motion for Use of Non-Monitored Telephone</u> - This is so the State Can't listen to your conversations.

* <u>Motion for Signed Written Orders</u> - This is so you can get your Court information quicker for Appeal.

* <u>Motion for Order Directing Use of Jail Law Library Facilities</u> - More access to the Law Library.

* <u>Motion for Public Records Request</u> - This is so you can get document from the Clerk of Courts and State Attorney.

* <u>Motion to Demand Specific Discovery</u> - This is for Specific item that the State has (i.e. Witness statements, information etc.)

* Motion to Dismiss <u>Information</u> - This is to dismiss any information the State information

* <u>Petition for Writ of Habeas Corpus</u> - This is the most powerful motion in this pact to dismiss use with <u>Weinberg</u> v. State, 780 So.2d 214

## Things You Need

* Lined paper (2)
* Sketch Pad 8.5 × 11 - (1070)
* #2 Pencil (2) - (1072)
* Beveled Eraser - (1085)

### Lines

You will need two (2) pages of lined paper. 1ˢᵗ is to be used between the sketch pad inorder to write your motions. Motions look better on unline paper but you can use line (8.5 × 11 letter Pad - 1060). 2ⁿᵈ is to be glued on the back of the sketch pad use (Break kit (Keefe Coffee) Creamer - 2002). As glue a small amount of water mix the creamer until it looks like glue. Do not use the whole Creamer at once just what you need. The Red Tape off the commissary bag to hold single sheets of paper. That come of the pad just incase you need make correction to something you can't put back on the pad.

### Trial Choices

### Jury Trial

In a jury trial the State will try to use influence the juror emotions. Juror don't know the law and the State uses that to their advantage. The State paints you in a bad light and turns the jury on you THEY WIN.

### Judiciary Trial

In this trial the State goes against the Judge only. It's not about emotions it's about the LAW and the charge. And can the State prove your GUILITY, if not YOU WIN.

### Important Case Laws

* STATE of FLORIDA v. WEINBERG, (780 So. 2d 214, Fla. App. 5 Dist. 2001) - Officer are not material witness.
* STATE v. Cannon, (57 So. 3d 892, Fla. App. 4 Dist. 2011) - Police misconduct was sufficiently egregious.
* PEZZO v. STATE, (903 So. 2d 960, Fla. App. 1 Dist. 2005) - Newer amended charges can't be filed after your 175 days.

14

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN
AND FOR DUVAL COUNTY,
FLORIDA

STATE OF FLORIDA

CASE NO.:

V.

DIVISION NO.:

← Start Line

(Motion/Letter)Ending go here ↓

_____ , 20____

CASE No.: _____

DIVISION No.: _____

RFA No.: _____

Dear _____

My name is _____ I'm currently being held in the Jacksonville Sheriff Office (J.S.O.). At the Pretrial Dentention Facility (PDF) Docket No.: _____ I'm being represented in the Fourth Judicial Circuit of Florida. Through The Law Offices of the Public Defenders _____ . Though undersign Assistant Public Defender _____ this is in **NO WAY** to report any problems with _____ . This is strietly a <u>COVER MYSELF LETTER</u> that I provided the information to _____ . Said information has been provided in _____ (Chief Assistant) and _____ (Head Assistant). The Public Defender Office. Asking that both will make sure _____ (A.P.D.) get's said information and is a record of me doing so. This is inorder to receive the best representation through The Public Defender Office. Once again this is <u>(NOT A COMPLAINT</u> just a <u>COVER MYSELF LETTER</u> I have enclosed the following information.

<u>INFORMATION</u>

_____ — , 20—

Dear _____ ( Public Defender ),

   This is _____ docket No.: _____. I'm being represented by your office though _____ (Assistant Public Defender). Case No.: _____

_____ Would you please make sure _____ receives this information. Also inform _____ that at __NO TIME__ does (He/She) has the __Authorization to Waive My Rights__. Even if (He/She) believes it's in __MY BEST INTEREST__ without __MY__ authority.

   A copy of this letter and all information contain within has been sent to. The Clerk of The Courts; The Office of The Attorney General; and The Florida Bar ( AFA No.: _____ ).

<u>Information</u>

Sincerely

_____

_____ ( Jail Number)

DEFENDANT

500 East Adams Street

Jacksonville, Florida 32202