IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLIFTON MCNEIL BROOKS,

       Petitioner.

v.                                        CASE NO.  3:19-cv-787-MMH-MCR

MARK S. INCH, Secretary of the
Florida Department of Corrections
(FDC).

       Respondent.

# FDC'S EXHIBIT 16

## RECORD VOL 1 PART 2

## DIRECT APPEAL - 1D13-1073

Respectfully submitted

_____

_____ (Jail Number)

DEFENDANT

_____

Assistant Public Defender

## UNNOTARIZED OATH

Under penalty of perjury, I declare that I have read the foregoing and the facts as stated therein are true and correct: SHEARER v. STATE and FLA. STAT. SECT. 92.525

WHEREFORE, defendant respectfully request this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the States Attorney Office, this _____ day of _____ 20_13_.

HONORABLE, _____
Judge, County Court

Respectfully submitted

_____

DEFENDANT

WHEREFORE, defendant respectfully requests this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the State Attorney Office, this _____ day of _____ 20 ___.

_____

Assistant Public Defender

Respectfully submitted

_____

DEFENDANT

WHEREFORE, defendant respectfully requests this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the State Attorney Office, this _____ day of _____ 20___.

_____

Assistant Public Defender

Respectfully submitted

_____

DEFENDANT

WHEREFORE, defendant respectfully requests this Honorable Court to grant this motion.

I HEREBY CERTIFY that a copy hereof be furnish to the State Attorney Office, this _____ day of _____ 20 ___ .

_____

Assistant Public Defender

Respectfully submitted

_____

DEFENDANT

## Phone Deposition

22

⊐ The date : _____

⊐ This is the deposition of the defendant _____ Witness

⊐ Case No. : _____

⊐ The place of taking is : _____ (Correctional Facility)

⊐ The time is : _____ (1) _____ (2) _____ (3) _____ (4) _____ (5) _____ (6.

⊐ This is the Oral Examination of : ( Name and full address )

(1)_____

(2)_____

(3)_____

(4)_____

(5)_____

(6)._____

⊐ <u>OATH</u>

Do you swore to tell the truth the whole truth and nothing but the truth so help you god.

⊐ What is your name ?

⊐ What is your Age ?

⊐ Do you know _____ ( Your Name )

⊐ How long have you Known _____ ( Your Name )

⊐ Thank you that complete the taking of there deposition

⊩ Since your in jail the State is recording your Conversations on the phone ( Electronically ). And its also its being taped (Stenographer) but no call can be done on Sunday. (See Florida Practice and Procedure - 16:6 <u>Oral Depositions</u> 16:9 Interrogatories ; 16:13 ; 16:14; 16:15 (Metro PCS / Cell phones).



**Clerk of the Circuit and County Courts**
Duval County
501 West Adams Street
Jacksonville, Florida 32202

Circuit Civil Department
Area Code 904
255-2000

RONNIE FUSSELL
Clerk of the Circuit and County Courts

## MAIL RETURN MEMORANDUM

To:  Clifton Brooks #2012019254

From:  Appeals Department

Re:  Original Signature

Date: February 22, 2013

The enclosed is being sent/returned to you for the following reasons:

\_\_\_\_ The enclosed was inadvertently mailed to this office.

\_\_\_\_ This is not a Duval County Case. Please send to the correct county.

\_\_\_\_ The correct filing fee has not been received. Fee schedule attached. NO PERSONAL CHECKS ACCEPTED. Payment by mail must be made in the form of cashier's check or money order payable to : CLERK OF THE CIRCUIT COURT

\_\_\_\_ The number used is incorrect. Cannot locate case in the Duval County index. Please correct and return for filing.

\_\_\_\_ The name used on the case is incorrect. Please correct and return for filing.

\_\_\_\_ Facsimile signatures are not acceptable for filing. Please sign and return for filing.

XX Copy or fax sent. Only original signatures are filed in the court file unless otherwise ordered.

\_\_\_\_ As per your request.

\_\_\_\_ Received unsigned. Please sign and return for filing.

XX Other. Sign with an original signature and return for filing.

In The Circuit Court, Fourth
Judicial Circuit, In And For
Duval County, Florida

State of Florida,
v.

Clifton Brooks,
Defendant.

Case No: 162012CF006589AXXXMA

**FILED**   CR-E

FEB 2 2 2013

CLERK CIRCUIT COURT

Notice Of Appeal

The Defendant takes and enters an appeal to the District Court of Appeal of Florida, First District, pursuant to Rule 9.110(d), of the Florida Rules of Appellate Procedure to review the Judgement and Sentence, entered the ___13___ day of ___February___, by the Honorable ___Tatiana Salvadore___, Circuit Judge.

All parties are called upon to take notice of the entry of this appeal.

Respectfully Submitted,

Clifton M Brooks
Defendant Pro Se.

I CERTIFY that a copy hereof has been furnished by U.S. Mail, to the State Attorney's Office, and the Office of the Attorney General, by U.S. Mail, this ___20___ day of ___February___, 2013.

Clifton M Brooks
Defendant Pro Se.
500 East Adams Street
Jacksonville, Florida 32202

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA.

TATE OF FLORIDA

5.

IFTON BROOKS /

    DEFENDANT.

CASE NO.: 162012CF006884AXXXMA
DIVISION: CRE/SAD
RFA No.: 13-5538 / 13-5539

FILED
FEB 2 2 2013

CLERK CIRCUIT COURT

STATEMENT OF JUDICIAL ACTS TO BE REVIEWED

    The DEFENDANT, pro se, submitts the following judicial acts to be reviewed upon the appeal in this cause:

    1) The Court erred in not granting the Motion For Speedy Trial Upon Demand filed September 21, 2012.

    2) The Court erred in not granting the Notice of Experation of Speedy Trial Upon Demand filed November 12, 2012. By holding the required hearing within 5 day of the filing of the Notice.

    3) The Court erred in the duty to cumpling with Rule 3.191 (p) by the defendant not being taken to trial within the (10) day allowed. Should be forever discharged from the Crimes.

    4) The Court erred in not granting the Petition for Writ of Habeas Corpus filed November 12, 2012.

    5) The Court erred in allowing Mrs. Darcy Danene Galnor of the Public Defender's Office 4th Judicial Circuit to file a Certificate of Conflict & Motion to Withdrew. After violating the defendant Attorney-Client Privilege by providing the defendant information to the States Attorney. Which was file as a Notice of the Judicial Record to be review by the Appeal Court.

    6) The Court erred in not allowing Mrs. Darcy Danene Galnor to remain the defendant's Counsel as requested by the

defendant Faretta Hearing on _ _ _ ry 23, 2013.

7) The Court erred in allowing no stand-by counsel for defendant at trial.

8) The Court erred in allowing the States Attorney to Amend Information after the Experation of speedy trial Upon Demand on November 17, 2012 (50) days and Speedy Trial (175) day on February 8, 2013 (212) day later.

9) The Court erred in not granting the defendant Motion to Dismiss Information filed February 8, 2013 Citing Pezzo Vs. State of Florida, 903 So.2d 960 (Fla. App. 1 Dist. 2005).

10) The Court erred in not granting the defendant request for a Bench Trial.

Respectfully submitted,

**Clifton M. Brooks**

DEFENDANT Pro Se.

500 East Adams Street

Jacksonville, Florida 32262

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and Correct copy of the foregoing has been furnished by U.S. Mail to the Office of the State Attorney, representing the State of Florida, and by U.S. Mail to the Office of the Attorney General, representing the State of Florida, this **29** day of **February** 2013.

DEFENDANT Pr S.

In   'ircuit Court, Fourth
Judicial Circuit, In And For
Duval County, Florida

State of Florida,
v.
Clifton Brooks,
        Defendant.

CL-E

Case No: 162012CF006884AXXXMA

**FILED**

FEB 2 2 2013

_____
CLERK CIRCUIT COURT

Designation To Court
Reporter For Stenographic Notes

Appellant files this Designation to the Court Reporter and directs
Official Court Reporters, Inc., to transcribe and file an Original and two
certified copies of Jury selection and trial proceedings and an original
of all other trial proceedings with the Clerk of this Court within
thirty (30) days of this designation to be used in the appeal to the District
Court of Appeal of Florida, First District.

The entire proceedings on the following dates :

        (Include 3 CD-ROM's of all proceedings)

Date — Hearing on Motion _____.

Date _February 11, 2013_   Jury Selection

Date _February 13, 2013_   Trial Proceedings

Date _February 27, 2013_ — Sentencing Hearing

    The Court Reporter is hereby directed to serve a copy of the Reporter's
Acknowledgement and any future motions for extension (s) of time
requested to transcribe notes to Office of the Public Defender, Office
of the State Attorney and Clerk of this Court, by hand, and to the
Appellant, and to the Office of the Attorney General, by mail, upon
filing

                        page 1 of 2.

The undersigned certifies a copy of this designation has been furnished to the Office of the State Attorney representing the State of Florida, by U.S. Mail, the Court Reporter by U.S. Mail, the Office of the Attorney General, representing the State of Florida, and Clerk of the District Court of Appeal of Florida, First District, by mail, this 29 day of February, 2013.

Respectfully Submitted,

Defendant Pro Se.
500 East Adams Street
Jacksonville, Florida 32202

page 2 of 2

In - Circuit Court, Fourth
Judicial Circuit, In And For
Duval County, Florida

State of Florida,

v.

Clifton Brooks,
        Defendant.

FILED
FEB 2 2 2013
D.W. Powell
CLERK CIRCUIT COURT

Case No.: 162012CF006884AXXXMA

CR-E

## Designation Of Public Defender Of The
## Second Judicial Circuit For Purposes Of Appeal

Pursuant to Section 27.51 (4), of the Florida Statutes, this Defendant
has requested the Public Defender of the Second Judicial Circuit, 301 South
Monroe Street, Suite 401, Tallahassee, Florida 32301, to handle the
above-styled cause for appeal to the District Court of Appeal, First.
District, State of Florida. Notice is hereby given that henceforth all
correspondence and copies of pleadings in this case should be served on
the Public Defender of the Second Judicial Circuit.

Dated this 29 day of February, 2013, at Duval County, Florida.

I HEREBY CERTIFY that a copy hereof has been furnished to the
Office of the State Attorney by U.S. Mail, and to the Office of the Attorney
General, representing the State of Florida, Office of the Public Defender of the
Second Judicial Circuit, representing the Appellant, Clerk, District Court
of Appeal of Florida, First District, by U.S. Mail.

Respectfully Submitted,

Clifton M. Brooks
Defendant/Appellant Pro Se.

page 1 of 2

PAGE # 0178 OF 0500

COPIES TO:

The Honorable Pam Bondi
Attorney General
Department of Legal Affairs
The Capitol, PL-01
Tallahassee, Florida 32399-1050


Office of The Public Defender
301 South Monroe Street
4th Floor North
Tallahassee, Florida 32301


The Honorable Jon S. Wheeler
Clerk, District Court of Appeal
First District
300 Martin Luther King, Jr., Boulevard
Tallahassee, Florida 32399-1850


page 2 of 2



**Clerk of the Circuit and County Courts**
Duval County
501 West Adams Street
Jacksonville, Florida 32202

Circuit Civil Department
Area Code 904
255-2000

**RONNIE FUSSELL**
Clerk of the Circuit and County Courts

## MAIL RETURN MEMORANDUM

To:   Clifton Brooks

From:   Appeals

Re:   No Original Signature

Date:   February 27, 2013

The enclosed is being sent/returned to you for the following reasons:

\_\_\_\_ The enclosed was inadvertently mailed to this office.

\_\_\_\_ This is not a Duval County Case. Please send to the correct county.

\_\_\_\_ The correct filing fee has not been received. Fee schedule attached. NO PERSONAL CHECKS ACCEPTED.
       Payment by mail must be made in the form of cashier's check or money order payable to : CLERK OF THE CIRCUIT COURT

\_\_\_\_ The number used is incorrect. Cannot locate case in the Duval County index. Please correct and
       return for filing.

\_\_\_\_ The name used on the case is incorrect. Please correct and return for filing.

\_\_\_\_ Facsimile signatures are not acceptable for filing. Please sign and return for filing.

\_\_X\_\_ Copy or fax sent. Only original signatures are filed in the court file unless otherwise ordered.

\_\_\_\_ As per your request.

\_\_\_\_ Received unsigned. Please sign and return for filing.

\_\_X\_\_ Other.  Sign with an original signature and return for filing._____

       _____

       _____

In, Circuit Court, Fourth
Judicial Circuit, In And For
Duval County, Florida

State of Florida,
v.
Clifton Brooks,
          Defendant.

Case No: 162012CF006884AXXXMA

FILED
FEB 22 2013

_____

## Notice Of Appeal

The Defendant takes and enters an appeal to the District Court of Appeal of Florida, First District, pursuant to Rule 9.110(d), of the Florida Rules of Appellate Procedure to review the Judgement and Sentence, entered the _13_ day of _February_, by the Honorable _Tatiana Salvadore_, Circuit Judge.

All parties are called upon to take notice of the entry of this appeal.

Respectfully Submitted,

_____
Defendant Pro Se.

I CERTIFY that a copy hereof has been furnished by U.S. Mail, to the State Attorney's Office, and the Office of the Attorney General, by U.S. Mail, this _20_ day of _February_, 2013.

Clifton M. Brooks
Defendant Pro Se.
500 East Adams Street
Jacksonville, Florida 32202

Clifton Brooks

Docket No.: 2012014254

Pre-trial Detention Facility

Jacksonville, Florida 32202

JACKSONVILLE FL 320

21 FEB 2013 PM 3 L

Appeals

FILED

FEB 22 2013

CLERK CIRCUIT COURT

Clerk of the Courts

501 West Adams Street

Jacksonville, Florida 32202

JAX. CENSORED

Dept. of Corrections

3220246035I

**FILED**

FEB 27 2013

*[clerk signature]*
CLERK CIRCUIT COURT

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS, DEFENDANT

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2012-CF-006884-AXXX-MA
DIVISION: CR-E

☐ Probation Violator
☐ Community Control Violator
☐ Retrial
☐ Resentence

## JUDGMENT

The Defendant, **CLIFTON MCNEIL BROOKS**, being personally before this Court, represented by

Pro-Se _____, the attorney of record, and the State being represented by

A. Hixon _____, and having:

☑ been tried and found guilty by jury/by court of the following crime(s)
☐ entered a plea of guilty to the following crime(s)
☐ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree Of Crime |
|-------|-------|---------------------------|-----------------|
| 1 | Sexual battery | 794.011(2)(a) | Capital |
| | | | |
| 2 | Lewd or lascivious molestation | 800.04(5)(b) | 1°F |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☑ and no cause being shown why the defendant should not be adjudicated guilty; IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

☐ being a qualified offender pursuant to F.S. 943.325, the defendant shall be required to submit a DNA sample as required by law.

☐ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

Page ___1___ of ___6___

STATE OF FLORIDA
vs.
CLIFTON MCNEIL BROOKS, DEFENDANT

CASE NUMBER: 16-2012-CF-006884-AXXX-MA

| FINGERPRINTS OF DEFENDANT | | | | |
|---|---|---|---|---|
| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| | | | | |
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
| | | | | |

Fingerprints taken by: Name: _H Wright 5048_  Title: _Bailiff_

    I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, **CLIFTON MCNEIL BROOKS**, and that they were placed thereon by the defendant in my presence in open court on this date.

DONE AND ORDERED in open court in Jacksonville, Duval County, Florida, this _13TH_ day of _February_, 20 _13_.

_T. Salvador._
_____
Judge

Page _2_ of _6_



CLIFTON MCNEIL BROOKS, DEFENDANT

CASE NUMBER: 16-2012-CF-006884-AXXX-MA
OBTS # _____

## SENTENCE

(As to Count(s) 1, 2 )

The defendant, being personally before this court, accompanied by the defendant's attorney of record
Pro - Se _____, and the adjudication/withhold having been determined, and the court having
given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause
why the defendant should not be sentenced as provided by law, and no cause being shown:

☑ and the court having on 2-13-13 deferred imposition of sentence until this date.

☐ and the court having previously entered a judgment in this case on _____ now
resentences the defendant.

☐ and the court having placed the defendant on probation/community control, and having
subsequently revoked the defendant's probation/community control;

**It Is The Sentence Of The Court That (check all that are applicable; unmarked sections are inapplicable):**

☐ The defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ at
the 5% surcharge required by section 938.04, Florida Statutes.

☑ The defendant is hereby committed to the custody of the Department of Corrections.

☐ The defendant is hereby committed to the custody of the Sheriff of Duval County, Florida.

☐ The defendant is sentenced as a Youthful Offender in accordance with section 958.04, Florida Statutes.

**To be Imprisoned (check one; unmarked sections are inapplicable):**

☐ For a term of natural life.

☑ For a term of Life .

☐ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

☐ Youthful Offender Sentence:
Pursuant to the Florida Youthful Offender Act, the defendant shall be imprisoned for a period of _____, of
which _____ shall be served by imprisonment followed by _____
in a Community Control Program according to the terms and conditions set forth in a separate order.

☐ Split Sentence (complete the appropriate paragraph):

☐ Followed by a period of _____ on probation/community control under the supervision of
the Department of Corrections according to the terms and conditions of supervision set forth in a
separate order.

☐ However, after serving a period of _____ imprisonment in _____, the balance
of the sentence shall be suspended and the defendant shall be placed on probation/community control
for a period of _____ under the supervision of the Department of Corrections according to
the terms and conditions of probation/community control set forth in a separate order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied
before the defendant begins service of the supervision terms.

**Imposition of Sentence Stayed and Withheld (check one; unmarked sections are inapplicable):**

☐ The court hereby stays and withholds the imposition of sentence and places the defendant on:

☐ Probation/community control for a period of _____ under the supervision of the Department
of Corrections with a special condition that the defendant serve _____ in Duval County
Jail, with credit for _____ days.

☐ Unsupervised probation for a period of _____ with the special condition that the defendant
serve _____ days in Duval County Jail, with credit for _____ days. Unsupervised
probation will terminate upon completion of special condition.

(All other general/special conditions of probation/community control shall be set forth in a separate order.)

Page 3 of 6

CLIFTON MCNEIL BROOKS, DEFENDANT

CASE NUMBER: 16-2012-CF-006884-AXXX-MA

OBTS # _____

## OTHER PROVISIONS

(As to Count(s) 16.2

**Current Jail Credit Time:**

☑ It is further ordered that the defendant shall be allowed a total of _230_ days as credit for time incarcerated on this case / count before imposition of this sentence.

**Credit for Time Served on Violation of Probation / Community Control:**
(check one)

☐ It is further ordered that the defendant shall be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on count(s) _____. **(Offenses committed on or after January 1, 1994.)**

☐ It is further ordered that the defendant be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on count(s) _____. **(Offenses committed before October 1, 1989.)**

☐ It is further ordered that the defendant be allowed _____ days time served between date of arrest as a violator following release from prison to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served on count(s) _____. **(Offenses committed between October 1, 1989, and December 31, 1993.)**

**Prior Prison Credit:**

☐ It is further ordered that the defendant shall be allowed _____ days time served between date of the original sentence being vacated to the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served on count(s) _____.

**Forfeiture of Prior Gain/Good Time:**
(check one)

☐ The court deems the unforfeited gain time previously awarded on the above count(s) forfeited under section 948.06(7)

**OR**

☐ The court allows unforfeited gain time previously awarded on the above count(s). (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1))

**Consecutive/ Concurrent As to Other Counts:**
(if Applicable)

☑ It is further ordered that the sentence imposed for count(s) _2_ shall run (check one)
☐ consecutive to ☑ concurrent with the sentence set forth in count _1_ of this case.

**Consecutive/ Concurrent As To Other Sentences:**
(if Applicable)

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run (check one) ☐ consecutive to ☐ concurrent with the following: (check one)

☐ any active sentence being served.
☐ specific sentences:_____
_____
_____
_____

**Retention of Jurisdiction:**

☐ The court retains jurisdiction over the defendant pursuant to section 947.16(4), Florida Statutes.

Page _4_ of _6_

**CLIFTON MCNEIL BROOKS, DEFENDANT**          **CASE NUMBER: 16-2012-CF-006884-AXXX-MA**

**SPECIAL PROVISIONS**

(As to Count(s) __1, 2__ )

By appropriate notation, the following provisions apply to the sentence imposed:

☐ **Firearm:** It is further ordered that the _____ mandatory minimum imprisonment provisions of section 775.087(2)(a), Florida Statutes, is hereby imposed for the sentence specified in this count.

☐ **Drug Trafficking:** It is further ordered that the _____ mandatory minimum imprisonment provision and a fine of $_____, as set forth in section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

☐ **Controlled Substance Within 1,000 Feet of School:** It is further ordered that the 3-year mandatory minimum imprisonment provision of section 893.13(1)(c)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

☐ **Habitual Felony Offender:** The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

☐ **Habitual Violent Felony Offender:** The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A mandatory minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

☐ **Violent Career Criminal:** The defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes. A mandatory minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

☐ **Prison Releasee Reoffender:** The defendant is adjudicated a prison releasee reoffender in accordance with the provisions of section 775.082(9), and is sentenced to serve 100 percent of the maximum sentence provided by law for the offense of which the defendant has been convicted. A mandatory minimum term of _____ year(s) imposed as PRR in accordance with the provisions of this section.

☐ **Law Enforcement Protection Act:** It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes (offenses committed before January 1, 1994).

☐ **Capital Offense (Excluding First Degree Murder and s. 790.161):** It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes (offenses committed before October 1, 1995).

☐ **Short-Barreled Rifle, Shotgun, Machine Gun:** It is further ordered that the 5-year mandatory minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count (offenses committed before January 1, 1994).

☐ **Continuing Criminal Enterprise:** It is further ordered that the 25-year mandatory minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count (offenses committed before January 1, 1994).

☐ **DUI Manslaughter:** It is further ordered that the 4 year mandatory minimum sentence provision pursuant to section 316.193(3)(c)3, Florida Statutes, is hereby imposed for the sentence specified in this count.

☐ **Dangerous Sexual Felony Offender:** The defendant is adjudicated a dangerous sexual felony offender and has been sentenced to an extended term in accordance with the provisions of section 794.0115, Florida Statutes. A mandatory minimum term of _____ year(s) must be served. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

☐ **Criminal Gang Activity:** The felony conviction is for an offense that was found, pursuant to section 874.04, Florida Statutes, to have been committed for the purpose of benefiting, promoting or furthering the interests of a criminal gang.

☐ **Sexual Offender:** The defendant is adjudicated a Sexual Offender in accordance with the provisions of section 943.0435(1)(a), Florida Statutes.

☑ **Sexual Predator:** The defendant is adjudicated a Sexual Predator in accordance with the provisions of section 775.21(4)(a), Florida Statutes.

☐ **Youthful Offender:** The defendant is adjudicated a Youthful Offender in accordance with the provisions of section 958.04(1)(a), Florida Statutes.

☐ **Taking a Law Enforcement Officer's Firearm:** It is further ordered that the 3-year mandatory minimum imprisonment provision of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count (offenses committed before January 1, 1994).

Page __5__ of __6__

CLIFTON MCNEIL BROOKS, DEFENDANT

CASE NUMBER: 16-2012-CF-006884-AXXX-MA

OBTS # _____

In the event the defendant is sentenced to a period of incarceration in state prison, the Sheriff of Duval County, Florida, is hereby ordered and directed to deliver the defendant to the Florida Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

In open court, the defendant was advised of the right to appeal from this sentence by filing a notice of appeal with the clerk of this court within 30 days from this date and the right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends / adjudges:

DONE AND ORDERED in open court in Jacksonville, Duval County, Florida, this _____ day of **FEB 27 2013** , 20____.

T. Salvador
Judge

Page 6 of 6

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CLERK NO.: 162012CF006884AXXXMA

DIVISION:   CRE/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS

FILED

FEB 27 2013

Ddd W. Pmell
CLERK CIRCUIT COURT

## ORDER DESIGNATING DEFENDANT AS A SEXUAL PREDATOR

THIS CAUSE, coming on to be heard pursuant to Sections 775.21, Florida Statutes, and the Court being fully advised of the premises, it is, therefore,

ORDERED that the Defendant shall, henceforth, be deemed a **SEXUAL PREDATOR**, who, upon release from incarceration **shall** fulfill the registration requirements with the Florida Department of Law Enforcement pursuant to Section 775.21(6), Florida Statutes.

THE COURT FURTHER FINDS, in conformity with Section 775.21, Florida Statutes, that the State has demonstrated the following:

The Defendant has been convicted of or has been found to have committed, regardless of adjudication or has pled nolo contendere or guilty to Sexual Battery on a Child Under 12, a capital, life, or first degree felony violation or any attempt thereof of Sections(s) 787.01 or 787.02, where the victim is a minor and the Defendant is not the victim's parent, or of Chapter 794 or Section 800.04 or Section 827.0145, or a violation of a similar law of another jurisdiction, on February 27, 2013.

DONE AND ORDERED at Jacksonville, Duval County, Florida, this 27th day of February, 2013.

T. Salvador
JUDGE

cc:   Department of Corrections

S.A. CASE NO.:   12CF014∠ ∂AD

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CLERK NO.:   162012CF006884AXXXMA

DIVISION:   CRE/SAD

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS

FILED

FEB 27 2013

CLERK CIRCUIT COURT

## ORDER DENYING RESTITUTION

Pursuant to Section 778.089(1)(a), Florida Statutes, restitution is not ordered in this case for the following reason:

[  ]   Drug case (no identifiable victim)

[ x ]   Victim suffered no financial loss

[  ]   VOP _____

[  ]   VOP (all previously imposed restitution to remain in effect)

[  ]   No victim for purpose of restitution

[  ]   Other: _____

_____

_____

_____

_____

_____

DONE AND ORDERED in the Circuit Court of the Fourth Judicial Circuit this _____ day of
____FEB 27 2013____ ,2013.

_____
T. Salvador
CIRCUIT JUDGE

cc:   Defense Attorney
State Attorney's Office
Department of Corrections

## Rule 3.992(a)  Criminal Punishment Code Scoresheet

The Criminal Punishment Code Scoresheet Preparation Manual is available at:  *http://www.dc.state.fl.us/pub/sen_cpcm/index.html*

| 1. DATE OF SENTENCE | 2. PREPARER'S NAME | 3. COUNTY | 4. SENTENCING JUDGE |
|---|---|---|---|
| 2/27/13 | Hixon | Duval | Salvador |

| 5. NAME (LAST, FIRST, M.I.) | 6. DOB | 8. RACE | 10. PRIMARY OFF. DATE | 12. |
|---|---|---|---|---|
| Brooks, Clifton M. | 11/5/73 | ☒B ☐W ☐OTHER | 1/3/03 | PLEA ☐ |
| | 7. DC # | 9. GENDER | 11. PRIMARY DOCKET # | TRIAL ☒ |
| | | ☒M ☐F | 162012CF6884 | |

**I.   PRIMARY OFFENSE:** If Qualifier, please check ____ A ____ S ____ C ____ R  (A=Attempt, S=Solicitation, C=Conspiracy, R=Reclassification)

| FELONY DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| Cap. | 794.011(2)(a) | Capital Sexual Battery | N/A | N/A |

(Level - Points: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points ☐                                                    **I.**

**II.   ADDITIONAL OFFENSE(S):** Supplemental page attached ☐

| DOCKET# | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| 2012CF6884 | LF | 800.04(5)(b) | 9 | ☐ ☐ ☐ ☐ | 1 | x 44(92) = | 110 |

DESCRIPTION   Lewd Molestation of a Child Under 12

| DESCRIPTION | | / | | ☐ ☐ ☐ ☐ | | x | = |

| DESCRIPTION | | / | | ☐ ☐ ☐ ☐ | | x | = |

FILED

FEB 27 2013

| DESCRIPTION | | / | | ☐ ☐ ☐ ☐ | | x | = |

(Level - Points: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=40, 10=58)

Prior capital felony triples Additional Offense points ☐                          Supplemental page points _____

**II.** _____

**III.   VICTIM INJURY:**

| | | Number | Total | | | Number | Total |
|---|---|---|---|---|---|---|---|
| 2nd Degree Murder | 240 x | | = | Slight | 4 x | | = |
| Death | 120 x | | = | Sex Penetration | 80 x | | = |
| Severe | 40 x | | = | Sex Contact | 40 x | | = |
| Moderate | 18 x | | = | | | | |

**III.** _____

**IV.   PRIOR RECORD:** Supplemental page attached ☐

| FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | DESCRIPTION | NUMBER | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| M | | / | ☐ ☐ ☐ ☐ | Var MM | 9 x | 2 = | 18 |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |
| | | / | ☐ ☐ ☐ ☐ | | x | = | |

(Level = Points: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)

Supplemental page points _____

**IV.** N/A

Distribution:
White/Original/Clerk
Green/ DC Data          Pink/Defense Attorney
Canary/ State Attorney   Goldenrod/ DC Offender File

Page 1 Subtotal: N/A

**Effective Date:** For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

NAME (LAST, FIRST, MI)   *Brooks, Cliton M.*   DOCKET # *2012CF6384*

Page 1 Subtotal: *N/A*

**V.   Legal Status violation = 4 Points**
☐ Escape ☐ Fleeing ☐ Failure to appear ☐ Supersedeas bond ☐ Incarceration ☐ Pretrial intervention or diversion program
☐ Court imposed or post prison release community supervision resulting in a conviction    V. _____

**VI.   Community Sanction violation before the court for sentencing**
☐ Probation ☐ Community Control ☐ Pretrial intervention or diversion    VI. _____
   ☐   6 points for any violation other than new felony conviction x _____ each successive violation  OR
   ☐   New felony conviction = 12 points x _____ each successive violation if new offense results in conviction
       before or at same time as sentence for violation of probation OR
   ☐   12 points x _____ each successive violation for a violent felony offender
       of special concern when the violation is not based solely on failure to pay costs, fines, or restitution OR
   ☐   New felony conviction = 24 points x _____ each successive violation for a violent felony offender of
       special concern if new offense results in a conviction before or at the same time for violation of probation

**VII.   Firearm/Semi-Automatic or Machine Gun = 18 or 25 Points**    VII. _____

**VIII.   Prior Serious Felony - 30 Points**    VIII. _____

Subtotal Sentence Points    _____

**IX.   Enhancements (only if the primary offense qualifies for enhancement)**

| Law Enf. Protect. | Drug Trafficker | Motor Vehicle Theft | Criminal Gang Offense | Domestic Violence in the Presence of Related Child |
| --- | --- | --- | --- | --- |
| ___ x 1.5 ___ x 2.0 ___ x 2.5 | ___ x 1.5 | ___ x 1.5 | ___ x 1.5 | (offenses committed on or after 3/12/07) ___ x 1.5 |

Enhanced Subtotal Sentence Points    IX. _____

**TOTAL SENTENCE POINTS**    *N/A*

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissible sentence is any non-state prison sanction.  If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statues, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:

_____ minus 28 = _____ x .75 = _____ *N/A*
   total sentence points                                    lowest permissible prison sentence in months

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissible sentence under the Code exceeds the statutory maximum.  Such sentences may be imposed concurrently or consecutively.  If total sentence points are greater than or equal to 363, a life sentence may be imposed.

*Mandatory Life*
   maximum sentence in years

### TOTAL SENTENCE IMPOSED

|  |  | Years | Months | Days |
| --- | --- | --- | --- | --- |
| ☐ State Prison | ☒ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control |  | _____ | _____ | _____ |
| ☐ Probation ☐ Modified |  | _____ | _____ | _____ |

Please check if sentenced as ☐ habitual offender, ☐ habitual violent offender, ☐ violent career criminal, ☐ prison releasee reoffender,
or a ☐ mandatory minimum applies.
☐ Mitigated Departure ☐ Plea Bargain ☐ Prison Diversion Program
Other Reason _____

**JUDGE'S SIGNATURE**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998, and subsequent revisions.



IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE: 16-2012-CF-006884-AXXX-MA

DIVISION: CR-E (Circuit)

STATE OF FLORIDA

vs.

CLIFTON MCNEIL BROOKS, DEFENDANT

FILED
FEB 27 2013
CLERK CIRCUIT COURT

ORDER

THIS CAUSE COMING ON BEFORE THE COURT UPON THE ☒DEFENDANT'S ☐STATE'S

MOTION TO SUPPLEMENT THE RECORD

FILED HEREIN ON THE 14TH day of February, 2013 AND THE COURT HAVING HEARD ARGUMENTS OF THE

STATE'S ATTORNEY AND OF COUNSEL FOR DEFENSE, AND BEING FULLY ADVISED IN THE PREMESIS, IT IS

THEREUPON

ORDERED AND ADJUDGED THAT THE AFORESAID MOTION SHALL BE AND THE SAME IS HEREBY:

*denied ( for reasons stated anrecord)*

DONE AND ORDERED IN OPEN COURT AT JACKSONVILLE, DUVAL COUNTY, FLORIDA, THIS _27th_

day of ___Feb.___, 20_13_

_____

Circuit Judge



IN THE ___ T COURT OF THE FOURTH JUDICIAL
CIRCUI_, AND FOR DUVAL COUNTY, FLORIDA.

## COMMITMENT CHECKLIST

To: Receiving Officer
Department of Corrections

**RE: CLIFTON MCNEIL BROOKS      CASE: 16-2012-CF-006884-AXXX-MA**

Pursuant to s. 944.17, the following documents/reports are submitted on the above named offender:

☒ *Uniform commitment, judgment, and sentence as well as a certified copy of the indictment information.

☐ *Sheriffs certificate as described in s. 921.161.

☐ *Copy of probable cause affidavit, or copy of arrest report which may have been used in lieu of probable cause affidavit.

☒ *Copy of sentencing guidelines score sheet, OR

    ☐ One score sheet for multiple commitments attached.

☐ *Copy of restitution order, OR (check one of the following):

    ☐ Restitution not applicable;

    ☒ Copy of court's statement as to why restitution was not ordered.

☒ Name and Address of victim(s), OR

    ☐ Victim's name and address not available per state attorney's office.

☐ *Printout of current FCIC/NCIC criminal history OR

    ☐ Printout provided with other commitment delivered with offender this date.

☐ Presentence investigation report OR

    ☐ Presentence investigation report not made available.

☐ Health Information Transfer Summary (Form DC4-871), OR

    ☐No health information available in county records.

☐ Classification Information Transfer Summary (Form DC4-870), OR

    ☐ No classification information available in county records

☐ Payment Authorization Sheet

By: _____

      Deputy or Agent      Badge/ID#

    _____

                      County

    _____

      Date



Ronnie Fussell

Clerk of the Court

# Clerk of the Circuit & County Courts

**DUVAL COUNTY**
**JACKSONVILLE, FLORIDA 32202**

TELEPHONE: 904-255-2000
FACSIMILE: 904-255-1863

04/01/2013

Appeals Department
501 West Adams Street, Room 1262
Jacksonville, FL 32202

Regarding: Appeal Number 16-2012-CF-006884-AXXX-MA
Lower Case Number:

Dear ,

A notice of appeal was filed on July 15, 2012. The $281.00 filing fee was not paid at the time of the filing. The record of appeal will not be prepared until the filing fee has been paid or an application for indigent status has been completed.

Please submit your payment within 20 days of this letter to the Clerk of the Circuit Court located in room 1262 of the Duval County Courthouse, 501 West Adams Street, Jacksonville, FL 32202, or you may come into our office and complete an application for indigent status.

If you have any questions, please contact us.

Sincerely,

Adanna M Russell,
Deputy Clerk

Date : January   16 , 20 13

FILED 0516" 13 AM 10 44 R FUSSELL.

From : CLIFTON McNEIL BROOKS SR. AND OBO

CLIFTON McNEIL BROOKS JR. AND SHAMERA BROOKS

Docket No. : 2012019254

Pretrial Detention Facility

Jacksonville, Florida 32202.

To : Honorable Judge Jack Schemer

Duval County Courthouse

501 West Adams Street

Jacksonville, Florida 32202

Re : Notice of Dept. of Insurance

Dear Sir or Madam :

FILED
'V COMPUTER
E. O

In compliance with Section 768. 28. (6)(a), Fla. Stat (1987), it is my intent to file a civil action against _Judge Jack Schemer_____, for false or fraudulant (or willful and wonton infliction of physical and emotional pain), including malfeasance, misfeasance or neglect of duty.

This Complaint will also seek relief against _Judge Jack Schemer_____, for failing to preform (his/her) legal duty as required by State and Federal Law.

Thank you in advance.

Respectfully

_Clifton W. Brooks_

D.O.B : 11-5-1973
P.O.B : Jacksonville, Florida
S.S.N : 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

CC : Florida Dept. of Insurance
    200 East Gaines Street
    Tallahassee, Fl. 32399-0323

Hey Lynn.  This was sent to Judge Schemer, but as you know he hasn't been in Criminal in many years.

I looked it up and the division is CR-E, which I believe is Judge Boyer's.  So, this is all yours...sorry.

Roberta
5/7/13

Provided to Mayo C.I. on

7-3-13 for mailing by _CMB_
Date                    Initials

CLIFTON BROOKS.
# 135510 / D4101 U
MAYO CORRECTIONAL INSTITUTION
8784 W. U.S. 27
MAYO, FLORIDA 32066

JULY  3 , 2013

RE: CASE NO: 1D13-1073          CR-E
     L.T. NO: 162012CF006884AXXXM

FILED

JUL 05 2013

_(signature)_
CLERK CIRCUIT COURT

Dear Clerk.

    I am writing this inquiry inreferance to a motion I filed on or
about May 30, 2013. Amended and resubmitted on July 3, 2013. Under
the above styled case number to petition this Court to Reinstate
my appeal. Would you be so kind as to advise me as to whether
or not this motion was received. If it was would you "please"
advise me of it's disposition. Thank you in advance for your
time and effect in this matter. Thanks once again.

                            Respectfully,

                            _(signature)_
                            Clifton M. Brooks
                            # 135510

Provided to Mayo C.I

7-29-13 for mailing by CMO CB
Date                    Initials

CLIFTON BROOKS
# 135510 / D4101u
MAYO CORRECTIONAL INSTITUTION
8784 W. U.S. 27
MAYO, FLORIDA 32066

JULY 29, 2013

RE: CASE NO.: 1D13-1073
        L.T. NO.: 162012CF006884AxxxM

Dear Clerk

    I am writing this letter to ask would you forward me a copy. Of my
Judicial Acts to be Reviewed sent on February 29, 2013. This request is
being made pursuit to a Notice of Appeal being dismissed on May 9, 2013.
I filed a Motion to Reinstate the appeal court entered an order advising
me to submit another Motion to Proceed in Forma Pauperis. If you would
be so kind as to forward me this copy. At your earliest available con
-venience. it would be greatly appreciated. I have enclosed an envelop
with postage for the copy. Thank you in advance for your time and effect in
this matter.

                                        Respectfully
                                        Clifton M Brooks
                                        Clifton M Brooks
                                            135510



FILED

JUL 30 2013

CLERK CIRCUIT COURT

USA FIRST-CLASS FOREVER

$00.00°
JUL 29 2013
MAILED FROM ZIPCODE 32066

JACKSONVILLE FL

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

FILED
JUL 30 2013
CLERK CIRCUIT COURT

Clifton Brooks

#135510 / D4101 u

Mayo Correctional Institution

8784 W US 27

Mayo, Florida - 32066

Clerk of the Courts

501 West Adams Street

Jacksonville, Florida 32202

32202460301



Office of the Public Defender

301 South Monroe Street

4th Floor North

Tallahassee, Florida 32301

Clifton Brooks

# 135510 / D41101.4.

Mayo Correctional Institution

8784 W. U.S. 27

Mayo, Florida 32066