IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLIFTON MCNEIL BROOKS,

    Petitioner.

v.

MARK S. INCH, Secretary of the Florida Department of Corrections (FDC).

    Respondent.

CASE NO. 3:19-cv-787-MMH-MCR

# FDC'S EXHIBIT 22

**SUPPLEMENTAL RECORD VOL 2**

**DIRECT APPEAL - 1D13-1073**

213-1-19833

# IN THE
## 1st District Court of Appeal
TALLAHASSEE, FLORIDA

CASE NO.            <u>16-2012-CF-006884-AXXX-MA</u>
                                          <u>DIVISION CR-E</u>

APPEAL NO.          <u>1D13-1073</u>

# NOT FOR PUBLIC DISCLOSURE

<u>CLIFTON MCNEIL BROOKS</u>    Appellant___,
VS
<u>STATE OF FLORIDA</u>    Appellee___,

RONNIE FUSSELL,
CLERK
OF THE CIRCUIT AND
COUNTY COURTS

## RECORD ON APPEAL

<u>SUPPLEMENTAL VOLUME 2</u>

Appeal from the Circuit Court

Duval County, Florida

<u>BEFORE THE HONORABLE JUDGE TATIANA SALVADOR</u>

RECEIVED 2014 JUL -8 PM 2:50 ATTORNEY GENERAL'S OFFICE CRIMINAL APPEALS TALLAHASSEE

Docketed 7-9-14 CH Florida Attorney General

<u>PUBLIC DEFENDER</u>
FOR APPELLANT

<u>ATTORNEY GENERAL</u>
FOR APPELLEE

NOT FOR PUBLIC DISCLOSURE

IN THE CIRCUIT COURT OF THE FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

| CLIFTON MCNEIL BROOKS | CASE NO: | 16-2012-CF-006884-AXXX-MA |
| --- | --- | --- |
| APPELLANT | | DIVISION CR-E |

| STATE OF FLORIDA | APPEAL NO: | 1D13-1073 |
| --- | --- | --- |
| APPELLEE | | |

## SUPPLEMENTAL VOLUME 2

| INSTRUMENT | DATE FILED | PAGE |
| --- | --- | --- |
| STATUS HEARING 01/28/2013 9:00 AM - 308 3RD FLOOR, 501 W ADAMS ST JACKSONVILLE FL 32202 | 01/25/13 | 1 |
| THIS IS TO CERTIFY | 07/03/14 | 2 |
| CERTIFICATE OF CLERK | | |

***END***

**Odol,Erika J**

| | |
|---|---|
| **From:** | Scott, Theodora <TheodoraS@coj.net> |
| **Sent:** | Friday, January 25, 2013 12:38 PM |
| **To:** | Odol,Erika J |
| **Cc:** | Jones,Amanda E; Tyler.Gates@rc1.myflorida.com; Hixon, Anna; Stewart, Kanatha; Tornello, Renee; 'Darcy Galnor' (dg@pd4.coj.net) |
| **Subject:** | Please add to the CR-E calendar for Monday 1/28: Clifton Brooks 12-cf-6884 - Faretta Hearing |

1

## IN THE CIRCUIT COURT OF DUVAL COUNTY, FLORIDA



RONNIE FUSSELL
Clerk of the Circuit Court

CASE NO _____ 16-2012-CF-6884

DIVISION ___ CR-E

**FILED**
JUL 0 3 2014
CLERK CIRCUIT COURT

OFFENDER NO. _____

STATE OF FLORIDA

STATE VS:

    Clifton Brooks

INFORMATION FOR
ID13-1073

THIS IS TO CERTIFY THAT
the state's response was never filed in this case.

WITNESS my hand and seal of office at Jacksonville, Florida, this

DATE _____ 7/3/14 _____

RONNIE FUSSELL, CLERK

By: _____ Adanna Russell _____
       Deputy Clerk

## CERTIFICATE OF CLERK

**STATE OF Florida,**                    16-2012-CF-006884-AXXX-MA
**COUNTY OF DUVAL**               1D13-1073

I, RONNIE FUSSELL, Clerk of the Circuit and County Courts for the County of Duval, State of Florida, do hereby certify that the foregoing pages 01 to 002 inclusive contain a correct transcript of the record of the judgment in the case of STATE OF FLORIDA vs. CLIFTON MCNEIL BROOKS and a true and correct recital and copy of all such papers and proceedings in said cause as appears from records and files of my office and that have been directed to be included in said record by the directions furnished to me.

**SUPPLEMENTAL VOLUME 2 PAGES 001-002**

In Witness Whereof, I have set my hand and affixed the Seal of said Court this 3rd day of July, A.D. 2014.

RONNIE FUSSELL,
CLERK OF THE CIRCUIT AND
COUNTY COURTS OF DUVAL
COUNTY

BY **ADANNA M RUSSELL**
    Deputy Clerk

**501 West Adams St. Room 1262**
**Jacksonville, FL 32202**
**(904) 255-2206**
**Email:Adanna.Russell@duvalclerk.com**

